**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Loadcraft Industries, Ltd.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1880566** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3811 N. Bridge St.**<br>**Brady, TX 76825**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **McCulloch**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Loadcraft Industries, Ltd.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2131

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor  **Loadcraft Industries, Ltd.**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 30, 2021**
MM / DD / YYYY

*X* **/s/ Charles E. Hinkle**
Signature of authorized representative of debtor

**Charles E. Hinkle**
Printed name

Title **Manager of Brady Plant Operators, L.L.C., General Partner**

**18. Signature of attorney**

*X* **/s/ Eric J. Taube**
Signature of attorney for debtor

Date **December 30, 2021**
MM / DD / YYYY

**Eric J. Taube**
Printed name

**Waller Lansden Dortch & Davis**
Firm name

**100 Congress Ave
Suite 1800
Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone  **512-685-6400**     Email address  **eric.taube@wallerlaw.com**

**19679350 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 30, 2021**   X **/s/ Charles E. Hinkle**
Signature of individual signing on behalf of debtor

**Charles E. Hinkle**
Printed name

**Manager of Brady Plant Operators, L.L.C., General Partner**
Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Toyota Financial Services P.O. Box 2431 Carol Stream, IL 60132 | | SUPPLIER - DEBT | | | | $212,871.00 |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | | SUPPLIER - DEBT | | | | $158,867.13 |
| T&W Tire P.O. Box 258859 Oklahoma City, OK 73125-8859 | | SUPPLIER - PURCHASE PARTS | | | | $132,381.00 |
| Donald E. Harman Co. Inc. 421 Industrial Dr. Richardson, TX 75081 | | SUPPLIER - PURCHASE PARTS | | | | $125,971.00 |
| Intsel Steel/Triple-S Steel P.O. Box 301212 Dallas, TX 75303-1212 | | SUPPLIER - STEEL | | | | $107,956.00 |
| United Engines P.O. Box 731594 Dallas, TX 75373-1594 | | SUPPLIER - PURCHASE PARTS | | | | $107,100.67 |
| Polyglass Coating 1616 N. Main Street Pearland, TX 77581 | | SUPPLIER - PURCHASE PARTS | | | | $99,511.00 |
| Health Care Service Corp. P.O. Box 731428 Dallas, TX 75373-1428 | | SUPPLIER - EMPLOYEE SERVICES | | | | $90,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Single Source Inc** 8141 Gateway Dr Suite 210 Argyle, TX 76226-5736 | | **SUPPLIER - PURCHASE PARTS** | | | | $78,773.00 |
| **Stewart & Stevenson Power** P.O. Box 301063 Dallas, TX 75303-1063 | | **SUPPLIER - PURCHASE PARTS** | | | | $57,521.00 |
| **Fox NDE, LLC.** P.O. Box 5088 Abilene, TX 79608 | | **SUPPLIER - SERVICES** | | | | $57,502.00 |
| **Metals USA** 101 E Illinois Ave Enid, OK 73701 | | **SUPPLIER - STEEL** | | | | $40,213.00 |
| **Dell Financial Services** Dell Financial Services Payment Processing Center Carol Stream, IL 60197-6547 | | **SUPPLIER - DEBT** | | | | $38,517.34 |
| **TMDB Properties, L.L.C.** P.O. Box 469 Brady, TX 76825 | | **SUPPLIER - DEBT** | | | | $38,500.00 |
| **Huntland Trucking** P.O. Box 86 Santa Anna, TX 76878 | | **SUPPLIER - FREIGHT** | | | | $37,093.00 |
| **American Block Mfg Co Inc** P.O. Box 301442 Dallas, TX 75303 | | **SUPPLIER - PURCHASE PARTS** | | | | $35,972.40 |
| **Willbanks Metals Inc.** 1155 N.E. 28th Street Fort Worth, TX 76106 | | **SUPPLIER - STEEL** | | | | $34,568.00 |
| **Hill's Specialty Co Inc** P.O. Box 69070 Odessa, TX 79769 | | **SUPPLIER - PURCHASE PARTS** | | | | $33,755.00 |
| **SSAB Swedish Steel** P.O. Box 347354 Pittsburgh, PA 15251-7354 | | **SUPPLIER - PURCHASE PARTS** | | | | $33,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Longhorn Equipment & Supply 2621 Martin Luther King Drive San Angelo, TX 76903** | | **SUPPLIER - LEASE** | | | | $32,635.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Western District of Texas

In re     **Loadcraft Industries, Ltd.**                               Case No. _____

                                             Debtor(s)       Chapter      **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Brady Plant Operators, L.L.C., General Partner of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 30, 2021** _____          **/s/ Charles E. Hinkle** _____

                                                   **Charles E. Hinkle**/**Manager of Brady Plant Operators, L.L.C.,**
                                                   **General Partner**
                                                   Signer/Title

