**Expedited hearing shall be held on 1/20/2022 at 01:30 PM in https://us-courts.webex.com/meet/Davis via Webex or Phone. Call 650-479-3207 Code:160 704 4630. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 19, 2022**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LOADCRAFT INDUSTRIES, LTD. | § § | Case No. 21-11018-TMD |
| Debtor | § § | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING OF DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR'S PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

Before the Court is the Motion filed by Loadcraft Industries, Ltd.'s (the "**Debtor**") Motion for Expedited Hearing of its *Motion for Entry of Interim and Final Orders Authorizing (I) Debtor's proposed form of adequate assurance of payment to utility companies, (II) establishing procedures for resolving objections by utility companies, and (III) prohibiting utility companies from altering, refusing, or discontinuing service (*the "**Motion**") filed on January 19, 2022. The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion is scheduled for expedited hearing on the date and time listed above.

###

Prepared and submitted by:

WALLER LANSDEN DORTCH & DAVIS, LLP
Eric Taube (Bar No. 19679350)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com

*Proposed Attorneys for the Debtor and
Debtor in Possession*

Prepared By:

Eric J. Taube
State Bar No. 19679350
WALLER LANSDEN DORTCH & DAVIS, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Eric.taube@wallerlaw.com

*Proposed Attorneys for the Debtor and
Debtor in Possession*