IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LOADCRAFT INDUSTRIES, LTD. | § | Case No. 21-11018-TMD |
| | § | |
| Debtor | § | |

### NOTICE OF FILING OF INITIAL 13 WEEK CASH FLOW FORECAST

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Loadcraft Industries, Ltd. (the "*Debtor*") files the attached Initial 13 Week Cash Flow Forecast.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ *Mark C. Taylor*
Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
William R. "Trip" Nix, III (Bar No. 24092902)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
    Mark.Taylor@wallerlaw.com
    Trip.Nix@wallerlaw.com

*Proposed Attorneys for the Debtor and Debtors in Possession*

### CERTIFICATE OF SERVICE

The foregoing was served on all persons on the attached list electronically via the Court's ECF system or via first class mail on January 19, 2022.

/s/ *Mark C. Taylor*
Mark C. Taylor

## LIMITED SERVICE LIST

**Debtor**
Loadcraft Industries, LP
3811 N. Bridge St.
Brady, TX 76825

**Government Entities**
United States Trustee (*via ECF*)
Attn: Shane Tobin
903 San Jacinto, Room 230
Austin, TX 78701

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Brown County Appraisal District
403 Fisk Avenue
Brownwood, TX 76801

McCulloch County Appraisal District
306 W. Lockhart
Brady, TX 76825

**Secured Creditors**
Alphonso Energy LLC
1211 Challenger
Lakeway, TX 78734

**20 Largest Unsecured Creditors**
Toyota Financial Services
P.O. Box 2431
Carol Stream, IL 60132

American Express
P.O. Box 650448
Dallas, TX 75265-0448

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Donald E. Harman Co. Inc.
421 Industrial Dr.
Richardson, TX 75081

Intsel Steel/Triple-S Steel
P.O. Box 301212
Dallas, TX 75303-1212

United Engines
P.O. Box 731594
Dallas, TX 75373-1594

Polyglass Coating
1616 N. Main Street
Pearland, TX 77581

Health Care Service Corp.
P.O. Box 731428
Dallas, TX 75373-1428

Single Source Inc
8141 Gateway Dr
Suite 210
Argyle, TX 76226-5736

Stewart & Stevenson Power
P.O. Box 301063
Dallas, TX 75303-1063

Fox NDE, LLC.
P.O. Box 5088
Abilene, TX 79608

Metals USA
101 E Illinois Ave
Enid, OK 73701

Dell Financial Services
Payment Processing Center
Carol Stream, IL 60197-6547

TMDB Properties, L.L.C.
P.O. Box 469
Brady, TX 76825

Huntland Trucking
P.O. Box 86
Santa Anna, TX 76878

American Block Mfg Co Inc
P.O. Box 301442
Dallas, TX 75303

Willbanks Metals Inc.
1155 N.E. 28th Street
Fort Worth, TX 76106

Hill's Specialty Co Inc
P.O. Box 69070
Odessa, TX 79769

SSAB Swedish Steel
P.O. Box 347354
Pittsburgh, PA 15251-7354

Longhorn Equipment & Supply
2621 Martin Luther King Drive
San Angelo, TX 76903

World of Concrete /Hanley Wood
P.O. Box 612128
Dallas, TX 75261-2128

WPT Power Trans Corp
P.O. Box 8148
Wichita Falls, TX 76307

Xenco Laboratories dba B&A Laboratores,
P.O. Box 2256
Stafford, TX 77497

Zoro Tools
909 Asbury Dr
Buffalo Grove, IL 60089

Window Operating, Ltd.
1076 US Highway 283
Coleman, TX 76834

**Parties Requesting Service**
Robert B. Wagstaff (*via ECF*)
McMahon Surovik Suttle P.C.
P.O. Box 3679
Abilene, Texas 79604

Katherine J. Walters
Sheldon E. Richie (*via ECF*)
Richie & Gueringer, P.C.
100 Congress Ave., Suite 1750
Austin, TX 78701

Texas Workforce Commission
c/o Callan C. Searcy (*via ECF*)
Assistant Attorney General
Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, TX 78711-2548

Tara LeDay (*via ECF*)
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680

040872-18219/4858-8735-6680.1

Stephen W. Sather (*via ECF*)
Gregory M. Friedman (*via ECF*)
BARRON & NEWBURGER, P.C.
7320 N. MoPac, Suite 400
Austin, TX 78731

040872-18219/4858-8735-6680.1

**Loadcraft Industries LTD Debtor in Possession**
**Cash Flow Projection**
Beginning 12/31/2021 .... As Of 01/18/2022

### Running Cash

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on hand | | 299,712 | 299,712 | 262,531 | 220,038 | 155,772 | 87,172 | 34,872 | 944,872 | 204,272 | 300,272 | 240,972 | 1,198,672 | 646,372 | 476,772 |
| OS Checks | | - | - | (22,129) | - | - | - | - | - | - | - | - | - | - | - |
| Available WC | | 299,712 | 299,712 | 240,402 | 220,038 | 155,772 | 87,172 | 34,872 | 944,872 | 204,272 | 300,272 | 240,972 | 1,198,672 | 646,372 | 476,772 |
| **Cash Available, Net Carried to Next Week** | | 299,712 | 262,531 | 220,038 | 155,772 | 87,172 | 34,872 | 944,872 | 204,272 | 300,272 | 240,972 | 1,198,672 | 646,372 | 476,772 | 444,272 |

