**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LOADCRAFT INDUSTRIES, LTD | § | Case No. 21-11018 |
| | § | |
| Debtor | § | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

On <u>December 30, 2021</u>(the "***Petition Date***"), the above-captioned debtor and debtor-in-possession in the above-captioned chapter 11 case ("***Debtor,***") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

Pursuant to the requirements of Bankruptcy Code Section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Debtor, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the Western District of Texas (the "***Bankruptcy Court***").

Glorious Splendor Too, LLC is the general partner of the Debtor, having the general partner who authorized the initial filing and having ratified the filing. Disputes exist as the status of the prior general partner of the Debtor and specifically, who were the managers of the general partner prior to the its removal. Books and records of the Debtor were in possession of the prior general partner through the filing date, and representatives of Glorious Splendor Too, LLC have been working with employees of the Debtor to review all available records, but the process is on-going. As a consequence, and subject to further review and of existing records, some of which are in the possession of the General Partner, and some of which are not, Debtor's general partner has used its best efforts to provide accurate information based upon its knowledge as of the date of the filing  as required by the Bankruptcy Code and Rules. It is anticipated, however, that the Schedules and Statement of Financial Affairs will require further amendment as additional information and records are made available.

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor

are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's commercially reasonable best efforts to report the assets and liabilities of the Debtor. .

In preparing the Schedules and Statements, the Debtor relied upon financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. Thus, the Debtor is unable to warrant or represent the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update, amend or supplement the Schedules and Statements, but reserve the right to do so.

## Global Notes and Overview of Methodology

**Reservation of Rights**. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights or an admission with respect to its chapter 11 case, including, without limitation, any issues involving substantive consolidation, equitable subordination, offsets or defenses and/or causes of action arising under, *inter alia*, the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

**Description of Cases**. On the Petition Date, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as Debtor-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108. No trustee or examiner has been requested in this chapter 11 case, and no committees have been appointed or designated.

**Net Book Value of Assets**. Unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of December 30, 2021. The market value of the Debtor's property may vary significantly from book values.

**Recharacterization**. Notwithstanding the Debtor's commercially reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available.

**Liabilities**. The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate as it determines in its sole and absolute discretion.

The liabilities listed on the Schedules do not reflect any analysis of claims pursuant to Bankruptcy Code Section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code Section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code to include the following:  (a)  members and managers of partners; (b)directors and officers; (c) partners ; (d) relatives of  control persons of partners, including entities that such persons own or control; (e) persons in control; and (f) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to:  (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise validly transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D and  E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**. Despite reasonable efforts, and based upon the circumstances with respect to control of the Debtor at the time of the filing of the bankruptcy case, the Debtor may not have identified and/or set forth all of its (filed or potential) causes of action against third parties as assets in its Schedules and Statements. Specifically, Debtor has not attempted to identify causes of action that arise under Chapter 5 of the Bankruptcy Code. The Debtor reserves all of its rights with respect to any causes of action against third parties and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action which are expressly reserved.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a.      <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.      <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.      <u>Liens</u>. Property, inventory and equipment listed in the Schedules may be presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d.      <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtor' Schedules

**Schedule A/B**. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. The Debtor reserves all of its rights to recategorize and/or recharacterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed.

Unless indicated otherwise, asset values described in Schedule A/B are representative of values reflected on the Debtor's December 31 2021 balance sheets.

**Schedule A/B - 8**. The amount paid as retainer to Waller, Lansden, Dortch & Davis, LLP is as of December 30, 2021and was paid pre-petition by Brian Alphonso, individually along with a guaranty of fees for Waller, Lansden, Dortch & Davis, LLP

**Schedule A/B - 11**. The Debtor has disclosed the net book value with respect to accounts receivable listed on Schedule A/B-11, which represents the amount of the accounts receivable netted by any "doubtful accounts." For purposes of Schedule A/B-11, "doubtful accounts" are those accounts that the Debtor has identified as unlikely to be paid given the amount of time such accounts have been outstanding.

**Schedule A/B - 75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, or refunds with various parties. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, causes of action as a plaintiff or counter-claims as a defendant. To the extent such rights are known and quantifiable, they are listed on Schedule A/B-75; however, any such rights which are unknown to the Debtor or not quantifiable as of the Petition Date are not listed on Schedule A/B-75.

**Schedule E/F, Part 1**. The claims listed on Schedule E/F, Part 1 arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, Part 1, however, appear to have arisen or to have been incurred before the Petition Date.

**Schedule E/F, Part 2**. The Debtor has used its commercially best reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F, Part 2 based upon the Debtor's existing books and records as of the Petition Date. The claims of individual creditors for, among other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. The Debtor has made every effort to include as a contingent, unliquidated or disputed the claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent they are known, Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtor's existing books, records and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases at the Debtor and diligent efforts have been made to ensure the accuracy of Debtor's Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts.

Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality or non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract or lease or multiple, severable or separate contracts or leases.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents.

The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts or unexpired leases becomes available. Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Executory contracts that are oral in nature have not been included on Schedule G.

Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

The listing of any contract or lease on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or lease or an admission that such contract or lease is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the

effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

**Schedule H**. For purposes of Schedule H, the Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule A/B-75 and SOFA 7. as applicable.

## Specific Disclosures with Respect to the Debtor' Statements

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. In the Debtor's attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtor has identified such matters on Schedule E/F, Part 2. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

*[Remainder of page intentionally left blank.]*

**Fill in this information to identify the case:**

Debtor name    **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-11018**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $  **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $  **2,187,744.44**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $  **2,187,744.44**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $  **1,100,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $  **1,166,030.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$  **6,062,682.96**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b    $  **8,328,713.45**

**Fill in this information to identify the case:**

Debtor name    **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF TEXAS**

Case number (if known)    **21-11018**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank & Trust** | **Checking** | **1967** | $339,558.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$339,558.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **City of Brady - Utility Deposit** | $15,000.00 |
|---|---|---|
| 7.2. | **City of Brownwood - Utility Deposit** | $1,200.00 |
| 7.3. | **City of Brady Water/Sewer - Utility Deposit: Bunk Houses** | $600.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(If known)* **21-11018** |
|---|---|---|
| | Name | |

| 7.4. | **Prepaid Purchase Orders (see attached Schedule 7)** | | $186,011.44 |
|---|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$202,811.44

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **466,320.00** | - | **407,301.00** | = .... | **$59,019.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **754,803.00** | - | **0.00** | = .... | **$754,803.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$813,822.00

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Inventory - Parts** | | **$3,811,651.00** | | **$593,116.00** |
| 20. | Work in progress **Inventory: WIP (adjusted for % complete)** | | **$434,284.00** | | **$195,074.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Inventory: Finished Goods (adjusted for % complete)** | | **$242,085.00** | **$43,363.00** |

| | | | |
|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | |
| 22. | **Other inventory or supplies** | | |
| 23. | **Total of Part 5.** | | **$831,553.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value      85,177.00      Valuation method                    Current Value      85,177.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Leased office furniture - Brady location (see attached Schedule 39)** | $0.00 | | $0.00 |
| | **Leased office furniture - Brownwood location (see attached Schedule 39)** | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Leased office equipment - Brady location (see attached Schedule 41)** | $0.00 | | $0.00 |
| | **Leased office equipment - Brownwood location (see attached Schedule 41)** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(If known)* **21-11018** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Vehicles, trailers, etc. - Brady location (see attached Schedule 47)** | **$882.19** | | **Unknown** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Leased Plant Equipment - Brady location (see attached Schedule 50)** | **$0.00** | | **$0.00** |
| **Leased Plant Equipment - Brownwood location (see attached Schedule 50)** | **$0.00** | | **$0.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | **$0.00** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(If known)* **21-11018** |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **3811 N. Bridge St., Brady, TX 76825** | Lease | $0.00 | | $0.00 |
| 55.2. | **1001 Gifford Street, Brownwood, TX 76801** | Lease | $0.00 | | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

■ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Debtor claims an interest in intellectual property transferred to Glider Products, LLC** | Unknown | | Unknown |
| 65. | **Goodwill** | | | |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 5

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* **21-11018** |
|---|---|---|
| | Name | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Debtor owns various litigation claims that are currently being investigated that are generally described as:**<br>**1. Claims related to the Sale Leaseback Transaction with Window Operating, Ltd.**<br>**2. Claims related to the intellectual property developed by Debtor and transferred to Glider Products, LLC.**<br>**3. Claims related to the payment of Passerina Cirrus, an entity related to Terry McIver.**<br>**4. Claims against Terry McIver and related persons and entities for breach of fiduciary duty to Debtor, its creditors and equity owners.** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | **$0.00** |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|
| | Name | | |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(If known)* **21-11018** |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $339,558.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $202,811.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $813,822.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $831,553.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,187,744.44 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,187,744.44 |

**Fill in this information to identify the case:**

Debtor name  **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-11018**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Alphonso Energy LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**4 Orteq acid trailers** | **$1,100,000.00** | **$176,464.00** |

**1211 Challenger**
**Lakeway, TX 78734**
Creditor's mailing address

Describe the lien
**Money loaned**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/2/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$1,100,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **21-11018**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Brown County Appraisal District**
**403 Fisk Avenue**
**Brownwood, TX 76801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$730,925.49** | **$730,925.49** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid 941 taxes for 2019, 2020 and 1st quarter of 2021**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,747.53 | $50,747.53 |
|---|---|---|---|---|

**McCulloch County Appraisal District**
**306 W. Lockhart**
**Brady, TX 76825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307,875.00 | $307,875.00 |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Revenue Accounting Div.-Bankruptcy Sec.**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,482.47 | $76,482.47 |
|---|---|---|---|---|

**Texas Workforce Commission**
**TWC Building-Regulatory Integrity Div**
**101 E. 15th St.**
**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.00 |
|---|---|---|---|

**3M Prescription Eyewear**
**US 01 Lockbox**
**P.O. Box 844190**
**Dallas, TX 75284-4190**

Date(s) debt was incurred  **04/2015**
Last 4 digits of account number  **2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,918.34 |
|---|---|---|---|

**Aberdeen Dynamics Supply Inc.**
**Dept. 1160**
**Tulsa, OK 74182**

Date(s) debt was incurred  **04/2015**
Last 4 digits of account number  **0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|
| | Name | | |

---

3.3

**Nonpriority creditor's name and mailing address**
**Access Point, Inc.**
**P.O. Box 382828**
**Pittsburgh, PA 15251-8828**

Date(s) debt was incurred **01/2017**
Last 4 digits of account number **1849**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$12,776.08**

---

3.4

**Nonpriority creditor's name and mailing address**
**Ace Hardware**
**P.O. Box 820**
**Lorena, TX 76655-0820**

Date(s) debt was incurred **10/2017**
Last 4 digits of account number **1110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$120.21**

---

3.5

**Nonpriority creditor's name and mailing address**
**Ace Industries, Inc.**
**7220 Nelms St**
**Houston, TX 77061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$491.43**

---

3.6

**Nonpriority creditor's name and mailing address**
**Adam Miranda**
**218 Lynn Gavit Rd**
**Apt. 202**
**Brady, TX 76825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$4,239.75**

---

3.7

**Nonpriority creditor's name and mailing address**
**Adan Palacio**
**1506 Simpson St**
**Brady, TX 76825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$3,362.58**

---

3.8

**Nonpriority creditor's name and mailing address**
**AEI Corp. - Okla.**
**P.O. Box 1945**
**Oklahoma City, OK 07310-1194**

Date(s) debt was incurred **07/2018**
Last 4 digits of account number **0956**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$154.84**

---

3.9

**Nonpriority creditor's name and mailing address**
**Aeropro, L.L.C.**
**75 Remittance Dr, Ste. 1635**
**Chicago, IL 60675-1635**

Date(s) debt was incurred **06/2018**
Last 4 digits of account number **3728**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.50**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,637.33**

**Afisco Industrial**
**P.O. Box 5332**
**3501 Ave E. East**
**Arlington, TX 76005-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1488**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.87**

**Aflac Premium Holding**
**75 Remittance Drive, Suite 6135**
**Chicago, IL 60675-6135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Last 4 digits of account number  **1349**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,171.13**

**Agustin Reyes**
**403 W White St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.00**

**AIP**
**2064 Mercer Rd**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00**

**Air Compressor Solutions**
**3001 Kermit Hwy**
**Odessa, TX 79764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.33**

**Air Mac, Inc.**
**P.O. Box 561707**
**Dallas, TX 75356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1493**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.24**

**Air Temp**
**300 Main St**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3309**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,131.29**

**Airgas USA, LLC**
**P.O. Box 676015**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2018__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __0018__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$916.20**

**Airman, Inc.**
**10440 Brockwood Rd**
**Dallas, TX 75338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$881.73**

**Alamo Iron Works, Inc.**
**943 At and T Center Pkwy**
**San Antonio, TX 78219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,099.40**

**Albert Ewing**
**1602 N Elizabeth**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages for 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$931.84**

**Alexander Roque**
**1607 S College St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages for 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,615.47**

**All-Pro Fasteners**
**1916 Peyco Drive North**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.04**

**Allied Electronics, Inc.**
**Accts. Receivable Dept.**
**P.O. Box 2325**
**Fort Worth, TX 76113-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2015__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __0025__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,890.86**

**Allied Sales Co.**
**Texas Enterprises**
**4911 E. 7th Street**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **2347**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,093.22**