321 Blast Off LLC
906 Hutchins Ave
Ballinger, TX 76821


3M Prescription Eyewear
US 01 Lockbox
P.O. Box 844190
Dallas, TX 75284-4190


Aberdeen Dynamics Supply Inc.
Dept. 1160
Tulsa, OK 74182


Access Point, Inc.
P.O. Box 382828
Pittsburgh, PA 15251-8828


Ace Hardware
P.O. Box 820
Lorena, TX 76655-0820


Ace Industries, Inc.
7220 Nelms St
Houston, TX 77061


AEI Corp. - Okla.
P.O. Box 1945
Oklahoma City, OK 07310-1194


Aeropro, L.L.C.
75 Remittance Dr, Ste. 1635
Chicago, IL 60675-1635


Afisco Industrial
P.O. Box 5332
3501 Ave E. East
Arlington, TX 76005-5332


Aflac Premium Holding
75 Remittance Drive, Suite 6135
Chicago, IL 60675-6135


AIP
2064 Mercer Rd
Lexington, KY 40511

Air Mac, Inc.
P.O. Box 561707
Dallas, TX 75356


Air Temp
300 Main St
Brownwood, TX 76801


Airgas USA, LLC
P.O. Box 676015
Dallas, TX 75267


Airman, Inc.
10440 Brockwood Rd
Dallas, TX 75338


Alamo Iron Works, Inc.
943 At and T Center Pkwy
San Antonio, TX 78219


All-Pro Fasteners
1916 Peyco Drive North
Arlington, TX 76001


Allied Electronics, Inc.
Accts. Receivable Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325


Allied Sales Co.
Texas Enterprises
4911 E. 7th Street
Austin, TX 78702


Allstate Benefits
P.O. Box 678227
Dallas, TX 75267-5140


Ally, Formerly GMAC
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234

Alphonso Energy LLC
1211 Challenger
Lakeway, TX 78734


Altek Systems Inc
P.O. Box 232
Lamar, CO 81052


Amazon.com
440 Terry Ave
North Seattle, WA 98109


AMC MBL Metals LLC
9640 E. Hwy 21
Bryan, TX 77808


American Block Mfg Co Inc
P.O. Box 301442
Dallas, TX 75303


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Petroleum Inst.
P.O. Box 1425
Merrifield, VA 22116-1425


American Sales & Service, Inc.
P.O. Box 61610
San Angelo, TX 76906


Angelo Bolt & Industrial Supply
P.O. Box 61593
San Angelo, TX 76906


APSCO f/k/a Brownwood Plumbing
3705 US 377
Brownwood, TX 76801


Arro Enterprises, Inc.
14213 Business Ave
Interamerica Ind. Park
Laredo, TX 78045

Artus Corporation
201 S. Dean St
Englewood, NJ 07631

Association Of Energy Service Companies
14531 FM 529, Suite 250
Houston, TX 77095

Astro-Tex Company, Inc.
2512 Summit Ave #311
Plano, TX 75074

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Atmos Energy
P.O. Box 790311
St Louis, MO 63179-0311