Money at First Bank & Trust frozen, about $20K as of Dec 31, net of outstanding cks

| | Start Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Inflows, Net** | 12/31/2021 | 1/7/2022 | 1/14/2022 | 1/21/2022 | 1/28/2022 | 2/4/2022 | 2/11/2022 | 2/18/2022 | 2/25/2022 | 3/4/2022 | 3/11/2022 | 3/18/2022 | 3/25/2022 | 4/1/2022 |
| Gulf | | | | | | | | | | | | | | |
| Parts Sales | | | 23,941 | | | | | | | | | | | |
| Orient Oil RO342 | | | | 100,000 | 100,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 25,000 | 25,000 | 50,000 | 50,000 |
| Van Winkle Blue Rig | | | | | | | 40,000 | | | | | | | |
| Van Winkle Red Rig | | | | | | | 1,000,000 | | | | | | | |
| Orient Oil RO343 | | | | | | | | | 1,000,000 | | | | | |
| Marriott | | | | | | | | | | | 1,100,000 | | | |
| CAT IV Inspections | | | | | 10,000 | | | 10,000 | 40,000 | | | | 10,000 | 40,000 |
| Other | | | | | | | | | | | | | | |
| **Actual + Proforma Receipts** | - | - | 23,941 | 100,000 | 110,000 | 50,000 | 1,090,000 | 60,000 | 1,090,000 | 50,000 | 1,125,000 | 25,000 | 60,000 | 90,000 |
| Shakers | | - | | | 8,000 | | | | | | | | | |
| CC Payments Rec'd | | | | | | | | | | | | | | |
| **Total Projected Cash Inflows** | - | - | 23,941 | 100,000 | 118,000 | 50,000 | 1,090,000 | 60,000 | 1,090,000 | 50,000 | 1,125,000 | 25,000 | 60,000 | 90,000 |
| **Total Projected Useable Cash** | 299,712 | 299,712 | 264,343 | 320,038 | 273,772 | 137,172 | 1,124,872 | 944,872 | 1,294,272 | 350,272 | 1,365,972 | 1,223,672 | 706,372 | 566,772 |

### Project Specific 3rd Party Expenditures

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miscellaneous (freight, inv adj, travel) | | | (4,390) | (2,000) | (2,000) | (3,000) | (3,000) | (3,000) | (3,000) | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) |
| SO Purchase Orders for Parts Sales | | | - | (50,000) | (50,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (12,500) | (12,500) | (25,000) | (25,000) |
| Credit/Debit Card Charges | | | | (7,466) | | (5,000) | (5,000) | (5,000) | (5,000) | | | | | |
| **Actual/Proforma Releases** | - | - | (4,390) | (59,466) | (52,000) | (33,000) | (33,000) | (33,000) | (33,000) | (29,000) | (16,500) | (16,500) | (29,000) | (29,000) |
| Orient Oil RO342 | | | | (30,000) | | | | | | | | | | |
| Van Winkle Blue Rig | | | | | | | | (650,000) | | | | | | |
| Van Winkle Red Rig | | | | | | | | | (800,000) | | | | | |
| Orient Oil RO343 | | | | | | | | | | | | | | |
| Marriott | | | | | | | | | | | (500,000) | (125,000) | | |
| CAT IV Inspections (contract XR outside US) | | | | | | | | | (10,000) | | | | | (10,000) |
| MRO Credit Card Charges (Supplies) | | | | | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) |
| Rentals, repairs and maintenance | | | | (3,000) | (1,500) | (1,500) | (1,500) | (1,500) | (1,500) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) |
| API / ISO 3rd Party Costs | | | | | (13,000) | | | | | | | | | |
| **Total 3rd Party Expenditures** | - | - | (4,390) | (92,466) | (66,500) | (38,500) | (38,500) | (688,500) | (849,500) | (40,500) | (28,000) | (528,000) | (165,500) | (50,500) |

### Recurring / High Priority Outflows

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Officer/Mgm Payroll, Taxes | | | | (4,000) | | (4,000) | | (4,000) | | (4,000) | | (4,000) | | (4,000) |
| Current Ongoing Payroll, Taxes, Child Support | - | (37,181) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) | (38,000) |
| Utilities (electricity, gas, water, phone, internet) | - | - | - | | (14,000) | | (3,000) | | (15,000) | | (3,000) | | (16,000) | |
| Insurance W/C: Texas Mutual | - | - | - | | | | (3,000) | | | | (3,000) | | | |
| Insurance GL, Comp, etc. | | | | | (50,000) | | (5,000) | | | (5,000) | | | | (5,000) |
| Rental payments on Brady, Brownwood, equip | | | | (21,800) | (4,300) | (16,800) | (4,300) | (4,300) | (4,300) | (16,800) | (4,300) | (4,300) | (4,300) | (16,800) |
| Government Entities: Sinking fund for Taxes | | | | | (5,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) |
| Sales Tax Sinking Fund | | | (1,915) | (8,000) | (8,800) | (4,000) | (87,200) | (4,800) | (87,200) | (4,000) | (90,000) | (2,000) | (4,800) | (7,200) |
| **Total Recurring Outflows** | - | (37,181) | (39,915) | (71,800) | (120,100) | (63,800) | (141,500) | (52,100) | (145,500) | (68,800) | (139,300) | (49,300) | (64,100) | (72,000) |
| **Cash Available for Non recurring / High Priority** | 299,712 | 262,531 | 220,038 | 155,772 | 87,172 | 34,872 | 944,872 | 204,272 | 300,272 | 240,972 | 1,198,672 | 646,372 | 476,772 | 444,272 |