**Allstate Benefits**
**P.O. Box 678227**
**Dallas, TX 75267-5140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Last 4 digits of account number  **3925**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$835.04**

**Ally, Formerly  GMAC**
**Payment Processing Center**
**P.O. Box 78234**
**Phoenix, AZ 85062-8234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **SUPPLIER - DEBT**

Last 4 digits of account number  **3388**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$442.66**

**Altek Systems Inc**
**P.O. Box 232**
**Lamar, CO 81052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **2803**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,235.78**

**Amazon.com**
**440 Terry Ave**
**North Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,370.59**

**AMC MBL Metals LLC**
**9640 E. Hwy 21**
**Bryan, TX 77808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **SUPPLIER - STEEL**

Last 4 digits of account number  **4146**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,972.40**

**American Block Mfg Co Inc**
**P.O. Box 301442**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0030**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **3096**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - DEBT**

Is the claim subject to offset? ☐ No  ☐ Yes

**$158,867.13**

---

**3.32** | Nonpriority creditor's name and mailing address

**American Petroleum Inst.**
P.O. Box 1425
Merrifield, VA 22116-1425

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number  **0035**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,500.00**

---

**3.33** | Nonpriority creditor's name and mailing address

**American Sales & Service, Inc.**
P.O. Box 61610
San Angelo, TX 76906

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$123.00**

---

**3.34** | Nonpriority creditor's name and mailing address

**Andrea Perez**
1702 N Davidson
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**Angelo Bolt & Industrial Supply**
P.O. Box 61593
San Angelo, TX 76906

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **2561**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$502.33**

---

**3.36** | Nonpriority creditor's name and mailing address

**APSCO f/k/a Brownwood Plumbing**
3705 US 377
Brownwood, TX 76801

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$14.83**

---

**3.37** | Nonpriority creditor's name and mailing address

**Arnold Pena**
45 PR 895
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,717.50**

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,180.00 |
|---|---|---|---|

**Arro Enterprises, Inc.**
**14213 Business Ave**
**Interamerica Ind. Park**
**Laredo, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2017__

**Basis for the claim:** __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __4254__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.00 |
|---|---|---|---|

**Artus Corporation**
**201 S. Dean St**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Association Of Energy Service Companies**
**14531 FM 529, Suite 250**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2018__

**Basis for the claim:** __SUPPLIER - SERVICES__

Last 4 digits of account number __0997__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,451.39 |
|---|---|---|---|

**Astro-Tex Company, Inc.**
**2512 Summit Ave #311**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,101.68 |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2016__

**Basis for the claim:** __SUPPLIER - UTILITIES__

Last 4 digits of account number __3319__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,199.12 |
|---|---|---|---|

**Atmos Energy**
**P.O. Box 790311**
**St Louis, MO 63179-0311**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __02/2016__

**Basis for the claim:** __SUPPLIER - UTILITIES__

Last 4 digits of account number __2915__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182.48 |
|---|---|---|---|

**Austin Hardware & Supply**
**Dept Ch 19373**
**Palantine, IL 60055-9373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2015__

**Basis for the claim:** __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __0065__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (*if known*) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address

**Austin Hose fka Austin Dist & Mfg Corp.**
P.O. Box 7890
Amarillo, TX 79114-7890

Date(s) debt was incurred  05/2019

Last 4 digits of account number  0063

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$741.62

---

**3.46** | Nonpriority creditor's name and mailing address

**Automation Direct**
3505 Hutchinson Rd
Cumming, GA 30040

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$2,030.55

---

**3.47** | Nonpriority creditor's name and mailing address

**Axon Pressure Products**
Dept. 576
P.O. Box 4346
Houston, TX 77210-4346

Date(s) debt was incurred  12/2017

Last 4 digits of account number  0003

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$1,600.62

---

**3.48** | Nonpriority creditor's name and mailing address

**Aztec Bolting Service, Inc**
520 Dallas Street
League City, TX 77573

Date(s) debt was incurred  11/2014

Last 4 digits of account number  3919

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$5,850.00

---

**3.49** | Nonpriority creditor's name and mailing address

**B&W Trailer Company Inc**
P.O. Box 5277
San Angelo, TX 76902-5277

Date(s) debt was incurred  10/2015

Last 4 digits of account number  0069

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$6,686.43

---

**3.50** | Nonpriority creditor's name and mailing address

**Badger Meter Inc. dba Wyco Tool Co**
8635 Washington Ave
Racine, WI 53406-3738

Date(s) debt was incurred  12/2015

Last 4 digits of account number  1491

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$58.87

---

**3.51** | Nonpriority creditor's name and mailing address

**Bailey International Corp.**
2527 Westcott Blvd
Knoxville, TN 37931

Date(s) debt was incurred  03/2016

Last 4 digits of account number  1342

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No ☐ Yes

$8,470.00

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|

---

**3.52** | Nonpriority creditor's name and mailing address
**Bell County Overhead Crane, LLC**
**5753 Hwy 85 N #5900**
**Crestview, FL 32536**

Date(s) debt was incurred **04/2015**

Last 4 digits of account number **1851**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$8,259.74**

---

**3.53** | Nonpriority creditor's name and mailing address
**Bendix CVS**
**P.O. Box 92096**
**Chicago, IL 60675**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$2,011.55**

---

**3.54** | Nonpriority creditor's name and mailing address
**Best Western**
**2200 South Bridge Street**
**Brady, TX 76825-7442**

Date(s) debt was incurred **05/2015**

Last 4 digits of account number **0084**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$7,704.20**

---

**3.55** | Nonpriority creditor's name and mailing address
**Bishop Lifting Products, Inc.**
**125 Mccarty Dr**
**Houston, TX 77029**

Date(s) debt was incurred **12/2017**

Last 4 digits of account number **0090**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$477.63**

---

**3.56** | Nonpriority creditor's name and mailing address
**BlastOne**
**4510 Bridgeway Ave**
**Columbus, OH 43219**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

**$1,176.00**

---

**3.57** | Nonpriority creditor's name and mailing address
**Blue Level Technologies, Inc.**
**3778 Timberlake Dr**
**Richfield, OH 44286**

Date(s) debt was incurred **04/2015**

Last 4 digits of account number **3868**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$7,486.94**

---

**3.58** | Nonpriority creditor's name and mailing address
**Bob Moore Tire Co**
**John Deere Financial**
**P.O. Box 650215**
**Dallas, TX 75265-0215**

Date(s) debt was incurred **11/2014**

Last 4 digits of account number **0096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$2,501.88**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,247.52**

**Bobby Covey**
**305 Bourke**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

**Brady Bearing & PT Supply, Inc.**
**2004 S. Bridge St**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.60**

**Brady Butane Co., Inc.**
**1907 S. Bridge St**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.00**

**Brady Communications, LLC**
**1003 S. Bridge St**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537.15**

**Brady Floors**
**2301 S. Bridge**
**Brady, TX 76825**

Date(s) debt was incurred  **04/2016**

Last 4 digits of account number  **0103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$722.91**

**Brake Systems**
**2221 NE Hoyt**
**Portland, OR 97232**

Date(s) debt was incurred  **02/2016**

Last 4 digits of account number  **0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.46**

**Brian Botello**
**901 W 8th St**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,473.64** |
|---|---|---|
| **Bridges Equipment Ltd**<br>**2122 Maurice Rd**<br>**Odessa, TX 79763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/2016** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **0113** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,865.00** |
|---|---|---|
| **Bronco Manufacturing LLC**<br>**4953 S. 48th W. Ave**<br>**Tulsa, OK 74107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **06/2019** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **3355** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|
| **Brownwood Chamber Of Commerce**<br>**600A E. Depot Street**<br>**Brownwood, TX 76801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **07/2016** | Basis for the claim:  **SUPPLIER - SERVICES** | |
| Last 4 digits of account number  **2062** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138.00** |
|---|---|---|
| **Brownwood Reg Med Center**<br>**P.O. Box 848403**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/2014** | Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES** | |
| Last 4 digits of account number  **2586** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,150.50** |
|---|---|---|
| **BSIGroup fka Eorm**<br>**7000 North Mopac Expressway**<br>**Suite 2091**<br>**Austin, TX 78731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **08/2016** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **4214** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,028.71** |
|---|---|---|
| **Buffers USA**<br>**10180 New Berlin Rd**<br>**Jacksonville, FL 32226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/2016** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **0122** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78.22** |
|---|---|---|
| **BuildASign.com**<br>**11525A Stonehollow Dr #100**<br>**Austin, TX 78758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **_** | Basis for the claim:  **_** | |
| Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,745.04** |
|---|---|---|---|

**Butler & Land Inc.**
P.O. Box 550399
Dallas, TX 75355-0399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2015

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  1521

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,142.61** |
|---|---|---|---|

**Buxton Interests, Inc.**
9346 Telge Rd
Houston, TX 77095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$958.56** |
|---|---|---|---|

**Buyers Products Company**
9049 Tyler Rd
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$606.06** |
|---|---|---|---|

**BWP-NSI**
3 TLC Pkwy
St. Clair, MO 63077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,350.00** |
|---|---|---|---|

**C H Robinson Company**
P.O. Box 9121
Minneapolis, MN 55480-9121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2015

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  3588

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,476.42** |
|---|---|---|---|

**C&L Aluminum Foundry, Inc.**
3024 S. Main St.
Ft Worth, TX 76110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  1528

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.74** |
|---|---|---|---|

**Cain Electrical Supply**
2000 Fisk Ave
Brownwood, TX 76801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,881.14**

**Cameron Drilling Systems**
P.O. Box 13568
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2015__

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number  __3797__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,054.15**

**Canada & Associates Safety Training, LLC**
441 S. Treadaway Blvd
Abilene, TX 79602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,659.00**

**Capital Machine Technologies, Inc.**
911 U.S. Highway 301 South
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2018__

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number  __3059__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,608.96**

**Capitol Bearing**
764 Airport Blvd
Austin, TX 78702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00**

**Card Services**
11701 Luna Road $6026
Farmers Branch, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2004__

Basis for the claim:  __Credit card charges__

Last 4 digits of account number  __0358__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Carl Anderson**
101 S. Loop Dr.
Brady, TX 76825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$705.00**

**Carmanah Technologies Corp.**
250 Bay Street
Victoria, BC V9A 3K5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.47**

**Central Freight Lines, Inc.**
P.O. Box 847084
Dallas, TX 75284-7084

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number  **0143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - FREIGHT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.34**

**Century Spring Corporation**
P.O. Box 15287
Los Angeles, CA 90015

Date(s) debt was incurred  **03/2016**

Last 4 digits of account number  **1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

**Challenger Equipment & Tool Co.**
12814 Old Boudeaux Ln
Tomball, TX 77375

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$799.95**

**Chamberland Engineering Associates**
P.O. Box 817
West Warwick, RI 02893

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number  **3660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$754.29**

**Chance Barr**
1711 CR 318
Early, TX 76802

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **4115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,125.13**

**Cincinnati Fans**
P.O. Box 640338
Cincinnati, OH 45264-0338

Date(s) debt was incurred  **09/2015**

Last 4 digits of account number  **1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Cirro Energy**
P.O. Box 660004
Dallas, TX 75266

Date(s) debt was incurred  **03/2009**

Last 4 digits of account number  **2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**
**City of Brady**
P.O. Box 351
201 E. Main St.
Brady, TX 76825

Date(s) debt was incurred  **11/29/21-12/29/21**

Last 4 digits of account number  **0047**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,726.03**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**City of Brownwood**
P.O. Box 1389
Brownwood, TX 76804-1389

Date(s) debt was incurred  **01/2016**

Last 4 digits of account number  **2719**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **SUPPLIER - UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$103.82**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Clear Drain**
P.O. Box 555
Willingboro, NJ 08046

Date(s) debt was incurred  **02/2016**

Last 4 digits of account number  **0161**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,058.52**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Clemtex, Inc.**
248 McCarty St
Houston, TX 77029

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$5,509.40**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Cleveland Tank & Supply, Inc.**
6560  Juniata Ave
Cleveland, OH 44103

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,240.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Clois Montague**
205 FM 586
Bangs, TX 76823

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$11,400.80**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Cody Barron**
209 Miami
Coleman, TX 76834

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$9,410.85**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| | 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.01** |
|---|---|---|---|---|

**Colt Wilkinson**
**6747 US Hwy 283 N**
**Coleman, TX 76834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,013.13** |
|---|---|---|---|---|

**Colt Wilkinson**
**6747 US Hwy 283 N**
**Coleman, TX 76834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages for 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|---|

**Command Alkon**
**P.O. Box 11407**
**Birmingham, AL 35246-0645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2015__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __1499__

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.20** |
|---|---|---|---|---|

**Compliant Paint Booths**
**6 Skyline Dr**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.96** |
|---|---|---|---|---|

**Component Electronics**
**6330 Tomken Rd**
**Mississauga, ON L5T 1N2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$925.50** |
|---|---|---|---|---|

**Confirm Biosciences**
**P.O. Box 748827**
**Los Angeles, CA 90074-8827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2017__

Basis for the claim: __SUPPLIER - EMPLOYEE SERVICES__

Last 4 digits of account number __1688__

Is the claim subject to offset? ■ No ☐ Yes

---

| | 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.26** |
|---|---|---|---|---|

**Control Chief**
**200 Williams St**
**Bradford, PA 16701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2016__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __3723__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.88 |
|---|---|---|---|