Austin Hardware & Supply
Dept Ch 19373
Palantine, IL 60055-9373

Austin Hose fka Austin Dist & Mfg Corp.
P.O. Box 7890
Amarillo, TX 79114-7890

Automation Direct
3505 Hutchinson Rd
Cumming, GA 30040

Axon Pressure Products
Dept. 576
P.O. Box 4346
Houston, TX 77210-4346

Aztec Bolting Service, Inc
520 Dallas Street
League City, TX 77573

B&W Trailer Company Inc
P.O. Box 5277
San Angelo, TX 76902-5277

Badger Meter Inc. dba Wyco Tool Co
8635 Washington Ave
Racine, WI 53406-3738


Bailey International Corp.
2527 Westcott Blvd
Knoxville, TN 37931


Bell County Overhead Crane, LLC
5753 Hwy 85 N #5900
Crestview, FL 32536


Best Western
2200 South Bridge Street
Brady, TX 76825-7442


Bishop Lifting Products, Inc.
125 Mccarty Dr
Houston, TX 77029


BlastOne
4510 Bridgeway Ave
Columbus, OH 43219


Blue Level Technologies, Inc.
3778 Timberlake Dr
Richfield, OH 44286


Bob Moore Tire Co
John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215


Brady Bearing & PT Supply, Inc.
2004 S. Bridge St
Brady, TX 76825


Brady Butane Co., Inc.
1907 S. Bridge St
Brady, TX 76825


Brady Communications, LLC
1003 S. Bridge St
Brady, TX 76825

Brady Floors
2301 S. Bridge
Brady, TX 76825


Brake Systems
2221 NE Hoyt
Portland, OR 97232


Bridges Equipment Ltd
2122 Maurice Rd
Odessa, TX 79763


Bronco Manufacturing LLC
4953 S. 48th W. Ave
Tulsa, OK 74107


Brown County Appraisal District
403 Fisk Avenue
Brownwood, TX 76801


Brownwood Chamber Of Commerce
600A E. Depot Street
Brownwood, TX 76801


Brownwood Industrial Foundation, Inc.
600 East Depot Street
Brownwood, TX 76801


Brownwood Reg Med Center
P.O. Box 848403
Dallas, TX 75284


BSIGroup fka Eorm
7000 North Mopac Expressway
Suite 2091
Austin, TX 78731


Buffers USA
10180 New Berlin Rd
Jacksonville, FL 32226


BuildASign.com
11525A Stonehollow Dr #100
Austin, TX 78758

Butler & Land Inc.
P.O. Box 550399
Dallas, TX 75355-0399


Buxton Interests, Inc.
9346 Telge Rd
Houston, TX 77095


Buyers Products Company
9049 Tyler Rd
Mentor, OH 44060


BWP-NSI
3 TLC Pkwy
St. Clair, MO 63077


C H Robinson Company
P.O. Box 9121
Minneapolis, MN 55480-9121


C&L Aluminum Foundry, Inc.
3024 S. Main St.
Ft Worth, TX 76110


Cain Electrical Supply
2000 Fisk Ave
Brownwood, TX 76801


Cameron Drilling Systems
P.O. Box 13568
Odessa, TX 79768


Canada & Associates Safety Training, LLC
441 S. Treadaway Blvd
Abilene, TX 79602


Capital Machine Technologies, Inc.
911 U.S. Highway 301 South
Tampa, FL 33619


Capitol Bearing
764 Airport Blvd
Austin, TX 78702

Carmanah Technologies Corp.
250 Bay Street
Victoria, BC V9A 3K5
CANADA


Central Freight Lines, Inc.
P.O. Box 847084
Dallas, TX 75284-7084


Century Spring Corporation
P.O. Box 15287
Los Angeles, CA 90015


Challenger Equipment & Tool Co.
12814 Old Boudeaux Ln
Tomball, TX 77375


Chamberland Engineering Associates
P.O. Box 817
West Warwick, RI 02893


Chance Barr
1711 CR 318
Early, TX 76802


Cincinnati Fans
P.O. Box 640338
Cincinnati, OH 45264-0338


Cirro Energy
P.O. Box 660004
Dallas, TX 75266


City Of Brownwood
P.O. Box 1389
Brownwood, TX 76804-1389


Clear Drain
P.O. Box 555
Willingboro, NJ 08046


Clemtex, Inc.
248 McCarty St
Houston, TX 77029

Cleveland Tank & Supply, Inc.
6560 Juniata Ave
Cleveland, OH 44103

Command Alkon
P.O. Box 11407
Birmingham, AL 35246-0645

Compliant Paint Booths
6 Skyline Dr
Terrell, TX 75160

Component Electronics
6330 Tomken Rd
Mississauga, ON L5T 1N2
CANADA

Confirm Biosciences
P.O. Box 748827
Los Angeles, CA 90074-8827

Control Chief
200 Williams St
Bradford, PA 16701

Corley Gasket Company
P.O. Box 271124
Dallas, TX 75227-1124

Cornerstone Operating, LLC
P.O. Box 519
Santa Anna, TX 76878

Crow-Burlingame Company
P.O. Box 3643
Little Rock, AR 72203

Cush Suspensions
1001 Falconcrest Court
Nixa, MO 65714

Custom Advanced Connections
903 Bay Star Blvd
Webster, TX 77598

D&H Rig Service
4500 S. Treadaway Blvd
Abilene, TX 79602


Dan's Machine & Welding, LLC
120 Tally St
Brady, TX 76825


Dana Corporation
P.O. Box 910230
Dallas, TX 75391-0230


Danhard Inc
3839 Dilido Rd
Dallas, TX 75228


Darla A. Sweetman
1402 Cottage St
Brwonwood, TX 76801


Daughtridge Sales
P.O. Box 4364
Rocky Mount, NC 27803-0364


Del City Wire Co Inc
23287 Network Place
Customer # 831479
Chicago, IL 60673-1232


Dell Financial Services
Dell Financial Services
Payment Processing Center
Carol Stream, IL 60197-6547