**Corley Gasket Company**
P.O. Box 271124
Dallas, TX 75227-1124

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number  **4191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,458.18 |
|---|---|---|---|

**Cornerstone Operating, LLC**
P.O. Box 519
Santa Anna, TX 76878

Date(s) debt was incurred  **07/2016**

Last 4 digits of account number  **1772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.50 |
|---|---|---|---|

**Crow-Burlingame Company**
P.O. Box 3643
Little Rock, AR 72203

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.25 |
|---|---|---|---|

**Cubbison Company**
380 Victoria Road
Youngstown, OH 44515

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,498.50 |
|---|---|---|---|

**Curtis Miller**
6297 Cr 236
San Saba, TX 76877

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,917.95 |
|---|---|---|---|

**Curtis Waskom**
33 CR 201
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,182.76 |
|---|---|---|---|

**Cush Suspensions**
1001 Falconcrest Court
Nixa, MO 65714

Date(s) debt was incurred  **12/2018**

Last 4 digits of account number  **4364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,347.19**

**Custom Advanced Connections**
903 Bay Star Blvd
Webster, TX 77598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **1517**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$985.70**

**D&H Rig Service**
4500 S. Treadaway Blvd
Abilene, TX 79602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,402.40**

**Dan's Machine & Welding, LLC**
120 Tally St
Brady, TX 76825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **0218**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$728.76**

**Dana Corporation**
P.O. Box 910230
Dallas, TX 75391-0230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **0212**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.71**

**Danhard Inc**
3839 Dilido Rd
Dallas, TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number  **1018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336.98**

**Darla A. Sweetman**
1402 Cottage St
Brwonwood, TX 76801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2019**

Last 4 digits of account number  **1787**

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.10**

**Darla A. Sweetman**
1402 Cottage St
Brownwood, TX 76801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.50**

**Daughtridge Sales**
**P.O. Box 4364**
**Rocky Mount, NC 27803-0364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0222**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,569.80**

**David Deramus**
**172 CR 201**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$814.32**

**David Flores Jr**
**1504 4th St**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,478.90**

**David Lohn**
**1208 S Pine St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.79**

**Debbie Gober**
**800 W 16th St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,308.20**

**Del City Wire Co Inc**
**23287 Network Place**
**Customer # 831479**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0230**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,517.34**

**Dell Financial Services**
**Dell Financial Services**
**Payment Processing Center**
**Carol Stream, IL 60197-6547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - DEBT**

Last 4 digits of account number  **3493**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**Dennis Cook**
**913 Calcutta**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$6,632.88**

---

**3.130** | Nonpriority creditor's name and mailing address

**Deublin Co.**
**2050 Norman Drive**
**Waukegan, IL 60085**

Date(s) debt was incurred  **05/2019**

Last 4 digits of account number  **0239**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$5,804.10**

---

**3.131** | Nonpriority creditor's name and mailing address

**Dexter Axle Company**
**2900 Industrial Parkway**
**Elkhart, IN 46516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,038.09**

---

**3.132** | Nonpriority creditor's name and mailing address

**Dickie Martinez**
**308 Simmons St**
**Brownwood, TX 76801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$1,168.70**

---

**3.133** | Nonpriority creditor's name and mailing address

**Dimar Valve & Fitting, Inc.**
**16431 Telge Rd**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,731.05**

---

**3.134** | Nonpriority creditor's name and mailing address

**Direct Energy Business**
**P.O. Box 660749**
**Dallas, TX 75266**

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number  **4326**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$1,626.50**

---

**3.135** | Nonpriority creditor's name and mailing address

**Donald E. Harman Co. Inc.**
**421 Industrial Dr.**
**Richardson, TX 75081**

Date(s) debt was incurred  **03/2015**

Last 4 digits of account number  **0945**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$125,970.68**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address

**Donna Jordan**
**2610 FM 1028**
**Rochelle, TX 76825**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,487.20**

---

**3.137** | Nonpriority creditor's name and mailing address

**Donnie Neff**
**180 CR 122**
**Santa Anna, TX 76878**

Date(s) debt was incurred  **06/2018**
Last 4 digits of account number  **1989**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,680.68**

---

**3.138** | Nonpriority creditor's name and mailing address

**Donnie Neff**
**180 CR 122**
**Santa Anna, TX 76878**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,598.67**

---

**3.139** | Nonpriority creditor's name and mailing address

**Douglas Hatchett**
**63 CR 424**
**Rochelle, TX 76872**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,863.63**

---

**3.140** | Nonpriority creditor's name and mailing address

**Dragon Rig Sales & Service**
**P.O. Box 3127**
**Beaumont, TX 77704**

Date(s) debt was incurred  **07/2015**
Last 4 digits of account number  **2701**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,582.70**

---

**3.141** | Nonpriority creditor's name and mailing address

**Drive Train Spec-Odessa**
**1308 W. 2nd Street**
**Odessa, TX 79763**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$100.44**

---

**3.142** | Nonpriority creditor's name and mailing address

**Drs. Comolli & Ethridge**
**1200 Austin Ave**
**Brownwood, TX 76801**

Date(s) debt was incurred  **02/2017**
Last 4 digits of account number  **1554**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$613.25**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
|---|---|---|---|

**DTL Technologies, LP**
**15827 Tuckerton Rd**
**Houston, TX 77095**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
|---|---|---|---|

**DWZ Welding, Inc.**
**P.O. Box 535**
**Caldwell, TX 77386**

Date(s) debt was incurred  **08/2015**

Last 4 digits of account number  **4177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,385.21** |
|---|---|---|---|

**E.A.H. Austin, Inc.**
**P.O. Box 80828**
**Austin, TX 78708-0828**

Date(s) debt was incurred  **01/2015**

Last 4 digits of account number  **0258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,115.35** |
|---|---|---|---|

**E.D. Etnyre & Co.**
**1333 S. Daysville Road**
**Oregon, IL 61061-9778**

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **3265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$733.10** |
|---|---|---|---|

**Ebay.com**
**2145 Hamilton Ave**
**San Jose, CA 95125**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$511.00** |
|---|---|---|---|

**EBSCO Spring**
**4949 S. 83rd E. Ave.**
**Tulsa, OK 74145**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number  **0260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,438.28** |
|---|---|---|---|

**Echo Wireless Broadband, Inc**
**P.O. Box 3406**
**Brownwood, TX 76803**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number  **1845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - UTILITIES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,345.14**

**Eddie Jones**
**1701 Avenue B**
**Santa Anna, TX 76878**

Date(s) debt was incurred **01/2019**

Last 4 digits of account number **2480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,596.28**

**Edgar Aguilar**
**P.O Box 741**
**Melvin, TX 76858**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,678.00**

**Edge Manufacturing And Technology**
**2606 W. CR 130**
**Midland, TX 79706**

Date(s) debt was incurred **03/2015**

Last 4 digits of account number **4139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,398.95**

**Elliott Electric Supply**
**4300 Danhill Dr**
**Brownwood, TX 76801**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,979.40**

**Ervin Industries**
**Dept 77997**
**P.O. Box 77000**
**Detroit, MI 48277-0997**

Date(s) debt was incurred **05/2015**

Last 4 digits of account number **1218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,692.86**

**ESAB Cutting Systems**
**P.O. Box 417540**
**Boston, MA 02241-7540**

Date(s) debt was incurred **09/2014**

Last 4 digits of account number **2930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,330.88**

**Eulalia Duque**
**P.O Box 741**
**Melvin, TX 76858**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address

**Eustorgio Muniz**
**801 Laurel Dr**
**Brady, TX 76825**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

$3,829.32

---

**3.158** | Nonpriority creditor's name and mailing address

**Evans Tempcon, Inc.**
**701 Ann St N.W.**
**Grand Rapids, MI 49504**

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number  **0278**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

$315.11

---

**3.159** | Nonpriority creditor's name and mailing address

**Everest Parts Supplies**
**2245 Porter Lake Dr**
**Sarasota, FL 34240**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

$57.73

---

**3.160** | Nonpriority creditor's name and mailing address

**Fabian Villarreal**
**1509 S China**
**Brady, TX 76825**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

$2,981.70

---

**3.161** | Nonpriority creditor's name and mailing address

**Fastenal Company**
**P.O. Box 1286**
**Winona, MN 55987**

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number  **0286**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

$2,461.00

---

**3.162** | Nonpriority creditor's name and mailing address

**Fedex**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

Date(s) debt was incurred  **09/2015**

Last 4 digits of account number  **0983**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - FREIGHT**

Is the claim subject to offset? ■ No ☐ Yes

$4,859.05

---

**3.163** | Nonpriority creditor's name and mailing address

**Fedex Freight East**
**Dept CH**
**P.O. Box 10306**
**Palatine, IL 60055-0306**

Date(s) debt was incurred  **02/2008**

Last 4 digits of account number  **0033**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - FREIGHT**

Is the claim subject to offset? ■ No ☐ Yes

$6,103.70

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,479.90** |
|---|---|---|---|

**Felix Sanchez**
**907 N Cypress St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,690.50** |
|---|---|---|---|

**Fibergrate Composite Structures**
**P.O. Box 931944**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **0288**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,067.08** |
|---|---|---|---|

**First Insurance Funding**
**P.O. Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/2019**

Last 4 digits of account number  **4385**

Basis for the claim:  **SUPPLIER - INSURANCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.18** |
|---|---|---|---|

**Five Star Filter**
**1414 Sakowitz St**
**Houston, TX 77020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2016**

Last 4 digits of account number  **4213**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,038.77** |
|---|---|---|---|

**Fleetpride Heavy Duty Experts**
**P.O. Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number  **3587**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,869.22** |
|---|---|---|---|

**Flight Center**
**275 Grey Street, Southpoint**
**South Brisbane QCD 4101**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,852.73** |
|---|---|---|---|

**Flow Products, Inc.**
**28379 Network Place**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **3885**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,637.73 |
|---|---|---|---|

**Forrest Vaughn**
**1015 West 17th**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,362.16 |
|---|---|---|---|

**Four-O Fluid Power Sales Inc**
**2300 Delante St**
**Ft Worth, TX 76117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Last 4 digits of account number  **0300**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,502.00 |
|---|---|---|---|

**Fox NDE, LLC.**
**P.O. Box 5088**
**Abilene, TX 79608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2014**

Last 4 digits of account number  **4052**

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,698.52 |
|---|---|---|---|

**Frances Hurd**
**205 N Loop**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.79 |
|---|---|---|---|

**Freeman Companies**
**13101 Almeda Rd**
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number  **3176**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,765.00 |
|---|---|---|---|

**Frisa Forjados S.A. de C.V.**
**Valentin G. Rivero 200, Los Trevino**
**66150 Santa Catarina, NL**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.29 |
|---|---|---|---|

**G T Industries, Inc.**
**P.O. Box 470922**
**Tulsa, OK 74147-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number  **0311**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,521.50**

**Gabriel Gomez**
**1803 Old Mason Rd**
**Brady, TX 76825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,719.56**

**Gabriella Reyes**
**218 Lynn Gavit**
**Apt 1503**
**Brady, TX 76825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.85**

**Garrison Mfg., Inc.**
**3320 S Yale St**
**Santa Ana, CA 92704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,765.20**

**Gary Bishop**
**1020 W 12th**
**Brady, TX 76825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Gary Sims**
**P.O. Box 734**
**Rockwood, TX 76873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,344.97**

**Gary Weatherman**
**800 W 15th St**
**Brady, TX 76825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$287.86**

**Gasket Service**
**2120 Kermit Hwy**
**Odessa, TX 79761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **02/2018**

Last 4 digits of account number  **4284**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421.17** |
|---|---|---|---|

**Gefco/King Oil Tool**
P.O. Box 872
Enid, OK 73702

Date(s) debt was incurred  06/2015

Last 4 digits of account number  0326

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,893.40** |
|---|---|---|---|

**George Cox**
1507 Hood St
Rochelle, TX 76872

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$371.88** |
|---|---|---|---|

**Geronimo Manufacturing In**
3717 Nw 63Rd Suite 160
Oklahoma City, OK 73116

Date(s) debt was incurred  03/2015

Last 4 digits of account number  0332

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$504.93** |
|---|---|---|---|

**Glass Doctor of Central Texas**
702 West Commerce
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$318,978.96** |
|---|---|---|---|

**Glider Manufacturing LLC**
613 Wallis Ave
Santa Anna, TX 76878

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Rent and HRI note conversion**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,447.84** |
|---|---|---|---|

**Glider Products, LLC**
613 Wallis Ave
Santa Anna, TX 76878

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485.95** |
|---|---|---|---|

**Globalindustrial.com**
2119 N. IH-35E
DeSoto, TX 75115

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,468.60**

**Go Daddy**
14455 N. Hayden Rd #219
Scottsdale, AZ 85260

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,445.40**

**Goengineer fka Progression Technologies**
1787 E. Ft. Union Blvd.
Ste. 100
Cottonwood Heights, UT 84121

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  06/2015

Last 4 digits of account number  0621

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,409.04**

**Goodyear Commercial Tire & Service Cente**
1789 E. Hwy 80
Abilene, TX 79601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  01/2016

Last 4 digits of account number  4117

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,102.12**

**Gordan Thweatt**
3109 Southland Blvd
San Angelo, TX 76904

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,475.79**

**Goyen Valve Corporation**
Pentair Filtration & Process
Dept Ch 14086
Palatine, IL 60055-4086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/2015