Deublin Co.
2050 Norman Drive
Waukegan, IL 60085


Dexter Axle Company
2900 Industrial Parkway
Elkhart, IN 46516


Dimar Valve & Fitting, Inc.
16431 Telge Rd
Cypress, TX 77429

Direct Energy Business
P.O. Box 660749
Dallas, TX 75266


Donald E. Harman Co. Inc.
421 Industrial Dr.
Richardson, TX 75081


Donnie Neff
180 CR 122
Santa Anna, TX 76878


Dragon Rig Sales & Service
P.O. Box 3127
Beaumont, TX 77704


Drive Train Spec-Odessa
1308 W. 2nd Street
Odessa, TX 79763


Drs. Comolli & Ethridge
1200 Austin Ave
Brownwood, TX 76801


DTL Technologies, LP
15827 Tuckerton Rd
Houston, TX 77095


DWZ Welding, Inc.
P.O. Box 535
Caldwell, TX 77386


E.A.H. Austin, Inc.
P.O. Box 80828
Austin, TX 78708-0828


E.D. Etnyre & Co.
1333 S. Daysville Road
Oregon, IL 61061-9778


Ebay.com
2145 Hamilton Ave
San Jose, CA 95125

EBSCO Spring
4949 S. 83rd E. Ave.
Tulsa, OK 74145


Echo Wireless Broadband, Inc
P.O. Box 3406
Brownwood, TX 76803


Eddie Jones
1701 Avenue B
Santa Anna, TX 76878


Edge Manufacturing And Technology
2606 W. CR 130
Midland, TX 79706


Elliott Electric Supply
4300 Danhill Dr
Brownwood, TX 76801


Ervin Industries
Dept 77997
P.O. Box 77000
Detroit, MI 48277-0997


ESAB Cutting Systems
P.O. Box 417540
Boston, MA 02241-7540


Evans Tempcon, Inc.
701 Ann St N.W.
Grand Rapids, MI 49504


Everest Parts Supplies
2245 Porter Lake Dr
Sarasota, FL 34240


Fastenal Company
P.O. Box 1286
Winona, MN 55987


Fedex
P.O. Box 660481
Dallas, TX 75266-0481

Fedex Freight East
Dept CH
P.O. Box 10306
Palatine, IL 60055-0306


Fibergrate Composite Structures
P.O. Box 931944
Cleveland, OH 44193


First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197-7000


Five Star Filter
1414 Sakowitz St
Houston, TX 77020


Fleetpride Heavy Duty Experts
P.O. Box 847118
Dallas, TX 75284-7118


Flight Center
275 Grey Street, Southpoint
South Brisbane QCD 4101
AUSTRALIA


Flow Products, Inc.
28379 Network Place
Chicago, IL 60618


Four-O Fluid Power Sales Inc
2300 Delante St
Ft Worth, TX 76117


Fox NDE, LLC.
P.O. Box 5088
Abilene, TX 79608


Freeman Companies
13101 Almeda Rd
Houston, TX 77045

Frisa Forjados S.A. de C.V.
Valentin G. Rivero 200, Los Trevino
66150 Santa Catarina, NL
MEXICO

G T Industries, Inc.
P.O. Box 470922
Tulsa, OK 74147-0922

Garrison Mfg., Inc.
3320 S Yale St
Santa Ana, CA 92704

Gasket Service
2120 Kermit Hwy
Odessa, TX 79761

Gefco/King Oil Tool
P.O. Box 872
Enid, OK 73702

Geronimo Manufacturing In
3717 Nw 63Rd Suite 160
Oklahoma City, OK 73116

Glass Doctor of Central Texas
702 West Commerce
Brady, TX 76825

Glider Manufacturing LLC
613 Wallis Ave
Santa Anna, TX 76878

Glider Products, LLC
613 Wallis Ave
Santa Anna, TX 76878

Globalindustrial.com
2119 N. IH-35E
DeSoto, TX 75115

Go Daddy
14455 N. Hayden Rd #219
Scottsdale, AZ 85260

Goengineer fka Progression Technologies
1787 E. Ft. Union Blvd.
Ste. 100
Cottonwood Heights, UT 84121


Goodyear Commercial Tire & Service Cente
1789 E. Hwy 80
Abilene, TX 79601


Goyen Valve Corporation
Pentair Filtration & Process
Dept Ch 14086
Palatine, IL 60055-4086


Grady McIver
P.O. Box 519
Santa Anna, TX 76874


Grainger
Dept. 486 - 849561840
Palatine, IL 60038


Grande Communications Network LLC
P.O. Box 679367
Dallas, TX 75267-9367


Grimsley Electric, Inc.
P.O. Box 1707
Brownwood, TX 76804


Grote Industrial, LLC
P.O. Box 630116
Cincinnati, OH 45263-0116


Gunnebo Johnson Corporation
1240 N. Harvard
Tulsa, OK 74115


H O Bostrom Co., Inc.
818 Progress Ave
Waukesha, WI 53186


Haas Machine Tools o Texas
1633 Firman Dr
Richardson, TX 75081

Hannon Hydraulics
625 N. Loop 12
Irving, TX 75061


Hapeco, Inc.
31331 Friendship Dr
Magnolia, TX 77355


Hay Creek Construction
400 Bruce Street
Santa Anna, TX 76878


Hay Creek Enterprises, LLC
400 Bruce Street
Santa Anna, TX 76878


Health Care Service Corp.
P.O. Box 731428
Dallas, TX 75373-1428


Hi-Line, Inc.
P.O. Box 972081
Dallas, TX 75397


Higginbothams
P.O. Box 392
Comanche, TX 76442


Hill's Specialty Co Inc
P.O. Box 69070
Odessa, TX 79769


Howard Supply Company
6103 Andrews Hwy
Odessa, TX 79762


Hoya Vision Care - Dept 2454
P.O. Box 122454
Dallas, TX 75312-2454


Hubbard Enterprises
380 Quarry Road
Lancaster, OH 43130

Huntland Properties, Ltd
P.O. Box 519
Santa Anna, TX 76878


Huntland Trucking
P.O. Box 86
Santa Anna, TX 76878


Hutchens Industries Inc
P.O. Box 870819
Kansas City, MO 60675-1521


Hydradyne fka Hydraulic Sales & Service
11005 W. County Road 128
Odessa, TX 79765