Last 4 digits of account number  3662

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,708.40**

**Grady McIver**
P.O. Box 519
Santa Anna, TX 76874

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/2015

Last 4 digits of account number  1357

Basis for the claim:  **SUPPLIER EMPLOYEE**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,352.96**

**Grady McIver**
P.O Box 37
Santa Anna, TX 76878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,298.47**

**Grainger**
**Dept. 486 - 849561840**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2015__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __0340__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$996.45**

**Grande Communications Network LLC**
**P.O. Box 679367**
**Dallas, TX 75267-9367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2018__

Basis for the claim: __SUPPLIER - UTILITIES__

Last 4 digits of account number __4332__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,617.56**

**Grimsley Electric, Inc.**
**P.O. Box 1707**
**Brownwood, TX 76804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2015__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __2508__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,122.40**

**Grote Industrial, LLC**
**P.O. Box 630116**
**Cincinnati, OH 45263-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2017__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __2828__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$492.02**

**Gunnebo Johnson Corporation**
**1240 N. Harvard**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2017__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __0348__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,582.93**

**Gwenda Brush**
**1904 Tenth St**
**Rochelle, TX 76872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages for 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.99**

**H O Bostrom Co., Inc.**
**818 Progress Ave**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,970.28** |
|---|---|---|---|

**Haas Machine Tools o Texas**
**1633 Firman Dr**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Hannon Hydraulics**
**625 N. Loop 12**
**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **4192**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.80** |
|---|---|---|---|

**Hapeco, Inc.**
**31331 Friendship Dr**
**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,770.00** |
|---|---|---|---|

**Hay Creek Construction**
**400 Bruce Street**
**Santa Anna, TX 76878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,703.00** |
|---|---|---|---|

**Hay Creek Enterprises, LLC**
**400 Bruce Street**
**Santa Anna, TX 76878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Health Care Service Corp.**
**P.O. Box 731428**
**Dallas, TX 75373-1428**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Last 4 digits of account number  **4143**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.86** |
|---|---|---|---|

**Hector Castanuela**
**906 Bleeker**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.20** |
|---|---|---|---|
| | **Hercules Sealing Products**<br>**1016 N. Belcher Rd.**<br>**Clearwater, FL 33765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.84** |
|---|---|---|---|
| | **Herman Sanchez**<br>**205 Eva St**<br>**Brady, TX 76825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Unpaid wages for 2019__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750.29** |
|---|---|---|---|
| | **Hi-Line, Inc.**<br>**P.O. Box 972081**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __12/2018__ | Basis for the claim: __SUPPLIER - PURCHASE PARTS__ | |
| | Last 4 digits of account number  __0369__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.76** |
|---|---|---|---|
| | **Higginbothams**<br>**P.O. Box 392**<br>**Comanche, TX 76442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __07/2016__ | Basis for the claim: __SUPPLIER - PURCHASE PARTS__ | |
| | Last 4 digits of account number  __0368__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,755.08** |
|---|---|---|---|
| | **Hill's Specialty Co Inc**<br>**P.O. Box 69070**<br>**Odessa, TX 79769** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __01/2015__ | Basis for the claim: __SUPPLIER - PURCHASE PARTS__ | |
| | Last 4 digits of account number  __0371__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.88** |
|---|---|---|---|
| | **Howard Supply Company**<br>**6103 Andrews Hwy**<br>**Odessa, TX 79762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,008.00** |
|---|---|---|---|
| | **Hoya Vision Care - Dept 2454**<br>**P.O. Box 122454**<br>**Dallas, TX 75312-2454** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __03/2017__ | Basis for the claim: __SUPPLIER - PURCHASE PARTS__ | |
| | Last 4 digits of account number  __4334__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.25 |
|---|---|---|---|

**Hubbard Enterprises**
**380 Quarry Road**
**Lancaster, OH 43130**

Date(s) debt was incurred  __04/2017__

Last 4 digits of account number  __4255__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908,040.82 |
|---|---|---|---|

**Huntland Properties, Ltd**
**P.O. Box 519**
**Santa Anna, TX 76878**

Date(s) debt was incurred  __09/2015__

Last 4 digits of account number  __2017__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - DEBT__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,093.31 |
|---|---|---|---|

**Huntland Trucking**
**P.O. Box 86**
**Santa Anna, TX 76878**

Date(s) debt was incurred  __05/2015__

Last 4 digits of account number  __3296__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - FREIGHT__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,646.90 |
|---|---|---|---|

**Hutchens Industries Inc**
**P.O. Box 870819**
**Kansas City, MO 60675-1521**

Date(s) debt was incurred  __05/2015__

Last 4 digits of account number  __0383__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,704.02 |
|---|---|---|---|

**Hydradyne fka Hydraulic Sales & Service**
**11005 W. County Road 128**
**Odessa, TX 79765**

Date(s) debt was incurred  __02/2016__

Last 4 digits of account number  __0387__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,556.19 |
|---|---|---|---|

**Hydradyne, LLC**
**2909 Speight Ave**
**Waco, TX 76711**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.27 |
|---|---|---|---|

**Hydraulic Service & Supply Co., Inc.**
**100 Howell St**
**Dallas, TX 75207**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,888.79** |
|---|---|---|---|

**Ignacio Flores**
**507 S High**
**Brady, TX 76825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$698.40** |
|---|---|---|---|

**IHS Global, Inc.**
**15 Inverness Way E**
**Englewood, CO 80112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.20** |
|---|---|---|---|

**IMMI Vehicle Improvement Products, Inc.**
**18881 IMMI Way**
**Westfield, IN 46074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,622.92** |
|---|---|---|---|

**Imperial Supply**
**2725 TX-360 #500**
**Grand Prairie, TX 75050**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**Industrial Complex Property Group LLC**
**6200 Utsa Blvd.**
**Bldg. 2**
**San Antonio, TX 78249**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2014**

Last 4 digits of account number  **3269**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.78** |
|---|---|---|---|

**Industrial Hose and Oilfield Supply**
**205 N. Texas Ave.**
**Big Lake, TX 76932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,144.64** |
|---|---|---|---|

**Industrial Outfitters Inc**
**P.O. Box 6838**
**Abilene, TX 79608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **0396**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.234** | Nonpriority creditor's name and mailing address

**Industrial Repair Service**
**2650 Buisness Dr.**
**Cumming, GA 30028**

Date(s) debt was incurred **06/2015**

Last 4 digits of account number **4138**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$1,522.14**

---

**3.235** | Nonpriority creditor's name and mailing address

**Industrial Seal, Inc. an Esp Intl Co.**
**5920 Dry Creek Ln. Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred **09/2017**

Last 4 digits of account number **0397**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$2,447.68**

---

**3.236** | Nonpriority creditor's name and mailing address

**Ingersoll-Rand Company**
**Air Solutions Group**
**15768 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred **01/2015**

Last 4 digits of account number **1023**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$19,988.12**

---

**3.237** | Nonpriority creditor's name and mailing address

**Inland Truck Parts Company fka Austin Dr**
**9000 E. Hwy 290**
**Austin, TX 78724**

Date(s) debt was incurred **04/2018**

Last 4 digits of account number **0064**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$4,869.71**

---

**3.238** | Nonpriority creditor's name and mailing address

**Instrument Maint., Inc.**
**P.O. Box 1245**
**Abilene, TX 79604-1245**

Date(s) debt was incurred **01/2018**

Last 4 digits of account number **0401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$502.00**

---

**3.239** | Nonpriority creditor's name and mailing address

**Intech Funding Corp**
**201 East Huntington Drive, Suite 201**
**Monrovia, CA 91016**

Date(s) debt was incurred **11/2015**

Last 4 digits of account number **3963**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SUPPLIER - LEASE**

Is the claim subject to offset? ■ No ☐ Yes

**$9,361.67**

---

**3.240** | Nonpriority creditor's name and mailing address

**Intsel Steel/Triple-S Steel**
**P.O. Box 301212**
**Dallas, TX 75303-1212**

Date(s) debt was incurred **12/2014**

Last 4 digits of account number **3320**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER - STEEL**

Is the claim subject to offset? ■ No ☐ Yes

**$107,955.77**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.241** | Nonpriority creditor's name and mailing address

**Isaac Perez**
**1702 N Davidson**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

$2,890.20

---

**3.242** | Nonpriority creditor's name and mailing address

**ISN Software Corporation**
**P.O. Box 841808**
**Dallas, TX 75284-1808**

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number  **2287**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

$4,530.50

---

**3.243** | Nonpriority creditor's name and mailing address

**Itamco - Indiana Technologies Mfg Co.**
**6100 Michigan Road**
**Plymouth, IN 46563**

Date(s) debt was incurred  **08/2016**

Last 4 digits of account number  **4211**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

$7,673.00

---

**3.244** | Nonpriority creditor's name and mailing address

**Jana Eubanks-Taylor**
**4750 US Hwy 67**
**Santa Anna, TX 76878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

$5,451.00

---

**3.245** | Nonpriority creditor's name and mailing address

**Janer Ugalde**
**600 S Church St**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

$2,018.16

---

**3.246** | Nonpriority creditor's name and mailing address

**Joe Musick**
**10951 CR 321**
**Blanket, TX 76432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

$4,881.45

---

**3.247** | Nonpriority creditor's name and mailing address

**John Vara**
**1911 S China**
**Brady, TX 76825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

$1,928.20

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,517.86** |
|---|---|---|---|

**Jordan Lee**
**11814 Elizabeth Court**
**Pinehurst, TX 77362**

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **4311**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,690.24** |
|---|---|---|---|

**Jordan Lee**
**2741 Faudree Rd.**
**Apt 12202**
**Odessa, TX 78765**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,104.45** |
|---|---|---|---|

**Jose Olvera**
**606 Laurel Dr**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,807.80** |
|---|---|---|---|

**Joseph Palacio**
**1506 Simpson St**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,215.00** |
|---|---|---|---|

**Joy Filters, Inc.**
**2107 E. College Avenue, Ste 6**
**Ruskin, FL 33570**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,399.42** |
|---|---|---|---|

**Juan Cuevas**
**1100 S Plum**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,943.72** |
|---|---|---|---|

**Juan Ibarra**
**114 Meadow Glen**
**Early, TX 76802**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|--------|--------------------------------|------------------------|--------------|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,059.98**

**Juan M Hernandez**
**806 Halsted St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,550.55**

**Julian Perez**
**1702 N Davidson**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,757.60**

**Julian Rodriquez**
**201 W White St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$371.11**

**Justin Pierce**
**P.O Box 1429**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.28**

**Karen Langseth**
**407 Crothers St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.76**

**KD Lamp d/b/a ATC Lighting & Plastics**
**101 Parker Dr**
**Andover, OH 44003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,433.29**

**Kelton's Truck Parts, Inc.**
**4005 Agnes**
**Corpus Christi, TX 78405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2015

Last 4 digits of account number  4154

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,694.08 |
|---|---|---|---|

**Kendra Oldham**
**2006 9th St**
**Brownwood, TX 76801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid wages for 2019__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $743.86 |
|---|---|---|---|

**Kennedy Wire Rope & Sling**
**5600 Surrey Square St**
**Houston, TX 77017**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,814.40 |
|---|---|---|---|

**Kenneth Pimm**
**1919 Old Calf Creek Rd**
**Brady, TX 76825**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid wages for 2019__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**Kentex**
**16427 CR 384**
**Tyler, TX 75708**

Date(s) debt was incurred  __12/2014__

Last 4 digits of account number  __1397__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,419.84 |
|---|---|---|---|

**Koyote Trucking Company**
**P.O. Box 916**
**Pampa, TX 79066-0916**

Date(s) debt was incurred  __05/2015__

Last 4 digits of account number  __1890__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.65 |
|---|---|---|---|

**KWH Technologies, Inc.**
**805 Tall Pine Ct**
**Keller, TX 76248**

Date(s) debt was incurred  __08/2016__

Last 4 digits of account number  __1668__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.86 |
|---|---|---|---|

**L&L Fabrication LLC**
**P.O. Box 14439**
**Fort Worth, TX 76117**

Date(s) debt was incurred  __01/2016__

Last 4 digits of account number  __4186__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,380.44**

**L&W Diesel**
**P.O. Box 4635**
**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number  **0462**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$287.89**

**Ladd Distribution, LLC**
**4849 Hempstead Station Dr**
**Kettering, OH 45429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

Basis for the claim:  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.96**

**Larry Farris Inc.**
**1418 S. Bridge**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **0913**

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,123.61**

**Leaf**
**P.O. Box 644006**
**Cincinnati, OH 45264-4006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **3365**

Basis for the claim:  **SUPPLIER - DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,365.00**

**Ledsome Machine & Welding**
**2508 Stephen F. Austin Dr**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

Basis for the claim:  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,070.54**

**Leeco Steel**
**75 Remittance Drive, Suite 2829**
**Chicago, IL 60675-2829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2015**

Last 4 digits of account number  **3738**

Basis for the claim:  **SUPPLIER - STEEL**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.85**

**Lewis & Lambert**
**P.O. Box 14439**
**Fort Worth, TX 76117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Last 4 digits of account number  **1503**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.70** |
|---|---|---|---|

**LLIT-LL Industrial Transmission Inc**
P.O. Box 13023
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1933**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,004.44** |
|---|---|---|---|

**LocateBallBearings.com**
75090 St. Charles Place, Suite B
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$669.50** |
|---|---|---|---|

**Lonestar Truck Group**
4848 N. General Bruce Dr
Temple, TX 76501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,635.00** |
|---|---|---|---|