Hydradyne, LLC
2909 Speight Ave
Waco, TX 76711


Hydraulic Service & Supply Co., Inc.
100 Howell St
Dallas, TX 75207


IHS Global, Inc.
15 Inverness Way E
Englewood, CO 80112


Imperial Supply
2725 TX-360 #500
Grand Prairie, TX 75050


Industrial Complex Property Group LLC
6200 Utsa Blvd.
Bldg. 2
San Antonio, TX 78249


Industrial Outfitters Inc
P.O. Box 6838
Abilene, TX 79608


Industrial Repair Service
2650 Buisness Dr.
Cumming, GA 30028

Industrial Seal, Inc. an Esp Intl Co.
5920 Dry Creek Ln. Ne
Cedar Rapids, IA 52402


Ingersoll-Rand Company
Air Solutions Group
15768 Collections Center Drive
Chicago, IL 60693


Inland Truck Parts Company fka Austin Dr
9000 E. Hwy 290
Austin, TX 78724


Instrument Maint., Inc.
P.O. Box 1245
Abilene, TX 79604-1245


Intech Funding Corp
201 East Huntington Drive, Suite 201
Monrovia, CA 91016


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intsel Steel/Triple-S Steel
P.O. Box 301212
Dallas, TX 75303-1212


ISN Software Corporation
P.O. Box 841808
Dallas, TX 75284-1808


Itamco - Indiana Technologies Mfg Co.
6100 Michigan Road
Plymouth, IN 46563


Joe Musick
10951 Cr321
Blanket, TX 76432


Jordan Lee
11814 Elizabeth Court
Pinehurst, TX 77362

Joy Filters, Inc.
2107 E. College Avenue, Ste 6
Ruskin, FL 33570

KD Lamp d/b/a ATC Lighting & Plastics
101 Parker Dr
Andover, OH 44003

Kelton's Truck Parts, Inc.
4005 Agnes
Corpus Christi, TX 78405

Kennedy Wire Rope & Sling
5600 Surrey Square St
Houston, TX 77017

Kentex
16427 CR 384
Tyler, TX 75708

Koyote Trucking Company
P.O. Box 916
Pampa, TX 79066-0916

KWH Technologies, Inc.
805 Tall Pine Ct
Keller, TX 76248

L&L Fabrication LLC
P.O. Box 14439
Fort Worth, TX 76117

L&W Diesel
P.O. Box 4635
Odessa, TX 79760

Ladd Distribution, LLC
4849 Hempstead Station Dr
Kettering, OH 45429

Larry Farris Inc.
1418 S. Bridge
Brady, TX 76825

Laughlin Conveyor
3518 N. Grove St
Ft. Worth, TX 76106

Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006

Ledsome Machine & Welding
2508 Stephen F. Austin Dr
Brownwood, TX 76801

Leeco Steel
75 Remittance Drive, Suite 2829
Chicago, IL 60675-2829

Lewis & Lambert
P.O. Box 14439
Fort Worth, TX 76117

LLIT-LL Industrial Transmission Inc
P.O. Box 13023
Odessa, TX 79768

Lonestar Truck Group
4848 N. General Bruce Dr
Temple, TX 76501

Longhorn Equipment & Supply
2621 Martin Luther King Drive
San Angelo, TX 76903

Lubbock Machine Tool
1206 E. 46th St.
Lubbock, TX 79404

Lynco Flange & Fitting
P.O. Box 926226
Houston, TX 77292-6226

Lyons Computers
722 37th St. South
Birmingham, AL 35222

M.A. Steel Foundry Ltd.
4820 78th Ave S.E.
Calgary, AB T2C 2W9
CANADA


Machinist Tools & Supplies, Inc.
P.O. Box 565207
Dallas, TX 75356


Manchester Tank & Equip.
1383 Industrial Blvd
Crossville, TN 38555


Marco
3425 East Locust Street
Davenport, IA 52803


Marco Specialty Steel
P.O. Box 750518
Houston, TX 77275-0518


Marcotte Systems Ltd
101, Roland-Therrien Blvd
Longueuil, QC J4H 4B9
CANADA


Mark Mullin Company, Ltd.
201 Wellston Park Rd
Sand Springs, OK 74063


Masterman
P.O. Box 411
Auburn, MA 00150-1041


Matherne Instrumentation Specialists, In
131 Capital Blvd
Houma, LA 70360


Maxi-Seal Harness Sys, Inc
4200 E. 135th St
Grandview, MO 64030


MB Propane LLC
2702 W. Wallace
San Saba, TX 76877

McCarty Equipment Co., Ltd.
4102 E. State Hwy 21
Bryan, TX 77808


McCulloch County Appraisal District
306 W. Lockhart
Brady, TX 76825


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


McNichols Company
3540 W. Miller Road #240
Garland, TX 75041


Metals USA
101 E Illinois Ave
Enid, OK 73701


MHC Kenworth - South Dallas
34661 Lyndon B Johnson Fwy
Dallas, TX 75241


Microsoft MSDN
5020 148 Ave NE
Redmond, WA 98052


Mining Media Inc.
8751 East Hampden Ave #B-1
Denver, CO 80231


Mixer & Plant Parts Mfg.
719 W. Harris Rd., Suite D10
Arlington, TX 76001


Modular Space Corporation
12603 Collection Center Corp
Chicago, IL 60693


Moore Medical
389 John Downey Drive
P.O. Box 2740
New Britain, CT 06050-2740

Moore  Printing  Co.
407 Fisk Ave
Brownwood, TX 76801


Moore's  Auto  (Napa)
300 South Dumas Ave
Dumas, TX 79029


MSC  Industrial  Direct  Co.,  Inc.
6700 Discovery Blvd
Marbleton, GA 30126


Mueller  Supply  Co.
4625 FM 18
Abilene, TX 79602


Muenster  Drilling  Co.
P.O.  Box  53
Muenster, TX 76252


MySafetySign.com
300 Cadman Plaza West,  Suite  1303
Brooklyn, NY 11201


N.T.  Ruddock  Company
26123 Broadway Ave
Bedford, OH 44146


Napa  Auto  Part
2000 South  Bridge St
Brady, TX 76825


Nestor  Outcomes,  LLC
710 Gila Trail
Temple, TX 76504


New  Life  Transport  Part  Center
109 Regal Row
Suite  A
Dallas, TX 75247


Nordfab
Lockbox  #777022
7022 Solutions  Center
Chicago, IL 60677-7000

North American Cargo Solutions Inc
14-5200 Dixie Road
Mississauga, ON L4W 1E4
CANADA