**Longhorn Equipment & Supply**
2621 Martin Luther King Drive
San Angelo, TX 76903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **SUPPLIER - LEASE**

Last 4 digits of account number  **4225**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,242.25** |
|---|---|---|---|

**Lubbock Machine Tool**
1206 E. 46th St.
Lubbock, TX 79404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1372**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,171.00** |
|---|---|---|---|

**Lynco Flange & Fitting**
P.O. Box 926226
Houston, TX 77292-6226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0487**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Lyons Computers**
722 37th St. South
Birmingham, AL 35222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1434**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.283**

**Nonpriority creditor's name and mailing address**
**M.A. Steel Foundry Ltd.**
**4820 78th Ave S.E.**
**Calgary, AB T2C 2W9**
**CANADA**

Date(s) debt was incurred  **12/2014**

Last 4 digits of account number  **3844**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **SUPPLIER - STEEL**

Is the claim subject to offset? ■ No ☐ Yes

**$22,200.00**

---

**3.284**

**Nonpriority creditor's name and mailing address**
**Machinist Tools & Supplies, Inc.**
**P.O. Box 565207**
**Dallas, TX 75356**

Date(s) debt was incurred  **08/2015**

Last 4 digits of account number  **1969**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$11,450.27**

---

**3.285**

**Nonpriority creditor's name and mailing address**
**Manchester Tank & Equip.**
**1383 Industrial Blvd**
**Crossville, TN 38555**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$959.69**

---

**3.286**

**Nonpriority creditor's name and mailing address**
**Manuel Gamboa Jr**
**606 N 6th St**
**San Saba, TX 76877**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$4,250.88**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**Manuel Torres Jr**
**905 E 11th St**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$3,475.16**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**Marcial Estrada**
**601 S Willow**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$406.30**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Marco**
**3425 East Locust Street**
**Davenport, IA 52803**

Date(s) debt was incurred  **04/2019**

Last 4 digits of account number  **1209**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$1,137.98**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00**

**Marco Specialty Steel**
**P.O. Box 750518**
**Houston, TX 77275-0518**

Date(s) debt was incurred  **12/2014**

Last 4 digits of account number  **3591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - STEEL**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,986.00**

**Marcotte Systems Ltd**
**101, Roland-Therrien Blvd**
**Longueuil, QC J4H 4B9**
**CANADA**

Date(s) debt was incurred  **03/2014**

Last 4 digits of account number  **3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,496.70**

**Mario Luna**
**2600 Austin Ave**
**Brownwood, TX 76801**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00**

**Mark Mullin Company, Ltd.**
**201 Wellston Park Rd**
**Sand Springs, OK 74063**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.31**

**Masterman**
**P.O. Box 411**
**Auburn, MA 00150-1041**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number  **0506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,185.00**

**Matherne Instrumentation Specialists, In**
**131 Capital Blvd**
**Houma, LA 70360**

Date(s) debt was incurred  **05/2018**

Last 4 digits of account number  **4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,182.74**

**Matthew Long**
**1926 S Walnut St**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Maxi-Seal Harness Sys, Inc**
**4200 E. 135th St**
**Grandview, MO 64030**

Date(s) debt was incurred  __03/2018__

Last 4 digits of account number  __0509__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,706.12**

---

**3.298**

**Nonpriority creditor's name and mailing address**

**MB Propane LLC**
**2702 W. Wallace**
**San Saba, TX 76877**

Date(s) debt was incurred  __11/2016__

Last 4 digits of account number  __2042__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

**$807.50**

---

**3.299**

**Nonpriority creditor's name and mailing address**

**McCarty Equipment Co., Ltd.**
**4102 E. State Hwy 21**
**Bryan, TX 77808**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$259.41**

---

**3.300**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred  __10/2015__

Last 4 digits of account number  __0518__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,160.04**

---

**3.301**

**Nonpriority creditor's name and mailing address**

**McNichols Company**
**3540 W. Miller Road #240**
**Garland, TX 75041**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,709.50**

---

**3.302**

**Nonpriority creditor's name and mailing address**

**Melinda Salas**
**1407 S Colorado St**
**Coleman, TX 76834**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid wages for 2019__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,963.00**

---

**3.303**

**Nonpriority creditor's name and mailing address**

**Metals USA**
**101 E Illinois Ave**
**Enid, OK 73701**

Date(s) debt was incurred  __07/2017__

Last 4 digits of account number  __0529__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - STEEL__

Is the claim subject to offset? ■ No  ☐ Yes

**$40,213.11**

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.98 |
|---|---|---|---|

**MHC Kenworth - South Dallas**
**34661 Lyndon B Johnson Fwy**
**Dallas, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

**Michael Gibbs**
**4535 FM 1121**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $834.60 |
|---|---|---|---|

**Michael McFarland**
**Michael**
**Rochelle, TX 76872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,117.06 |
|---|---|---|---|

**Michael Schwertner**
**913 Bombay St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,980.00 |
|---|---|---|---|

**Michael Sweetman**
**1402 Cottage St**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,072.00 |
|---|---|---|---|

**Microsoft MSDN**
**5020 148 Ave NE**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Miguel Cabrera**
**7237 Montosa Trail**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Mining Media Inc.**
**8751 East Hampden Ave #B-1**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2014**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1676**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.63**

**Mixer & Plant Parts Mfg.**
**719 W. Harris Rd., Suite D10**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$786.87**

**Modular Space Corporation**
**12603 Collection Center Corp**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1831**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237.61**

**Moore Medical**
**389 John Downey Drive**
**P.O. Box 2740**
**New Britain, CT 06050-2740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **2398**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.00**

**Moore Printing Co.**
**407 Fisk Ave**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,692.69**

**Moore's Auto (Napa)**
**300 South Dumas Ave**
**Dumas, TX 79029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,812.65**

**MSC Industrial Direct Co., Inc.**
**6700 Discovery Blvd**
**Marbleton, GA 30126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|
| | Name | | | |

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$728.94** |
|---|---|---|---|
| | **Mueller Supply Co.** | ☐ Contingent | |
| | **4625 FM 18** | ☐ Unliquidated | |
| | **Abilene, TX 79602** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|
| | **Muenster Drilling Co.** | ☐ Contingent | |
| | **P.O. Box 53** | ☐ Unliquidated | |
| | **Muenster, TX 76252** | ☐ Disputed | |
| | Date(s) debt was incurred  04/2015 | Basis for the claim:  SUPPLIER - PURCHASE PARTS | |
| | Last 4 digits of account number  3293 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.60** |
|---|---|---|---|
| | **MySafetySign.com** | ☐ Contingent | |
| | **300 Cadman Plaza West, Suite 1303** | ☐ Unliquidated | |
| | **Brooklyn, NY 11201** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$840.00** |
|---|---|---|---|
| | **N.T. Ruddock Company** | ☐ Contingent | |
| | **26123 Broadway Ave** | ☐ Unliquidated | |
| | **Bedford, OH 44146** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,171.42** |
|---|---|---|---|
| | **Napa Auto Part** | ☐ Contingent | |
| | **2000 South Bridge St** | ☐ Unliquidated | |
| | **Brady, TX 76825** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,154.18** |
|---|---|---|---|
| | **Nathaniel Parisher** | ☐ Contingent | |
| | **P.O Box 1346** | ☐ Unliquidated | |
| | **Brady, TX 76825** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Unpaid wages for 2019 | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$839,351.27** |
|---|---|---|---|
| | **Nestor Outcomes, LLC** | ☐ Contingent | |
| | **710 Gila Trail** | ☐ Unliquidated | |
| | **Temple, TX 76504** | ☐ Disputed | |
| | Date(s) debt was incurred  12/2017 | Basis for the claim:  SUPPLIER - DEBT | |
| | Last 4 digits of account number  4212 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.95** |
|---|---|---|---|

**New Life Transport Part Center**
**109 Regal Row**
**Suite A**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0919**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.00** |
|---|---|---|---|

**Newark Element14**
**P.O. Box 94151**
**Palatine, IL 60094-4151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,551.74** |
|---|---|---|---|

**Nordfab**
**Lockbox #777022**
**7022 Solutions Center**
**Chicago, IL 60677-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1526**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**North American Cargo Solutions Inc**
**14-5200 Dixie Road**
**Mississauga, ON L4W 1E4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1885**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278.74** |
|---|---|---|---|

**Northern Safety Co, Inc.**
**P.O. Box 4250**
**Utica, NY 13504-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,392.69** |
|---|---|---|---|

**Northern Tool & Equipment**
**HSBC**
**P.O. Box 5219**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1513**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.86** |
|---|---|---|---|

**NSK Corporation**
**4200 Goss Road**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **4267**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.332** | Nonpriority creditor's name and mailing address

**O'Reilly Auto Parts**
**100 Early Blvd**
**Early, TX 76802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$658.43**

---

**3.333** | Nonpriority creditor's name and mailing address

**OCO Pressure Control**
**16518 Aldine Westfield Road, Ste. A**
**Houston, TX 77032**

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **2673**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$7,600.17**

---

**3.334** | Nonpriority creditor's name and mailing address

**Offshore Technology Conf.**
**One NRG Pkwy**
**Houston, TX 77054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29,700.00**

---

**3.335** | Nonpriority creditor's name and mailing address

**Ogburn's Truck Parts**
**P.O. Box 4630**
**Fort Worth, TX 76164-0630**

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **0575**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.336** | Nonpriority creditor's name and mailing address

**Oil-Rite Corp.**
**P.O. Box 1207**
**Manitowoc, WI 54221-1207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$83.03**

---

**3.337** | Nonpriority creditor's name and mailing address

**Ott To Print Green**
**1610 Pace St. Unit 900 #307**
**Longmont, CO 80504**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number  **4230**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$855.00**

---

**3.338** | Nonpriority creditor's name and mailing address

**Overhead Door Company**
**608 Early Blvd**
**Early, TX 76802**

Date(s) debt was incurred  **07/2018**

Last 4 digits of account number  **0582**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.339** | Nonpriority creditor's name and mailing address

**Overton Chicago Gear Corporation**
P.O. Box 645042
Pittsburgh, PA 15264-5042

Date(s) debt was incurred  **12/2014**

Last 4 digits of account number  **1205**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,237.50**

---

**3.340** | Nonpriority creditor's name and mailing address

**P F & E Oil Company**
3805 Hwy 377 S
Brownwood, TX 76801

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$189.00**

---

**3.341** | Nonpriority creditor's name and mailing address

**Par Saftey Services**
305 N. 4Th Street
Santa Anna, TX 76878

Date(s) debt was incurred  **01/2019**

Last 4 digits of account number  **4218**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$993.40**

---

**3.342** | Nonpriority creditor's name and mailing address

**Parmac L.L.C.**
P.O. Box 1149
Coffeyville, KS 67337

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **3854**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$6,931.25**

---

**3.343** | Nonpriority creditor's name and mailing address

**Parts Distributing Co**
P.O. Box 847139
Dallas, TX 75284-7139

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number  **0590**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,204.95**

---

**3.344** | Nonpriority creditor's name and mailing address

**PC Connection**
730 Milford Road
Merrimack, NH 03054

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,426.28**

---

**3.345** | Nonpriority creditor's name and mailing address

**Pedro Nuncio**
1905 Old Calf Creek Rd
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,092.00**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,447.98**

**Pemco**
**P.O. Box 472**
**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **0596**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.90**

**Pemco of New Mexico**
**1120 W. Bender Blvd**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,727.51**

**Performance Truck**
**100 Pit Stop Trace**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **3737**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$956.33**

**Peterson Mfg Co**
**P.O. Box 410032**
**Acct# 23053/00**
**Kansas City, MO 64141-0032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Last 4 digits of account number  **0601**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.10**

**Philip Cruts**
**1111 S High**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.94**

**Phillips Industries**
**12070 Burke Street**
**Santa Fe Springs, CA 90670-2676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Last 4 digits of account number  **4208**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**Plastic Mart**
**685 John B Sias Mem Pkwy**
**Suite 330**
**Ft. Worth, TX 76134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com |

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,053.47**

**Polyglass Coating**
**1616 N. Main Street**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **3522**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,792.49**

**Porter Insurance Agency, Inc.**
**P.O. Box 1403**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/2014**

Last 4 digits of account number  **2073**

Basis for the claim:  **SUPPLIER - INSURANCE**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,020.00**

**Position Tracking Systems, Inc.**
**P.O. Box 724**
**Greenville, SC 29602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2018**

Last 4 digits of account number  **3583**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.92**

**Power Packer**
**22738 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2014**

Last 4 digits of account number  **2109**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121.60**

**Powertherm. Co. Inc.**
**7420 Wright Rd**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **0613**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.57**

**Print Solutions**
**211 West Baker Street**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/2018**

Last 4 digits of account number  **2838**

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$557.80**

**Process Solutions/Bray**
**11304 Pagemill Road**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **1484**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.360** | Nonpriority creditor's name and mailing address

**Proservanchor Crane Group**
P.O. Box 670965
Houston, TX 77267-0965

Date(s) debt was incurred  **03/2018**

Last 4 digits of account number  **1388**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - SERVICES**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,614.11**

---

**3.361** | Nonpriority creditor's name and mailing address

**Purvis Industries**
P.O. Box 540757
Dallas, TX 75354-0757

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number  **2006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,134.78**

---

**3.362** | Nonpriority creditor's name and mailing address

**Quest Diagnostics**
P.O. Box 740709
Atlanta, GA 30374-0709

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number  **1621**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