Northern Safety Co, Inc.
P.O. Box 4250
Utica, NY 13504-4250


Northern Tool & Equipment
HSBC
P.O. Box 5219
Carol Stream, IL 60197


NSK Corporation
4200 Goss Road
Ann Arbor, MI 48105


O'Reilly Auto Parts
100 Early Blvd
Early, TX 76802


OCO Pressure Control
16518 Aldine Westfield Road, Ste. A
Houston, TX 77032


Offshore Technology Conf.
One NRG Pkwy
Houston, TX 77054


Ogburn's Truck Parts
P.O. Box 4630
Fort Worth, TX 76164-0630


Ott To Print Green
1610 Pace St. Unit 900 #307
Longmont, CO 80504


Overhead Door Company
608 Early Blvd
Early, TX 76802


Overton Chicago Gear Corporation
P.O. Box 645042
Pittsburgh, PA 15264-5042

P F & E Oil Company
3805 Hwy 377 S
Brownwood, TX 76801


Par Saftey Services
305 N. 4Th Street
Santa Anna, TX 76878


Parmac L.L.C.
P.O. Box 1149
Coffeyville, KS 67337


Parts Distributing Co
P.O. Box 847139
Dallas, TX 75284-7139


PC Connection
730 Milford Road
Merrimack, NH 03054


Pemco
P.O. Box 472
Odessa, TX 79760


Pemco of New Mexico
1120 W. Bender Blvd
Hobbs, NM 88240


Performance Truck
100 Pit Stop Trace
Buda, TX 78610


Peterson Mfg Co
P.O. Box 410032
Acct# 23053/00
Kansas City, MO 64141-0032


Phillips Industries
12070 Burke Street
Santa Fe Springs, CA 90670-2676


Plastic Mart
685 John B Sias Mem Pkwy
Suite 330
Ft. Worth, TX 76134

Polyglass Coating
1616 N. Main Street
Pearland, TX 77581


Porter Insurance Agency, Inc.
P.O. Box 1403
Brownwood, TX 76801


Position Tracking Systems, Inc.
P.O. Box 724
Greenville, SC 29602


Power Packer
22738 Network Place
Chicago, IL 60673


Powertherm. Co. Inc.
7420 Wright Rd
Houston, TX 77041


Print Solutions
211 West Baker Street
Brownwood, TX 76801


Process Solutions/Bray
11304 Pagemill Road
Dallas, TX 75243


Proservanchor Crane Group
P.O. Box 670965
Houston, TX 77267-0965


Purvis Industries
P.O. Box 540757
Dallas, TX 75354-0757


Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374-0709


R.S. Hughes
8606 Wall St
Suite 400
Austin, TX 78754

Ratliff Steel Company, LLC
2910 Stephen F. Austin Dr
Brownwood, TX 76801


Ray Jones
P.O. Box 519
Santa Anna, TX 76878


Red Wing Business Advantage Account
P.O. Box 844329
Dallas, TX 75284-4329


Redneck Trailer Supplies
1900 Peyco Dr S.
Arlington, TX 76001


Reds Satellite Services
1002 Oak St
Abilene, TX 79602


Reeder Distributors
P.O. Box 8237
Ft. Worth, TX 76124


Relevant Solutions fka Airdyne
14910 Henry Rd
Houston, TX 77060


Reliance Standard
505 South Lenola Road
Suite 231
Moorestown, NJ 08057


RES Energy Solutions
6701 Corporation Pkwy
Ft. Worth, TX 76126


Rice Lake Weighing Systems
230 W. Coleman Street
Rice Lake, WI 54868


Richards Supply Company
2200 Franklin Ave
Waco, TX 76701

Rigdata
P.O. Box 820547
Fort Worth, TX 76182-0547


RNB Controls, Inc.
4623 W. Ranch Road 1431
Kingsland, TX 78639


Roda Deaco Amot Chalwyn
8824 Fallbrook Dr
Houston, TX 77064


Rodney Behrens
P.O. Box 1429
Brady, TX 76825


Royal Wire Products, Inc.
13450 York Delta Drive
North Royalton, OH 44133


Ryan, LLC
Three Galleria Tower
13155 Noel Road
Dallas, TX 75240


S.O.T. Abrasives & Equipment
10750 Metric Dr.
Dallas, TX 75243-8504


SAF-Holland USA
1301 Martinez Ln
Wylie, TX 75098


Safety-Kleen Systems, Inc