**$38.85**

---

**3.363** | Nonpriority creditor's name and mailing address

**R.S. Hughes**
8606 Wall St
Suite 400
Austin, TX 78754

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **4340**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,634.75**

---

**3.364** | Nonpriority creditor's name and mailing address

**Ratliff Steel Company, LLC**
2910 Stephen F. Austin Dr
Brownwood, TX 76801

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$443.45**

---

**3.365** | Nonpriority creditor's name and mailing address

**Ray Jones**
P.O. Box 519
Santa Anna, TX 76878

Date(s) debt was incurred  **03/2016**

Last 4 digits of account number  **1318**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,837.10**

---

**3.366** | Nonpriority creditor's name and mailing address

**Raymond Jones**
1701 Ave B
Santa Anna, TX 76878

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,193.80**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com |

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.77**

**Raymond Olivarez**
**1503 N. Davidson**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,412.75**

**Raymond Olivarez**
**1503 N Davidson**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid wages for 2019__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,682.97**

**Red Wing Business Advantage Account**
**P.O. Box 844329**
**Dallas, TX 75284-4329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2018__

Basis for the claim: __SUPPLIER - EMPLOYEE SERVICES__

Last 4 digits of account number __4328__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$949.42**

**Redneck Trailer Supplies**
**1900 Peyco Dr S.**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,107.00**

**Reds Satellite Services**
**1002 Oak St**
**Abilene, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,007.25**

**Reeder Distributors**
**P.O. Box 8237**
**Ft. Worth, TX 76124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2016__

Basis for the claim: __SUPPLIER - UTILITIES__

Last 4 digits of account number __4086__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,970.00**

**Relevant Solutions fka Airdyne**
**14910 Henry Rd**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2018__

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Last 4 digits of account number __4194__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|
| | Name | | | |

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,930.19**

**Reliance Standard**
**505 South Lenola Road**
**Suite 231**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2019

Basis for the claim:  **SUPPLIER - INSURANCE**

Last 4 digits of account number  4380

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.25**

**RES Energy Solutions**
**6701 Corporation Pkwy**
**Ft. Worth, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,718.00**

**Reynaldo Hernandez**
**1110 Brazos Ave**
**Menard, TX 76859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid wages for 2019**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.80**

**Rice Lake Weighing Systems**
**230 W. Coleman Street**
**Rice Lake, WI 54868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2015

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  1494

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.67**

**Richards Supply Company**
**2200 Franklin Ave**
**Waco, TX 76701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$391.00**

**Rigdata**
**P.O. Box 820547**
**Fort Worth, TX 76182-0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2015

Basis for the claim:  **SUPPLIER - SERVICES**

Last 4 digits of account number  1328

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.75**

**Ritter Tech**
**100 Williams Dr.**
**Zelienople, PA 16063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|

Name

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,890.79 |
|---|---|---|---|

**RNB Controls, Inc.**
**4623 W. Ranch Road 1431**
**Kingsland, TX 78639**

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **3636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,083.59 |
|---|---|---|---|

**Robert Phillips**
**1401 S Colorado**
**Coleman, TX 76834**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |
|---|---|---|---|

**Robert Thornton**
**901 S China St**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,081.60 |
|---|---|---|---|

**Roberto Luna**
**704 A L Reed St**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.80 |
|---|---|---|---|

**Roda Deaco Amot Chalwyn**
**8824 Fallbrook Dr**
**Houston, TX 77064**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.59 |
|---|---|---|---|

**Rodney Behrens**
**P.O. Box 1429**
**Brady, TX 76825**

Date(s) debt was incurred  **07/2018**

Last 4 digits of account number  **2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,429.32 |
|---|---|---|---|

**Rodney Behrens**
**601 Grand Ave**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.388**

**Nonpriority creditor's name and mailing address**

**Royal Wire Products, Inc.**
**13450 York Delta Drive**
**North Royalton, OH 44133**

Date(s) debt was incurred  03/2015

Last 4 digits of account number  4163

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,086.39**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**Rudy Alizzi**
**1803 S Bradley**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,560.00**

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Ryan, LLC**
**Three Galleria Tower**
**13155 Noel Road**
**Dallas, TX 75240**

Date(s) debt was incurred  05/2018

Last 4 digits of account number  4238

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - LEGAL**

Is the claim subject to offset? ☐ No  ☐ Yes

**$975.00**

---

**3.391**

**Nonpriority creditor's name and mailing address**

**S.O.T. Abrasives & Equipment**
**10750 Metric Dr.**
**Dallas, TX 75243-8504**

Date(s) debt was incurred  08/2018

Last 4 digits of account number  3473

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,844.00**

---

**3.392**

**Nonpriority creditor's name and mailing address**

**SAF-Holland USA**
**1301 Martinez Ln**
**Wylie, TX 75098**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.64**

---

**3.393**

**Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems, Inc**
**P.O. Box 650509**
**Dallas, TX 75265-0509**

Date(s) debt was incurred  08/2015

Last 4 digits of account number  2019

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,457.27**

---

**3.394**

**Nonpriority creditor's name and mailing address**

**SAIA MTR Freight Line Inc**
**P.O. Box 730532**
**Dallas, TX 75373-0532**

Date(s) debt was incurred  02/2016

Last 4 digits of account number  0671

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - FREIGHT**

Is the claim subject to offset? ■ No  ☐ Yes

**$183.89**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.12 |
|---|---|---|---|

**Salem Tools, Inc.**
**1602 Midland Road**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Salinas Forwarding Co.**
**P.O. Box 925674**
**Houston, TX 77292-5674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Last 4 digits of account number  4336

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,977.30 |
|---|---|---|---|

**Sandra Torrez**
**707 S Willow**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unpaid wages for 2019

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,165.55 |
|---|---|---|---|

**Scheerer Bearing Corp**
**645 Davisville Road**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,977.20 |
|---|---|---|---|

**Scot Industries**
**1501 FM 1489**
**Brookshire, TX 77423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Scott Holst**
**2804 Austin Ave**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2018

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Last 4 digits of account number  4358

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,209.27 |
|---|---|---|---|

**Scott Holst**
**2804 Austin Ave**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unpaid wages for 2019

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$972.80** |
|---|---|---|---|

**Sears PartsDirect**
**1300 Henna Boulevard**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **01/2018**

Last 4 digits of account number **0685**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,188.01** |
|---|---|---|---|

**Service King Manufacturing, Inc.**
**2100 West US Rte 66**
**Stroud, OK 74079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,602.56** |
|---|---|---|---|

**Sharon Mach**
**7628 FM 504**
**Lohn, TX 76852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$547.07** |
|---|---|---|---|

**Sherwin Williams Company**
**509 W. Commerce St**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.59** |
|---|---|---|---|

**Sika Industrial Sales, LLC**
**P.O. Box 4091**
**Abilene, TX 79608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,106.12** |
|---|---|---|---|

**Simple Distributors LLC**
**2000 West Carrol, Suite 403**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2015**

Last 4 digits of account number **1665**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,772.81** |
|---|---|---|---|

**Single Source Inc**
**8141 Gateway Dr**
**Suite 210**
**Argyle, TX 76226-5736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/2018**

Last 4 digits of account number **4272**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.409** | Nonpriority creditor's name and mailing address | | **$2,262.96**

**SKF Bearing Industries Co**
**P.O. Box 7247**
**Philadelphia, PA 19170-8092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **0695**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | | **$40.20**

**Solimar Pneumatics**
**8001 Rancers Road NE**
**Minneapolis, MN 55432**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3661**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | | **$505.14**

**Solon Manufacturing**
**P.O. Box 74419**
**Cleveland, OH 44194-4419**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2016**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1504**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | | **$177.01**

**Southeastern Freight Line Inc**
**P.O. Box 100104**
**Columbia, SC 29202-3104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **SUPPLIER - FREIGHT**

Last 4 digits of account number  **1984**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | | **$1,419.43**

**Sparktech Inc.**
**1308 Chisholm Trail, Ste.105**
**Round Rock, TX 78681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **2342**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | | **$280.05**

**Speedometer Service and Instrument Co.**
**32654 Dutch Canyon Rd**
**Scappoose, OR 97056**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **_**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | | **$33,500.00**

**SSAB Swedish Steel**
**P.O. Box 347354**
**Pittsburgh, PA 15251-7354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1347**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,294.20**

**Standard Car & Truck**
P.O. Box 3552
Carol Stream, IL 60132-3552

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  **0811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,046.10**

**Stanton Holder**
P.O Box 253
Brady, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,112.55**

**Staples**
Dept. 00-05338306
P.O. Box 183174
Columbus, OH 43218-3174

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **3052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.79**

**Starr Sales**
1511 Drisco Drive
Brownwood, TX 76801

Date(s) debt was incurred  **04/2016**

Last 4 digits of account number  **0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,642.20**

**Stephen D Lyon**
114 McDonald
Early, TX 76825

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,119.65**

**Stericycle**
26604 Network Place
Chicago, IL 60673-1266

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number  **3898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$547.50**

**Steve Lara**
216 Fannin St
Santa Anna, TX 76878

Date(s) debt was incurred  **01/2019**

Last 4 digits of account number  **2175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.423**

**Nonpriority creditor's name and mailing address**
**Steven Castillo**
**705 N High St**
**Brady, TX 76825**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,156.25**

---

**3.424**

**Nonpriority creditor's name and mailing address**
**Stewart & Stevenson Power**
**P.O. Box 301063**
**Dallas, TX 75303-1063**

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **0718**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$55,996.31**

---

**3.425**

**Nonpriority creditor's name and mailing address**
**Stewart Welding & Machine, Inc.**
**P.O. Box 708**
**Andrews, TX 79714**

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **3408**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,645.00**

---

**3.426**

**Nonpriority creditor's name and mailing address**
**Stewart Wholesale Co., Inc.**
**14707 Valley View Rd**
**Shawnee, OK 74804**

Date(s) debt was incurred  **12/2018**

Last 4 digits of account number  **3772**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,873.74**

---

**3.427**

**Nonpriority creditor's name and mailing address**
**Sumitec International, Inc.**
**577 Hillcrest Drive**
**Bolingbrook, IL 60440**

Date(s) debt was incurred  **01/2015**

Last 4 digits of account number  **1515**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,791.53**

---

**3.428**

**Nonpriority creditor's name and mailing address**
**Sun Source/Air Dreco**
**STS Operating Inc.**
**P.O. Box 730698**
**Dallas, TX 75373-0698**

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number  **0723**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,873.17**

---

**3.429**

**Nonpriority creditor's name and mailing address**
**Sunshine Filters of Pinellas, Inc.**
**12415 73rd Court**
**Largo, FL 33773**

Date(s) debt was incurred  **07/2016**

Last 4 digits of account number  **3834**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,907.07**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,349.59** |
|---|---|---|---|

**Superior Industries, LLC**
**P.O. Box 654**
**Morris, MN 56267**

Date(s) debt was incurred  __06/2015__

Last 4 digits of account number  __3732__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.39** |
|---|---|---|---|

**Sure Plus Mfg Company**
**185 E. 12th Street**
**Chicago Heights, IL 60441**

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  __0725__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$561.11** |
|---|---|---|---|

**Sweetwater Steel Co.**
**1047 Early Blvd**
**Early, TX 76802**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,380.61** |
|---|---|---|---|

**T&W Tire**
**P.O. Box 258859**
**Oklahoma City, OK 73125-8859**

Date(s) debt was incurred  __04/2015__

Last 4 digits of account number  __1300__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,032.88** |
|---|---|---|---|

**T-Tex Industries**
**P.O. Box 751267**
**Houston, TX 77275-1267**

Date(s) debt was incurred  __05/2015__

Last 4 digits of account number  __1832__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.70** |
|---|---|---|---|

**T.H. Anderson Pump Co., Inc.**
**103 Industrial Blvd**
**Kilgore, TX 75662**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.92** |
|---|---|---|---|

**TCEQ**
**MC214**
**P.O. Box 13088**
**Austin, TX 78711**

Date(s) debt was incurred  __05/2018__

Last 4 digits of account number  __1167__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SUPPLIER - LEGAL__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,639.76**

**TDC Filter, A Midwesco Company**
P.O. Box 71641
Chicago, IL 60694-1641

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number  **2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.00**

**Techstreet/Thomson Reuters**
P.O. Box 95715
Chicago, IL 60694

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502.19**

**Teladoc**
Dept. 3417
P.O. Box 123417
Dallas, TX 75312-3417

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **4133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - INSURANCE**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,686.54**

**Terminal Supply Co.**
P.O. Box 1253
Troy, MI 48099

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number  **1979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608,590.27**

**Terry McIver**
P.O. Box 519
Santa Anna, TX 76874

Date(s) debt was incurred  **02/2016**

Last 4 digits of account number  **1279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - DEBT**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Texan Truck Wash, LLC**
714 San Angelo Hwy
Brady, TX 76825

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number  **1722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.07**

**Texas Alloys & Tool Co.**
4609 Fairlane Ave
Ft. Worth, TX 76119

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$710.90** |
|---|---|---|---|

**Texas America Safety Company**
T.A.S.C.O.
P.O. Box 1428
Brownwood, TX 76804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2018**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **4256**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,503.56** |
|---|---|---|---|

**Texas Child Support SDU**
P.O. Box 659791
San Antonio, TX 78265-9791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2019**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **1373**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Texas Commission on Environmental Qualit**
6801 Sanger Ave #2500
Waco, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,369.85** |
|---|---|---|---|