P.O. Box 650509
Dallas, TX 75265-0509


SAIA MTR Freight Line Inc
P.O. Box 730532
Dallas, TX 75373-0532


Salem Tools, Inc.
1602 Midland Road
Salem, VA 24153

Salinas Forwarding Co.
P.O. Box 925674
Houston, TX 77292-5674


Scheerer Bearing Corp/
645 Davisville Road
Willow Grove, PA 19090


Scot Industries
1501 FM 1489
Brookshire, TX 77423


Scott Holst
2804 Austin Ave
Brownwood, TX 76801


Sears PartsDirect
1300 Henna Boulevard
Round Rock, TX 78664


Service King Manufacturing, Inc.
2100 West US Rte 66
Stroud, OK 74079


Sherwin Williams Company
509 W. Commerce St
Brownwood, TX 76801


Simple Distributors LLC
2000 West Carrol, Suite 403
Chicago, IL 60618


Single Source Inc
8141 Gateway Dr
Suite 210
Argyle, TX 76226-5736


SKF Bearing Industries Co
P.O. Box 7247
Philadelphia, PA 19170-8092


Solimar Pneumatics
8001 Rancers Road NE
Minneapolis, MN 55432

Solon Manufacturing
P.O. Box 74419
Cleveland, OH 44194-4419


Southeastern Freight Line Inc
P.O. Box 100104
Columbia, SC 29202-3104


Sparktech Inc.
1308 Chisholm Trail, Ste.105
Round Rock, TX 78681


Speedometer Service and Instrument Co.
32654 Dutch Canyon Rd
Scappoose, OR 97056


SSAB Swedish Steel
P.O. Box 347354
Pittsburgh, PA 15251-7354


Standard Car & Truck
P.O. Box 3552
Carol Stream, IL 60132-3552


Staples
Dept. 00-05338306
P.O. Box 183174
Columbus, OH 43218-3174


Starr Sales
1511 Drisco Drive
Brownwood, TX 76801


Stericycle
26604 Network Place
Chicago, IL 60673-1266


Steve Lara
216 Fannin St
Santa Anna, TX 76878


Stewart & Stevenson Power
P.O. Box 301063
Dallas, TX 75303-1063

Stewart Welding & Machine, Inc.
P.O. Box 708
Andrews, TX 79714


Stewart Wholesale Co., Inc.
14707 Valley View Rd
Shawnee, OK 74804


Sumitec International, Inc.
577 Hillcrest Drive
Bolingbrook, IL 60440


Sun Source/Air Dreco
STS Operating Inc.
P.O. Box 730698
Dallas, TX 75373-0698


Sunshine Filters of Pinellas, Inc.
12415 73rd Court
Largo, FL 33773


Superior Industries, LLC
P.O. Box 654
Morris, MN 56267


Sure Plus Mfg Company
185 E. 12th Street
Chicago Heights, IL 60441


Sweetwater Steel Co.
1047 Early Blvd
Early, TX 76802


T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859


T-Tex Industries
P.O. Box 751267
Houston, TX 77275-1267


T.H. Anderson Pump Co., Inc.
103 Industrial Blvd
Kilgore, TX 75662

TCEQ
MC214
P.O. Box 13088
Austin, TX 78711


TDC Filter, A Midwesco Company
P.O. Box 71641
Chicago, IL 60694-1641


Techstreet/Thomson Reuters
P.O. Box 95715
Chicago, IL 60694


Teladoc
Dept. 3417
P.O. Box 123417
Dallas, TX 75312-3417


Terminal Supply Co.
P.O. Box 1253
Troy, MI 48099


Terry McIver
P.O. Box 519
Santa Anna, TX 76874


Texan Truck Wash, LLC
714 San Angelo Hwy
Brady, TX 76825


Texas Alloys & Tool Co.
4609 Fairlane Ave
Ft. Worth, TX 76119


Texas America Safety Company
T.A.S.C.O.
P.O. Box 1428
Brownwood, TX 76804


Texas Child Support SDU
P.O. Box 659791
San Antonio, TX 78265-9791

Texas Commission on Environmental Qualit
6801 Sanger Ave #2500
Waco, TX 76710


Texas Nameplate
2200 W Longhorn Dr.
Lancaster, TX 75134


Texas Oilpatch Services LLC
3515 Vista Road
Pasadena, TX 77504


The Carlson Company, Inc.
6045 North Broadway
Wichita, KS 67219-2013