**Texas Nameplate**
2200 W Longhorn Dr.
Lancaster, TX 75134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3891**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,114.00** |
|---|---|---|---|

**Texas Oilpatch Services LLC**
3515 Vista Road
Pasadena, TX 77504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2019**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3778**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,429.86** |
|---|---|---|---|

**The Carlson Company, Inc.**
6045 North Broadway
Wichita, KS 67219-2013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2015**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Last 4 digits of account number  **3683**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.95** |
|---|---|---|---|

**The Eastwood Company**
263 Shoemaker Rd
Pottstown, PA 19464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | | Case number (if known) | **21-11018** |
|---|---|---|---|---|
| | Name | | | |

---

**3.451**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.82 |
|---|---|---|
| **The Warren Company**<br>**2201 Loveland Ave**<br>**Erie, PA 16506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2015** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **3188** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.452**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.50 |
|---|---|---|
| **The Webstraurant Store**<br>**40 Citation Ln**<br>**Lititz, PA 17543** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.453**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,500.00 |
|---|---|---|
| **TMDB Properties, L.L.C.**<br>**P.O. Box 469**<br>**Brady, TX 76825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **04/2016** | Basis for the claim:  **SUPPLIER - DEBT** | |
| Last 4 digits of account number  **4114** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.454**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,232.68 |
|---|---|---|
| **Tomas Mena**<br>**708 N College St**<br>**Brady, TX 76825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  **Unpaid wages for 2019** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.455**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.04 |
|---|---|---|
| **Tool Fetch**<br>**105 Fairview Park Dr**<br>**Elmsford, NY 10523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.456**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,871.37 |
|---|---|---|
| **Toyota Financial Services**<br>**P.O. Box 2431**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/2010** | Basis for the claim:  **SUPPLIER - DEBT** | |
| Last 4 digits of account number  **2467** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.457**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,198.40 |
|---|---|---|
| **Tradequip**<br>**P.O. Box 509**<br>**Crossville, TN 38557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **07/2015** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| Last 4 digits of account number  **0761** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.458** | Nonpriority creditor's name and mailing address

**Tramec Corp.**
P.O. Box 11
Iola, KS 66749

Date(s) debt was incurred  **09/2008**

Last 4 digits of account number  **0762**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,129.80**

---

**3.459** | Nonpriority creditor's name and mailing address

**Trans Texas Tire**
109 South Broadway
Brownwood, TX 76801

Date(s) debt was incurred  **09/2018**

Last 4 digits of account number  **2943**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$168.48**

---

**3.460** | Nonpriority creditor's name and mailing address

**Transamerica Life Insurance Company**
P.O. Box 742504
Cincinnati, OH 45274-2504

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number  **1732**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,233.21**

---

**3.461** | Nonpriority creditor's name and mailing address

**Transcat, Inc.**
35 Vantage Point Dr.
Rochester, NY 14624

Date(s) debt was incurred  **09/2018**

Last 4 digits of account number  **4330**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,340.63**

---

**3.462** | Nonpriority creditor's name and mailing address

**Trescal Inc. dba Dynamic Technology, Inc**
2606 Solution Center
Chicago, IL 60677-2006

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  **3562**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$181.86**

---

**3.463** | Nonpriority creditor's name and mailing address

**Tri-State Overhead Crane**
7123 I30, Ste 25
Little Rock, AR 72209

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No  ☐ Yes

**$610.00**

---

**3.464** | Nonpriority creditor's name and mailing address

**Truck-Lite Co., LLC.**
Dept. # 78279
P.O. Box 78000
Detroit, MI 48278-0279

Date(s) debt was incurred  **05/2018**

Last 4 digits of account number  **0765**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,587.69**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**TSTC - Career Days**
**300 Homer K Taylor Dr**
**Sweetwater, TX 79556**

Date(s) debt was incurred __03/2017__

Last 4 digits of account number __3174__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __SUPPLIER - SERVICES__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.16 |
|---|---|---|---|

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

Date(s) debt was incurred __01/2018__

Last 4 digits of account number __2057__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - SERVICES__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,046.00 |
|---|---|---|---|

**U.S. Department of Labor - Wage and Hour**
**Southwest Regional Office**
**Federal Building**
**525 S. Griffin St., Ste. 800**
**Dallas, TX 75202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid employee wages for 1st quarter of 2019__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.95 |
|---|---|---|---|

**Uline, Inc.**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __11/2015__

Last 4 digits of account number __0768__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.16 |
|---|---|---|---|

**United Airlines**
**233 S. Wacker Dr**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,100.67 |
|---|---|---|---|

**United Engines**
**P.O. Box 731594**
**Dallas, TX 75373-1594**

Date(s) debt was incurred __10/2014__

Last 4 digits of account number __1038__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**USA Oil Tools, LLC**
**12814 Boudreaux Rd**
**Tomball, TX 77375**

Date(s) debt was incurred __01/2015__

Last 4 digits of account number __3902__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.13**

Utex Industries
10810 Katy Fwy #100
Houston, TX 77043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,271.50**

Vactagon, LLC
N8150 Maple Street
Ixonia, WI 53036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **4335**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.85**

VAR Resources
P.O. Box 79445
City Of Industry, CA 91716-9445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Last 4 digits of account number  **3961**

Basis for the claim:  **SUPPLIER - LEASE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,575.06**

VAR Technology Finance
P.O. Box 790448
St Louis, MO 63179-0448

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **03/2015**

Last 4 digits of account number  **4223**

Basis for the claim:  **SUPPLIER - LEASE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,577.44**

Vaughn Ivie
118 CR 103
Cisco, TX 76437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.18**

Velvac, Inc.
2405 S. Calhoun Road
New Berlin, WI 53151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Last 4 digits of account number  **4184**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,123.52**

Vicente Hernandez
802 W Pierce
San Saba, TX 76877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,074.00** |
|---|---|---|---|
| | **Victor Colunga**<br>**1001 E 6th St**<br>**Brady, TX 76825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid wages for 2019** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.04** |
|---|---|---|---|
| | **Virdell Diesel Service**<br>**P.O. Box 362**<br>**Brady, TX 76825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/2018** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| | Last 4 digits of account number  **0780** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,355.05** |
|---|---|---|---|
| | **Vision Service Plan**<br>**P.O. Box 742788**<br>**Los Angeles, CA 90074-2788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/2017** | Basis for the claim:  **SUPPLIER - INSURANCE** | |
| | Last 4 digits of account number  **3920** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.20** |
|---|---|---|---|
| | **Wageworks, Inc.**<br>**P.O. Box 8363**<br>**Pasadena, CA 91109-8363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **02/2018** | Basis for the claim:  **SUPPLIER - INSURANCE** | |
| | Last 4 digits of account number  **4141** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|
| | **Wagstaff LLP**<br>**P.O. Box 360**<br>**Abilene, TX 79604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/5/21** | Basis for the claim:  **Legal services** | |
| | Last 4 digits of account number  **9530** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,167.67** |
|---|---|---|---|
| | **WAM USA Inc.**<br>**P.O. Box 890596**<br>**Charlotte, NC 28289-0596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/2015** | Basis for the claim:  **SUPPLIER - PURCHASE PARTS** | |
| | Last 4 digits of account number  **1518** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Warren Blesh**<br>**167 Paint Rock Point**<br>**Holly Lake Ranch, TX 75765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

**3.486** | **Nonpriority creditor's name and mailing address**

**Weaver and Tidwell, LLP**
**2821 West 7th St.**
**Suite 700**
**Fort Worth, TX 76107**

Date(s) debt was incurred __10/2015__

Last 4 digits of account number __2679__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SUPPLIER - LEGAL__

Is the claim subject to offset? ■ No ☐ Yes

**$25,345.50**

---

**3.487** | **Nonpriority creditor's name and mailing address**

**Weins Machine Co.**
**Route 1, Box 523**
**Terlton, OK 74081-0523**

Date(s) debt was incurred __07/2015__

Last 4 digits of account number __0790__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No ☐ Yes

**$4,674.45**

---

**3.488** | **Nonpriority creditor's name and mailing address**

**Well Servicing Magazine**
**Three Weiman Center**
**14531 FM 529 Ste 250**
**Houston, TX 77095**

Date(s) debt was incurred __01/2015__

Last 4 digits of account number __3508__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$4,148.25**

---

**3.489** | **Nonpriority creditor's name and mailing address**

**Weller Truck f/k/a R H Sheppard Co., Inc**
**P.O. Box 7383**
**Lancaster, PA 17604-7383**

Date(s) debt was incurred __08/2018__

Last 4 digits of account number __0628__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SUPPLIER - PURCHASE PARTS__

Is the claim subject to offset? ■ No ☐ Yes

**$2,789.91**

---

**3.490** | **Nonpriority creditor's name and mailing address**

**Weller Truck Parts**
**4549 Aldine Bender Rd**
**Houston, TX 77032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$192.87**

---

**3.491** | **Nonpriority creditor's name and mailing address**

**Wells Fargo Equipment Finance**
**NW-8178**
**P.O. Box 1450**
**Minneapolis, MN 55485-8178**

Date(s) debt was incurred __01/2016__

Last 4 digits of account number __1683__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SUPPLIER - LEASE__

Is the claim subject to offset? ■ No ☐ Yes

**$14,410.17**

---

**3.492** | **Nonpriority creditor's name and mailing address**

**Wells Fargo Equipment Finance 4105**
**NW-8178**
**P.O. Box 1450**
**Minneapolis, MN 55485-8178**

Date(s) debt was incurred __02/2007__

Last 4 digits of account number __4105__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SUPPLIER - LEASE__

Is the claim subject to offset? ■ No ☐ Yes

**$8,172.01**

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,858.17 |
|---|---|---|---|

**Western Rubber & Mfg., Inc.**
**7015 Old Highway 105 West**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2018**

Last 4 digits of account number  **0798**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Whitewing Construction**
**1315 FM 2996**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number  **3600**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.50 |
|---|---|---|---|

**Whitlock Instrument**
**1300 N. Texas Ave**
**Odessa, TX 79761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,249.06 |
|---|---|---|---|

**Wichita Clutch Div of Altra Industrial M**
**24989 Network Place**
**Chicago, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number  **2966**

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,567.76 |
|---|---|---|---|

**Willbanks Metals Inc.**
**1155 N.E. 28th Street**
**Fort Worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2015**

Last 4 digits of account number  **1172**

Basis for the claim:  **SUPPLIER - STEEL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,447.84 |
|---|---|---|---|

**William Cook**
**601 Boy St**
**Brady, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,263.67 |
|---|---|---|---|

**Willie Williams**
**1904 Tenth St**
**Rochelle, TX 76872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Loadcraft Industries, Ltd.** | Case number (*if known*) | **21-11018** |
|---|---|---|---|
| | Name | | |

---

| **3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Willie's Tees**
**210 Fay Street**
**Brownwood, TX 76801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,870.11** |
|---|---|---|---|

**Wilson Co**
**Addison 02**
**P.O. Box 9100**
**Addison, TX 75001-9100**

Date(s) debt was incurred  12/2017

Last 4 digits of account number  0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Window Operating, Ltd.**
**1076 US Highway 283**
**Coleman, TX 76834**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,712.65** |
|---|---|---|---|

**Winter Craighead**
**1002 Bee St**
**Brady, TX 76825**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid wages for 2019

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$412.57** |
|---|---|---|---|

**Womack Machine Supply**
**P.O. Box 679055**
**Dallas, TX 75267-9055**

Date(s) debt was incurred  10/2017

Last 4 digits of account number  0806

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,698.96** |
|---|---|---|---|

**Work Wear Safety**
**6318 Airport Frwy, Suite C**
**Fort Worth, TX 76117**

Date(s) debt was incurred  10/2014

Last 4 digits of account number  2374

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUPPLIER - PURCHASE PARTS

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,750.00** |
|---|---|---|---|

**World of Concrete /Hanley Wood dba**
**P.O. Box 612128**
**Dallas, TX 75261-2128**

Date(s) debt was incurred  05/2015

Last 4 digits of account number  3747

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  SUPPLIER - SERVICES

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number (if known) | **21-11018** |
|---|---|---|---|
| | Name | | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,831.65 |
|---|---|---|---|

**WPT Power Trans Corp**
**P.O. Box 8148**
**Wichita Falls, TX 76307**

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number  **0807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - PURCHASE PARTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,490.00 |
|---|---|---|---|

**Xenco Laboratories dba B&A Laboratores,**
**P.O. Box 2256**
**Stafford, TX 77497**

Date(s) debt was incurred  **07/2015**

Last 4 digits of account number  **2851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIER - EMPLOYEE SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,004.34 |
|---|---|---|---|

**Zackery Vaughn**
**1015 West 17th**
**Brady, TX 76825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages for 2019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,778.60 |
|---|---|---|---|

**Zoro Tools**
**909 Asbury Dr**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,166,030.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,062,682.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,228,713.45 |