The Eastwood Company
263 Shoemaker Rd
Pottstown, PA 19464


The Warren Company
2201 Loveland Ave
Erie, PA 16506


The Webstraurant Store
40 Citation Ln
Lititz, PA 17543


TMDB Properties, L.L.C.
P.O. Box 469
Brady, TX 76825


Tool Fetch
105 Fairview Park Dr
Elmsford, NY 10523


Toyota Financial Services
P.O. Box 2431
Carol Stream, IL 60132


Tradequip
P.O. Box 509
Crossville, TN 38557

Tramec Corp.
P.O. Box 11
Iola, KS 66749


Trans Texas Tire
109 South Broadway
Brownwood, TX 76801


Transamerica Life Insurance Company
P.O. Box 742504
Cincinnati, OH 45274-2504


Transcat, Inc.
35 Vantage Point Dr.
Rochester, NY 14624


Trescal Inc. dba Dynamic Technology, Inc
2606 Solution Center
Chicago, IL 60677-2006


Tri-State Overhead Crane
7123 I30, Ste 25
Little Rock, AR 72209


Truck-Lite Co., LLC.
Dept. # 78279
P.O. Box 78000
Detroit, MI 48278-0279


TSTC - Career Days
300 Homer K Taylor Dr
Sweetwater, TX 79556


TxTag
P.O. Box 650749
Dallas, TX 75265-0749


Uline, Inc.
P.O. Box 88741
Chicago, IL 60680-1741


United Airlines
233 S. Wacker Dr
Chicago, IL 60606

United Engines
P.O. Box 731594
Dallas, TX 75373-1594

USA Oil Tools, LLC
12814 Boudreaux Rd
Tomball, TX 77375

Utex Industries
10810 Katy Fwy #100
Houston, TX 77043

Vactagon, LLC
N8150 Maple Street
Ixonia, WI 53036

VAR Resources
P.O. Box 79445
City Of Industry, CA 91716-9445

VAR Technology Finance
P.O. Box 790448
St Louis, MO 63179-0448

Velvac, Inc.
2405 S. Calhoun Road
New Berlin, WI 53151

Virdell Diesel Service
P.O. Box 362
Brady, TX 76825

Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788

Wageworks, Inc.
P.O. Box 8363
Pasadena, CA 91109-8363

WAM USA Inc.
P.O. Box 890596
Charlotte, NC 28289-0596

Warren Cat Store 03/Parts
3601 S. Treadaway Blvd
Abilene, TX 79602


Weaver and Tidwell, LLP
2821 West 7th St.
Suite 700
Fort Worth, TX 76107


Weins Machine Co.
Route 1, Box 523
Terlton, OK 74081-0523


Well Servicing Magazine
Three Weiman Center
14531 FM 529 Ste 250
Houston, TX 77095


Weller Truck f/k/a R H Sheppard Co., Inc
P.O. Box 7383
Lancaster, PA 17604-7383


Weller Truck Parts
4549 Aldine Bender Rd
Houston, TX 77032


Wells Fargo Equipment Finance
NW-8178
P.O. Box 1450
Minneapolis, MN 55485-8178


Wells Fargo Equipment Finance 4105
NW-8178
P.O. Box 1450
Minneapolis, MN 55485-8178


Western Rubber & Mfg., Inc.
7015 Old Highway 105 West
Conroe, TX 77304


Whitewing Construction
1315 FM 2996
Brady, TX 76825

Whitlock Insrument
1300 N. Texas Ave
Odessa, TX 79761


Wichita Clutch Div of Altra Industrial M
24989 Network Place
Chicago, IL 60673-1249


Willbanks Metals Inc.
1155 N.E. 28th Street
Fort Worth, TX 76106


Willie's Tees
210 Fay Street
Brownwood, TX 76801


Wilson Co
Addison 02
P.O. Box 9100
Addison, TX 75001-9100


Window Operating, Ltd.
1076 US Highway 283
Coleman, TX 76834


Womack Machine Supply
P.O. Box 679055
Dallas, TX 75267-9055


Work Wear Safety
6318 Airport Frwy, Suite C
Fort Worth, TX 76117


World of Concrete /Hanley Wood dba
P.O. Box 612128
Dallas, TX 75261-2128


WPT Power Trans Corp
P.O. Box 8148
Wichita Falls, TX 76307


Xenco Laboratories dba B&A Laboratores,
P.O. Box 2256
Stafford, TX 77497

Zoro  Tools
909  Asbury  Dr
Buffalo Grove, IL 60089