**Fill in this information to identify the case:**

Debtor name  **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **21-11018**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Service on CAT IV** <br><br> State the term remaining — **4 weeks** <br><br> List the contract number of any government contract | **A-Evangelista S.A.** <br> **Av. Macacha Goemes 515** <br> **ARGENTINA** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase order for parts (spare parts)** <br><br> State the term remaining — **6 weeks** <br><br> List the contract number of any government contract | **Almansoori Workover Service** <br> **Office No. 62, 6th Floor, Build No. 487** <br> **Road No. 1010, Block 410** <br> **Sanabis** <br> **BAHRAIN** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase order for parts (rod transfer device)** <br><br> State the term remaining — **8 weeks** <br><br> List the contract number of any government contract | **Blackhawk Energy** <br> **118 84th St.** <br> **Williston, ND 58801-1163** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase order for parts (rotary table)** <br><br> State the term remaining — **4 weeks** <br><br> List the contract number of any government contract | **Burgan for Well Drilling** <br> **PO BOX 47143 FAHAHEEL C R NO 14682** <br> **West Industrial Shuaiba** <br> **KUWAIT** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Loadcraft Industries, Ltd.** | | | Case number *(if known)* | **21-11018** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (lebus)** | |
|---|---|---|---|
| | State the term remaining | **8 weeks** | **Esso Exploration** |
| | List the contract number of any government contract | | **Rue de Bordeaux B.P. No. 694 N'Djamena REPUBLIQUE DU TCHAD** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of building at 3811 N. Bridge St., Brady, TX 76825** | |
|---|---|---|---|
| | State the term remaining | **12/31/21** | **Glider Manufacturing LLC** |
| | List the contract number of any government contract | | **613 Wallis Ave Santa Anna, TX 76878** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (BOP trolley)** | |
|---|---|---|---|
| | State the term remaining | **8 weeks** | **Gulf National Drilling** |
| | List the contract number of any government contract | | **P.O. Box 2118 Safat 13022 KUWAIT** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (spare parts)** | |
|---|---|---|---|
| | State the term remaining | **4 weeks** | **John Energy** |
| | List the contract number of any government contract | | **101, Shapath-III, 1st Floor Sarkhej-Gandhinagar Hwy, Near GNFC Tower Ahmedabad-54 INDIA** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (spare parts)** | |
|---|---|---|---|
| | State the term remaining | **8 weeks** | **MashOil LLC** |
| | List the contract number of any government contract | | **Pyzhevshy side-street h.5 bld. 5, fac. 1, room 1 Moscow 119017 RUSSIAN FEDERATION** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for 2 trailer rigs** | |
|---|---|---|---|
| | State the term remaining | **11/30/21 and 3/30/22** | **Orientoil SA** |
| | List the contract number of any | | **KM 3 Miraflores Joya de los Sanchas ECUADOR** |

| Debtor 1 | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | **21-11018** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (valves)** | |
| | State the term remaining | **4 weeks** | **SDF Oilwell**<br>**243, St 5 - 1st Industrial Zone**<br>**6th of October City**<br>**EGYPT** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (spare parts)** | |
| | State the term remaining | **4 weeks** | **Societe de Maintenance**<br>**Z.A. "Pense Folie"**<br>**45220 CHATEAU RENARD**<br>**FRANCE** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (gear box parts)** | |
| | State the term remaining | **4 weeks** | **Viking International**<br>**Sefik Bey Sok. No: 3**<br>**34724 Kadikoy**<br>**Istanbul**<br>**REPUBLIC OF TURKEY** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property and office/warehouse facility at 1001 Gifford, Brownwood, TX 76801 and all equipment, machinery, appliances, intellectual property and other articles of personal property used in connection with operation of Debtor's business listed in Bill of Sale dated 7/8/21 (lease is disputed); option to purchase 12/31/21** | |
| | State the term remaining | | **Window Operating, Ltd.**<br>**1076 US Highway 283**<br>**Coleman, TX 76834** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Loadcraft Industries, Ltd.** | | | Case number (*if known*) | **21-11018** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (filters)** | |
|---|---|---|---|
| | State the term remaining | **2 weeks** | **Woodhouse International Street 700 Plot No S30229 Jebel Al Free Zone PO Box 23724 DUBAI UAE** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order for parts (spare parts)** | |
|---|---|---|---|
| | State the term remaining | | **WPI Wellkin PO BOX 1227 Friendswood, TX 77549** |
| | List the contract number of any government contract | **4 weeks** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Loadcraft Industries, Ltd.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **21-11018**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Terry McIver** | **P.O. Box 519**<br>**Santa Anna, TX 76874** | **Card Services** | ☐ D _____<br>■ E/F ___3.84___<br>☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Western District of Texas

In re    **Loadcraft Industries, Ltd.**                                        Case No.    **21-11018**
                                   Debtor(s)                          Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedules, consisting of ___**90**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 25, 2022**                               Signature    **/s/ Charles Hinkle**

                                                                          **Charles Hinkle**
                                                                          **Authorized Representative of General Partner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Loadcraft Industries, Ltd.** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS |
| Case number (if known)   **21-11018** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,279,701.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$4,339,504.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Hydradyne, LLC**<br>**2909 Speight Ave**<br>**Waco, TX 76711** | **Various between 10/6/21 and 12/2/21** | **$58,620.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* **21-11018** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Rig Pro Inc.**<br>**2200 North Hwy 135**<br>**Kilgore, TX 75662** | **Various between 10/22/21 and 12/21/21** | **$51,363.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **City of Brady**<br>**P.O. Box 351**<br>**201 E. Main St.**<br>**Brady, TX 76825** | **10/22/21, 11/29/21 and 12/28/21** | **$35,279.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.4. **Ratliff Steel Company, LLC**<br>**2910 Stephen F. Austin Dr**<br>**Brownwood, TX 76801** | **Various between 10/7/21 and 12/10/21** | **$29,611.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **American Block Mfg Co Inc**<br>**P.O. Box 301442**<br>**Dallas, TX 75303** | **10/14/21, 10/20/21, 12/8/21** | **$27,875.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Southern Tire Mart, LLC**<br>**P.O. Box. 1000 Dept. 143**<br>**Memphis, TN 38148-0143** | **10/6/21, 10/20/21, 11/2/21 and 12/16/21** | **$23,234.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Ledsome Machine & Welding**<br>**2508 Stephen F. Austin Dr**<br>**Brownwood, TX 76801** | **Various between 10/15/21 and 12/28/21** | **$22,595.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Meritor Specialty Products fka R.Cushman**<br>**Dept Ch 16885**<br>**Palatine, IL 60055-6885** | **11/30/21 and 12/2/21** | **$20,736.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. **Airgas USA, LLC**<br>**P.O. Box 676015**<br>**Dallas, TX 75267** | **Various between 10/7/21 and 12/27/21** | **$18,668.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* **21-11018** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **WPT Power Trans Corp** P.O. Box 8148 Wichita Falls, TX 76307 | **10/21/21, 10/28/21, 11/30/21 and 12/9/21** | **$18,500.78** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Polyglass Coating** 1616 N. Main Street Pearland, TX 77581 | **10/6/21, 10/14/21, 11/9/21, 12/10/21** | **$16,036.17** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Motion Industries Inc** P.O. Box 504606 St Louis, MO 63150-4606 | **Various between 10/20/21 and 12/21/21** | **$15,060.85** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Fleetpride Heavy Duty Experts** P.O. Box 847118 Dallas, TX 75284-7118 | **Various between 10/20/21 and 12/15/21** | **$13,164.47** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **Bendix CVS** P.O. Box 92096 Chicago, IL 60675 | **12/9/21** | **$12,705.72** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.15. **LocateBallBearings.com** 75090 St. Charles Place, Suite B Palm Desert, CA 92211 | **11/18/21, 11/19/21 and 12/9/21** | **$11,223.83** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **Hacker International** P.O. Box 1208 Henderson, TX 75652 | **12/20/21** | **$10,302.50** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.17. **Mark Mullin Company, Ltd.** 201 Wellston Park Rd Sand Springs, OK 74063 | **11/12/21 and 12/14/21** | **$8,851.13** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* **21-11018** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18<br>. **Fedex Freight East<br>Dept CH<br>P.O. Box 10306<br>Palatine, IL 60055-0306** | **Various between 10/6/21 and 12/27/21** | **$7,969.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19<br>. **Glider Products, LLC<br>613 Wallis Ave<br>Santa Anna, TX 76878** | **11/22/21 and 12/21/21** | **$7,825.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Passerina Ciris, LLC<br>646 CR 218<br>Santa Anna, TX 76878<br>Member Ruth Ann McIver is wife of<br>Terry McIver, manager of former<br>general partner and control person** | **7/8/21** | **$691,849.73** | **Payment on note** |
| 4.2. **Glider Products, LLC<br>613 Wallis Ave<br>Santa Anna, TX 76878<br>Owner is Terry McIver, Terry McIver,<br>manager of former general partner and<br>control person** | **11/22/21,<br>12/21/21** | **$7,825.50** | **Reimbursement of wages for<br>Rick Langston** |
| 4.3. **Hay Creek Enterprises, LLC<br>400 Bruce Street<br>Santa Anna, TX 76878<br>Owner is son of Terry McIver, manager<br>of former general partner and control<br>person** | **11/4/21** | **$6,000.00** | **Purchased parts from auction** |
| 4.4. **Huntland Trucking<br>P.O. Box 86<br>Santa Anna, TX 76878<br>Owner is son of Terry McIver, manager<br>of former general partner and control<br>person** | **11/4/21** | **$2,500.00** | **Freight to haul parts** |
| 4.5. **Terry McIver<br>P.O. Box 519<br>Santa Anna, TX 76874<br>Manager of former general partner and<br>control person** | **6/16/21** | **$2,074.84** | **6 months of expenses** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Texas Workforce Commission v. Brady Plant Operators, LLC et al** | **Unpaid wages** | **Texas Workforce Commission TWC Building-Regulatory Integrity Div 101 E. 15th St. Austin, TX 78778** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **J L Specialty Welders, LLC 2016087** | **Debt/contract - collection** | **McCullouch County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **IPFS Corporation 1145981** | **Debt/Contract - Consumer/DTPA** | **Harris County Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Single Source Inc. v. Loadcraft Industries, Ltd. and Brady Plant Operators, LLC 2020105** | **Debt/contract - collection** | **McCullouch County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Hill's Specialty Co Inc. v. Loadcraft Industries, Ltd. D-1-03-0303-CV** | **Debt/contract** | **Ector County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Alphonso Energy LLC, Nestor Outcomes LLC, and Charles Hinkle v. Loadcraft Industries Ltd., Glider Products LLC, Brian Alphonso and Terry McIver D-1-GN-21-002825** | **Debt/contract - Other** | **Travis County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | **21-11018** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **West Craft Manufacturing, Inc. v. Loadcraft Industries, Ltd.**<br>**2019020159** | **Debt/contract - Consumer/DTPA** | **Cherokee County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **McNichols Company v. Loadcraft Industries, Ltd. and Brady Plant Operators, LLC**<br>**2020077** | **Debt/Contract - Collection** | **McCullough County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | **21-11018** |
| --- | --- | --- | --- | --- |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Waller Lansden Dortch & Davis 100 Congress Ave Suite 1800 Austin, TX 78701** | | **12/23/21** | **$75,000.00** |
| | **Email or website address wallerlaw.com** | | | |
| | **Who made the payment, if not debtor? Brian Alphonso** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Window Operating, Ltd. 1076 US Highway 283 Coleman, TX 76834** | **Land, improvements and equipment with leaseback at 1001 Gifford, Brownwood, Texas 76801** | **7/8/21** | **$1,566,008.99** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Loadcraft Industries, Ltd. | Case number *(if known)* | 21-11018 |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☒ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP 401(k)** | EIN: **674524** |

Has the plan been terminated?
- ☐ No
- ☒ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Bank & Trust** | **XXXX-1967** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/6/22 | $299,000.00 |
| 18.2. | **Extraco Bank** | **XXXX-5589** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/15/20 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See attached Schedule SOFA 21** | **3811 N. Bridge St. Brady, TX 76825** | | **Unknown** |

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Texas Commission on Environmental Quality v. Loadcraft Industries, LLC 2017-1093-IHW-E** | **Texas Commission on Environmental Qualit 6801 Sanger Ave #2500 Waco, TX 76710** | | ■ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | **Loadcraft Industries, Ltd.** | | Case number *(if known)* | **21-11018** |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Kendra Oldham**<br>**P.O. Box 347**<br>**Richland Springs, TX 76871** | **8/2011-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Weaver and Tidwell, LLP**<br>**2821 West 7th St.**<br>**Suite 700**<br>**Fort Worth, TX 76107** | **2012-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Debtor will supplement.** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |

| | | | |

| 27.1 | Name of the person who supervised the taking of the inventory<br>**Dennis Cook** | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records<br>**Dennis Cook**<br>**913 Calcutta**<br>**Brady, TX 76825** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brady Plant Operators, LLC** | | **General partner** | **.8075** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Glorious Splendor Too, LLC** | | **General partner** | **50** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See question 4** | | | |
| | Relationship to debtor | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | **Terry McIver**<br>**P.O. Box 519**<br>**Santa Anna, TX 76874** | **23,230.04** | | **Salary and expense reimbursements** |
| | Relationship to debtor<br>**Manager of former general partner and control person** | | | |

| Debtor | **Loadcraft Industries, Ltd.** | Case number *(if known)* | **21-11018** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Grady McIver**<br>**P.O. Box 519**<br>**Santa Anna, TX 76874** | **6,538.88** | | **Salary** |

| Relationship to debtor |
|---|
| **Employee; son of Terry McIver, Manager of former general partner and control person** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 25, 2022**

**/s/ Charles Hinkle**                                    **Charles Hinkle**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Authorized Representative of General Partner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes