IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LOADCRAFT INDUSTRIES, LTD. | § | Case No. 21-11018-TMD |
| | § | |
| Debtor | § | |

**SECOND STIPULATION BETWEEN LOADCRAFT INDUSTRIES, LTD., AND**
**WINDOW OPERATING, LTD.**

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Loadcraft Industries, Ltd. (the "**Debtor**") and Window Operating, Ltd. ("**Window**") enter

this Second Stipulation, as follows:

1.     The Debtor and Window entered that certain "Sale and Leaseback Agreement"

(the "Agreement") dated effective May 1, 2021, a copy of which is attached as **Exhibit A**.  The

Agreement generally provides for the sale of certain real and property by the Debtor to Window

and lease-back of such property to the Debtor.

2.     In connection with the Agreement, the Debtor and Window also entered a "Lease

Agreement" dated as of July 1, 2021, a true and correct copy of which is attached hereto as

**Exhibit B**.

3.     Window and the Debtor also entered a "Warranty Bill of Sale" dated July 8, 2021,

a true and correct copy of which is attached hereto as **Exhibit C**.

4.     The Lease Agreement contains a "Lessee's Repurchase Option" in paragraph 18.

The Repurchase Option (as defined therein) pursuant to this provision could be exercised by the

Debtor on or before December 31, 2021.

5.     The Debtor filed this bankruptcy proceeding on December 30, 2021 (the "Petition

Date").  The Debtor contends that the Repurchase Option period was extended pursuant to 11

U.S.C. §108 to the date which is sixty (60) days from the Petition Date.

4864-3422-9272.1

6.     The Debtor and Window previously agreed that the deadline, if applicable, for the Debtor to exercise the Repurchase Option is and shall be extended through and including March 27, 2022. The Debtor and Window hereby agree to extend that date through and including April 1, 2022. This extension is without prejudice to any contention by Window that §108 is inapplicable to the Repurchase Option and that the Repurchase Option has expired, nor to any claims by the Debtor regarding, or relating to the Lease Agreement, Warranty Bill of Sale, or Sale and Leaseback Agreement, nor to the Debtor's rights, if any, to seek further extensions of the time period to exercise the Repurchase Option.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
                Eric Taube
                State Bar No. 19679350
                Mark Taylor
                State Bar No. 19713225
                William R. "Trip" Nix, III
                State Bar No. 24092902
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
                Mark.Taylor@wallerlaw.com
                Trip.Nix@wallerlaw.com

*Attorneys for the Debtor and*
*Debtors in Possession*

BARRON & NEWBURGER, P.C.


By: */s/ Stephen W. Sather*
     Stephen W. Sather
     State Bar No. 17657520
7320 N. Mopac Expressway, Suite 400
Austin, Texas 78731
Telephone:  (512) 476-9103
Email:  ssather@bn-lawyers.com

*Attorneys for Window Operating, Ltd.*


## CERTIFICATE OF SERVICE

The foregoing was served on all persons on the attached list electronically via the Court's ECF system or via first class mail on March 23, 2022.


     */s/ Mark C. Taylor*
     Mark C. Taylor

4864-3422-9272.1

# LIMITED SERVICE LIST

**Debtor**
Loadcraft Industries, LP
3811 N. Bridge St.
Brady, TX 76825

**Government Entities**
**(not otherwise listed)**
United States Trustee (*via ECF*)
Attn: Shane Tobin
903 San Jacinto, Room 230
Austin, TX 78701

Brown County Appraisal District
403 Fisk Avenue
Brownwood, TX 76801

**Secured Creditors**
Alphonso Energy LLC
1211 Challenger
Lakeway, TX 78734

**20 Largest Unsecured Creditors**
American Block Mfg Co Inc
P.O. Box 301442
Dallas, TX 75303

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Dell Financial Services
Dell Financial Services
Payment Processing Center
Carol Stream, IL 60197-6547

Donald E. Harman Co. Inc.
421 Industrial Dr.
Richardson, TX 75081

Fox NDE, LLC.
P.O. Box 5088
Abilene, TX 79608

Health Care Service Corp.
P.O. Box 731428
Dallas, TX 75373-1428

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intsel Steel/Triple-S Steel
P.O. Box 301212
Dallas, TX 75303-1212

McCulloch County Appraisal
District
306 W. Lockhart
Brady, TX 76825

Metals USA
101 E Illinois Ave
Enid, OK 73701

Polyglass Coating
1616 N. Main Street
Pearland, TX 77581

Single Source Inc
8141 Gateway Dr
Suite 210
Argyle, TX 76226-5736

Stewart & Stevenson Power
P.O. Box 301063
Dallas, TX 75303-1063

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Texas Comptroller of Public
Accounts
Revenue Accounting Div.-
Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building-Regulatory
Integrity Div
101 E. 15th St.
Austin, TX 78778

Toyota Financial Services
P.O. Box 2431
Carol Stream, IL 60132

U.S. Department of Labor - Wage
and Hour
Southwest Regional Office
Federal Building
525 S. Griffin St., Ste. 800
Dallas, TX 75202

United Engines
P.O. Box 731594
Dallas, TX 75373-1594

Willbanks Metals Inc.
1155 N.E. 28th Street
Fort Worth, TX 76106

**Parties Requesting Service**
Robert B. Wagstaff (*via ECF*)
McMahon Surovik Suttle P.C.
P.O. Box 3679
Abilene, Texas 79604

Katherine J. Walters
Sheldon E. Richie (*via ECF*)
Richie & Gueringer, P.C.
100 Congress Ave., Suite 1750
Austin, TX 78701

Texas Workforce Commission
c/o Callan C. Searcy (*via ECF*)
Assistant Attorney General
Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, TX 78711-2548

Tara LeDay (*via ECF*)
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680

Stephen W. Sather (*via ECF*)
Gregory M. Friedman (*via ECF*)
BARRON & NEWBURGER, P.C.
7320 N. MoPac, Suite 400
Austin, TX 78731

Stephen A. Roberts (*via ECF*)
Stephen Roberts, P.C.
1400 Marshall Ln
Austin, TX 78703

# EXHIBIT A

## SALE AND LEASEBACK AGREEMENT

This Sale and Leaseback Agreement ("**Agreement**") is made and entered into effective May 1, 2021 (the "**Effective Date**"), between **LOADCRAFT INDUSTRIES, LTD.**, a limited partnership organized and existing under the laws of the State of Texas, with its principal office located at 3811 North Bridge Street, McCullough County, Brady, TX 76825 ("**Seller**"), and **WINDOW OPERATING, LTD.**, a limited partnership organized and existing under the laws of the State of Texas with its principal office located at Coleman County, Texas ("**Buyer**"). Seller and Buyer may each be referred to herein as a "Party" and collectively as the "Parties".

### RECITALS

**WHEREAS**, Seller has entered into a contract with Buyer for the acquisition of the certain personal property and real property owned and operated by Buyer.

**WHEREAS**, Seller and Buyer desire that Seller, as owner of real property located in Brown County, Texas, as more particularly described below, and the improvements thereon, shall convey the real property, improvements and certain personal property assets to Buyer and that, thereupon, Buyer shall lease the premises and personal property assets back to Seller, all in accordance with the terms and conditions set forth below.

**WHEREAS**, Seller shall also convey certain personal property assets to Buyer, as set out by list and being more particularly described below, and that, thereupon, Buyer shall lease such assets, equipment, tools, fixtures, computers and any other manufacturing assets as necessary for the continued operation of Seller back to Seller, all in accordance with the terms and conditions set forth below.

**NOW THEREFORE**, for and in consideration of the mutual promises, covenants, and agreements herein contained, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1.     **Purchase and Sale.**  Seller agrees to sell and convey to Buyer and Buyer agrees to purchase from Seller, upon the terms and conditions hereinafter set forth, all right, title, and interest of Seller in and to the following (collectively referred to herein as the "**Property**") so that Buyer will own the entire Property outright and in fee simple:

(a)     All that certain lot, piece, or parcel of land commonly known as 1001 Gifford, Brownwood, Texas 76801, an office/warehouse facility owned and operated by Seller, and being a 40.11 acre tract of land out of and part of the William H. Irion Survey No. 52, Abstract No. 537 situation in the City of Brownwood, Brown County, Texas; and being the same tract described in a deed recorded in Volume 1641, Page 474 of the Official Public Records of Brown County, Texas  (collectively, the "**Land**");

(b)     All buildings and improvements located on the Land and all of Seller's right, title, and interest in and to any and all fixtures attached thereto (collectively, the "**Improvements**");

Sale and Leaseback Agreement

(c)     All equipment, machinery, apparatus, appliances, intellectual property, and other articles of personal property used in connection with the operation of the seller's business including all equipment, tools, materials, fixtures, contractual rights, titles, computer information, to the extent any of same are owned by Seller (collectively, the "**Assets**"). All such Assets are free and clear of liens and encumbrances or will be upon the funding of this agreement. The list, in part, of the equipment, tools, materials and fixtures is attached hereto as **Exhibit "A"** and incorporated herein by reference. Notwithstanding Exhibit "A" it is agreed that the conveyance includes all equipment presently owned by Seller in Brown County, Texas, McCullough County, Texas or elsewhere.

(d)     All rights appurtenant to the Land, if any, including without limitation, any strips and gores abutting the Land, and any land lying in the bed of any street, road, or avenue in front of, or adjoining the Land, to the center line thereof; and

(e)     All other rights, privileges, easements, licenses, appurtenances, and hereditaments relating to the Property.

**2.     Purchase Price.**     The total purchase price shall be One Million five hundred sixty six thousand eight dollars and 99/100 cents ($1,566,008.99), payable by Buyer to Seller on the date of closing via wire transfer as directed by Seller (the "**Purchase Price**").

**Allocation of Sale Price as follows:**

| | |
|---|---|
| 1001 Gifford St, Brownwood TX 76801: | $1,200,000.00 |
| All Other Personal Property: | $ 366,008.99 |
| Total: | $1,566,008.99 |

**3.     Liens and Encumbrances.**     The Property is to be sold and conveyed subject to the following:

(a)     Zoning and building regulations, ordinances and requirements adopted by any government or municipal authority having jurisdiction, and amendments and additions to such regulations, ordinances and requirements, now in force and effect, that relate to the Land and Improvements;

(b)     All visible and apparent easements or uses and all underground easements or uses, the existence of which arise by unrecorded grant or by us;

(c)     Any portion of the subject property lying within the boundaries of a public or private roadway;

(d)     A Modification and Renewal of Third Lien Deed of Trust to Secure Perfomance in favor of AJS World Wide, S.A. de C.B. executed near in time or contemporaneously with the closing contemplated by this transaction.

Sale and Leaseback Agreement

Apart from the foregoing, the Property is to be sold and conveyed free and clear of all other liens and encumbrances.

**4.** **Title Insurance Policy.** Seller shall deliver to Buyer at the closing a title insurance policy on 1001 Gifford Street for $1,000,000, insuring the interest of Buyer as fee owner of the Land, subject, however, to the matters set forth in this Agreement and the usual standard exceptions of the Title Company issuing the policy. Seller shall use its best efforts to have the policy provide that there are no restrictions of record which contain reversions or forfeitures.

**5.** **Outstanding Assessments, Taxes, etc.** All outstanding property tax assessments shall be settled at closing. Property taxes for 2020 and prior years shall be paid by Seller. Property taxes for 2021 will not be prorated at closing as the Seller is agreeing to pay 2021 taxes as part of the Leaseback agreement described herein.

**6.** **Agreement Regarding Lien Encumbrance.** It is understood that Seller represents that it is the owner of the Land however there is an existing lien described above in paragraph 3(d), that will need to be settled by Seller after closing and that Buyer purchases this land with full knowledge of this existing lien described in Paragraph 3(d). Notwithstanding the foregoing, Seller warrants and represents that it will fully discharge such lien and if seller fails to discharge the lien, the Seller shall be liable for all damages caused by such breach, including the amount necessary to discharge the lien or the fair market value of any property lost to foreclosure of such lien.

**7.** **Seller's Warranties.** Seller represents and warrants that it has authority to sell the property herein described, that the person executing this instrument and any instrument of conveyance is authorized to execute such instruments, and that the personal property herein conveyed, including those items described in the attached Exhibit A, are now and shall hereinafter remain personal property and that they are not and will not become fixtures or attachments to real property as those terms are defined by Texas law.

**8.** **Buyer's Warranties.** Buyer represents and warrants to Seller that Buyer has full power and authority to execute and deliver this Agreement and to perform and carry out all of the covenants and obligations to be performed and carried out by Buyer hereunder. The execution and delivery of this Agreement and the performance by Buyer of all its obligations hereunder have been duly authorized by all necessary action on the part of Buyer, constitute a legal, valid, and binding obligation of Buyer, enforceable against Buyer, and do not conflict with or violate any agreement, judgment, order, lease, or other contract to which Buyer is a party or by which it is bound.

**9.** **Deed and Bill of Sale.** The real property conveyed shall by a Special Warranty Deed subject only to current taxes for the year 2021 and those permitted exceptions set forth in Paragraph 3 above. The personal property conveyed shall be by Special Warranty Bill of Sale, shall be free and clear of any encumbrance, but will provide that such property is sold "As Is."

**10.** **Closing.** Closing shall be held at the office of Brown County Abstract 201 S. Broadway Brownwood TX 76801 at such time as Buyer may designate on notice to Seller. Closing costs charged by the Title Company shall be paid by Seller, unless the Parties agree otherwise in

Sale and Leaseback Agreement

a writing signed and executed by the Parties. Except as provided in this Agreement, each Party shall pay its own attorneys' fees. At closing, the parties agree that the closing/escrow agent shall withhold from the sales proceeds the sum of $110,290.58, which shall be given to the Buyer as six month prepayment for the financial obligation due under the leaseback contemplated below.

11.    **Leaseback.**    At the closing, and immediately after Buyer shall receive a deed to the premises from Seller, Buyer, as lessor, shall enter into a lease of the Land, Improvements and Assets with Seller as lessee, which lease shall be in the form and substance of that attached as **Exhibit "B"** and incorporated by reference (the "**Lease**"). The form of the Lease shall be completed at the closing as follows: the date of the Lease shall be the date of the closing of title; and the commencement date of the initial term of the Lease shall be July 1, 2021. The Lease shall include an exclusive right of first refusal and repurchase option in favor of Lessee, on the terms and conditions set forth in the Lease.

12.    **Notices.**    Any notice to be given by any Party under this Agreement shall be sent by registered or certified mail to the others at the addresses set forth in the lease attached hereto as Exhibit B, or at such other address as may subsequently be designated in writing by such Party.

13.    **Entire Agreement.**    This Agreement constitutes the entire agreement of the Parties and may not be changed or modified except by an agreement in writing signed by the Parties.

14.    **Counterparts.**    This Agreement may be executed by the Parties in separate counterparts, each of which when so executed and delivered shall be an original for all purposes, but all such counterparts shall together constitute but one and the same instrument.

15.    **Legal Construction.**    Words of any gender used in this Agreement shall be held and construed to include any other gender, and words in the singular number shall be held to include the plural, and vice versa, unless the context otherwise requires. The agreements contained herein shall not be construed in favor of or against either Party, but shall be construed as if all Parties prepared this Agreement. The paragraph headings herein are used only for the purposes of convenience and shall not be deemed to limit the subject of the paragraphs hereof. Whenever any action must be taken (including the giving of notices) under this Agreement during a certain time period (or by a particular date) that ends or occurs on a non-business day, then such period (or date) shall be extended until the next succeeding business day. As used herein, the term "business day" shall be deemed to mean any day other than a Saturday, a Sunday, or a legal holiday on which national banks are not open for business in the State of Texas.

16.    **Disclosure Statement and Acknowledgment.**    Legal instruments involved herein have been prepared for Seller by the law firm of McMahon Surovik Suttle, PC. The Buyer acknowledges that McMahon Surovik Suttle, PC has acted as counsel to Seller and has not, in any manner, undertaken to assist or render legal or tax advice to the Buyer with respect to this Agreement, or any documents or instruments being executed in connection therewith to Buyer or any other party. Buyer further acknowledge that Buyer is aware that Buyer is free to obtain their own legal counsel and/or tax advisor to advise them regarding this Agreement and the documents prepared in connection therewith.

Sale and Leaseback Agreement

17.    **Waiver.**  Seller agrees that this Sales and Leaseback Agreement shall not be viewed or treated as a loan transaction. Seller further agrees and stipulates that this transaction is a commercial real estate transaction and that truth-in-lending laws and usury laws do not apply. Also, Seller stipulates and agrees that this Sale and Leaseback transaction shall not be viewed as a contract for deed or executory contract for the conveyance of real property and the laws applying to such transactions, including Texas Property Code § 5.061 *et seq.,* do not apply to this transaction. To the extent that any portion of this transaction could be covered by usury, truth-in-lending laws or laws relating executory contracts for the conveyance of real property, such laws, including all rights, remedies and benefits thereunder benefiting the Seller, are hereby knowingly and intentionally waived. In the event that anyone should bring claims against the Buyer arising out of these laws, Seller does hereby agree to fully defend and indemnify Buyer against such claims. Buyer is relying upon Seller's assurances and promise that these laws do not apply and will not be used against the Buyer in the future, and the Seller agrees and acknowledges that the Buyer would not have entered into this transaction absent such assurances.

In witness whereof, each Party to this Agreement has caused it to be executed on the date indicated below.

**SELLER:**

**LOADCRAFT INDUSTRIES, LTD.,**
a Texas limited partnership.

BY: BRADY PLANT OPERATORS
General Partner of Loadcraft Industries, Ltd

By: _Terry McIver_

Name: _Terry McIver_
Title: _PRESIDENT_
Date: _7/8/21_

**BUYER:**

**WINDOW OPERATING, LTD.,**
a Texas limited partnership.

BY: OAK TREE ENTERPRISES, LLC,
General partner of Window Operating, Ltd.

By: _Mike Ray_

Name: _Mike Ray_
Title: _President_
Date: _7-8-2021_

Sale and Leaseback Agreement

# EXHIBIT B

## LEASE AGREEMENT

This Lease Agreement ("**Agreement**"), dated as of July 1, 2021 is entered into by and between **WINDOW OPERATING, LTD.**, a limited partnership organized and existing under the laws of the State of Texas with its principal office located in Coleman County, Texas ("**Lessor**") and **LOADCRAFT INDUSTRIES, LTD.**, a limited partnership organized and existing under the laws of the State of Texas, with its principal office located at 3811 North Bridge Street, McCullough County, Brady, TX 76825 ("**Lessee**").

**DEFINITIONS.** As used herein, the following terms shall have the meanings set forth below:

"**Applicable Term**" means the Initial Term and any renewal or extension thereof.

"**Assignee**" means any party to whom Lessor assigns Lessor's rights to this Agreement.

"**Casualty**" means any event upon which any item(s) of Property are condemned, taken, lost, destroyed, stolen or damaged beyond repair.

"**Claims**" means any and all claims, actions, suits, proceedings, costs, expenses (including court costs and reasonable attorneys' fees), damages, obligations, penalties, injuries and liabilities, including actions based on Lessor's strict liability in tort.

"**Default**" means any of the events of default described in Section 13 of this Agreement.

"**Imposition**" means each license fee, assessment, and sales, use, property, excise and other tax.

"**Rent**" means the amounts payable by Lessee to Lessor for the Property.

**NOW THEREFORE**, for and in consideration of the mutual promises, covenants, and agreements herein contained, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. **Lease of Property**. This Agreement sets forth the terms and conditions which apply to the lease from Lessor to Lessee of the following items of real and personal property (collectively referred to herein as the "**Property**"):

(a) All that certain lot, piece, or parcel of land commonly known as 1001 Gifford, Brownwood, Texas 76801, an office/warehouse facility being a 11.596 acre tract out of 40.11 acre tract of land out of and part of the William H. Irion Survey No. 52, Abstract No. 537 situated in the City of Brownwood, Brown County, Texas (collectively, the "**Land**");

(b) All equipment, machinery, apparatus, appliances, intellectual property, and other articles of personal property referenced in the Sale and Leaseback Agreement between Lessor and Lessee.

2. **Term**. This Agreement shall be effective upon the execution hereof by both parties, and shall continue until the full performance of all terms hereunder. The Initial Term shall be for a period of Six (6) consecutive months, commencing on July 1, 2021 and ending on December 31, 2021. At which time this agreement and all obligations and rights associated shall terminate.

3. **Acceptance**. The Property is unconditionally accepted under this Agreement on the date Lease Agreement

Lessee gives Lessor such acceptance in writing. Lessee shall accept the Property as soon as they are delivered, if delivery is necessary.

4.     **Rent**. As Rent for the Property, Lessee agrees to pay Lessor the sum of eighteen thousand one hundred thirty-eight and 25/100 dollars ($18,138.25).  Lessee is not entitled to abate or reduce rent or any other amounts due, or to set off any charges against those amounts. Lessee is not entitled to claim or assert any recoupments, cross-claims, counterclaims or any other defenses to any Rent payments or other amounts due hereunder, whether those defenses arise out of claims by Lessee against Lessor, this Agreement, any attachment, exhibit or otherwise.

**Rent shall be allocated as follows:**

    (a) 1001 Gifford Street:        $ 15,186.58     (Real Property Only)

    (b) Personal Property:          $  2,951.67 **

** Note the rental of the personal property is subject to Texas Sales and Use Tax and will be assessed at 8.25% on each monthly rental charge in the amount of $243.51

For the full term of the Lease, Lessee shall pay to Lessor a total of $110,290.58, which shall be paid in advance at closing of the Sales and Lease Back Agreement between Lessor and Lessee.

5.     **Equipment Return Requirements**. On or before the termination of this Agreement, Lessee shall return the Property in accordance with Lessor's guidelines and surrender such Property to Lessor. All Property shall be returned to Lessor in the same condition and working order as when accepted by Lessee, reasonable wear and tear excepted.

6.     **Equipment Use and Maintenance**. Lessee is solely responsible for the operation and maintenance of the Property and all costs related thereto. Lessee shall at all times operate and maintain the Property in good operating order, repair, condition and appearance, normal wear and tear excepted, and in accordance with its manufacturer's specifications and recommendations. On reasonable prior notice to Lessee, Lessor and Lessor's agents shall have the right, during Lessee's business hours, to enter the premises where the Property is located for the purpose of inspecting the Property and observing such use.

7.     **Equipment Ownership; Attachments; Location**. Lessor is the sole owner of the Property and has sole title thereto. Lessee covenants that it will not pledge or encumber the Property or Lessor's interest in the Property in any manner whatsoever, nor permit any liens to be attached thereto (other than liens arising directly through Lessor). Lessee shall not make any representation to any third-party inconsistent with Lessor's sole ownership of the Property. The Equipment shall remain Lessor's personal property whether or not affixed to realty and shall not become or be made to become a part of any real property on which it is placed without Lessor's prior written consent. All additions, attachments and accessories placed on the Property become a part thereof and Lessor's property.

8.     **Insurance**.     Lessee agrees to keep the Property insured at Lessee's expense against all risks of loss, including theft or damage from any cause whatsoever. Lessee agrees that such insurance shall name Lessor as a loss payee, with a full waiver of warranties and provide coverage not less than the then-current fair market value of the Property. Lessee also agrees that it shall carry public liability insurance in an amount consistent with prudent business practices and customary to Lessee's industry. Each policy shall provide that the insurance cannot be canceled without at least thirty (30) days' prior written notice to Lessor. Upon request by Lessor, Lessee agrees to furnish proof of insurance coverage, including a certificate of insurance and a copy of the policy. If Lessee fails to provide Lessor with such

Lease Agreement

evidence, then Lessor will have the right, but not the obligation, to have such insurance protecting Lessor placed at Lessee's expense. Lessee's expense shall include a full premium paid for such insurance and any customary charges, costs or fees of Lessor. Lessee agrees to pay such amounts upon demand.

9. **Risk of Loss**. In the event of any Casualty during the term of the Lease, Lessee shall repair or replace in damage property with like kind repair or replacement.

10. **Property Taxes**.     Lessor shall be responsible for all Property Taxes associated with both the real and personal property to the individual counties where those assets reside.  Lessor hereby agrees to pay all ad valorem taxes due on or before the due date in January of 2022.

11. **DISCLAIMER OF WARRANTIES AND LESSEE WAIVERS. LESSEE LEASES THE PROPERTY FROM LESSOR "AS IS" AND "WHERE IS," LESSEE HEREBY AGREES THAT: EXCEPT AS TO QUIET ENJOYMENT, LESSOR MAKES ABSOLUTELY NO WARRANTIES, EXPRESS OR IMPLIED TO LESSEE; LESSOR SHALL NOT BE LIABLE FOR ANY FAILURE OF ANY PROPERTY OR ANY DELAY IN ITS DELIVERY OR INSTALLATION OR ANY BREACH OF ANY WARRANTY THAT SELLER MAY HAVE MADE; LESSEE HAS SELECTED ALL PROPERTY WITHOUT LESSOR'S ASSISTANCE; LESSOR IS NOT A MANUFACTURER OF ANY OF THE EQUIPMENT; LESSOR SHALL HAVE NO LIABILITY TO LESSEE, LESSEE'S CUSTOMERS, OR ANY THIRD PARTIES FOR ANY DIRECT, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THIS AGREEMENT OR ANY SCHEDULE OR CONCERNING ANY PROPERTY, OR FOR ANY DAMAGES BASED ON STRICT OR ABSOLUTE TORT LIABILITY OR LESSOR'S NEGLIGENCE; LESSEE'S SOLE RECOURSE FOR ANY AND ALL CLAIMS AND WARRANTIES RELATING TO THE PROPERTY SHALL BE AGAINST SELLER. LESSEE WAIVES ANY AND ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A OF THE UNIFORM COMMERCIAL CODE (INCLUDING LESSEE'S RIGHTS, CLAIMS AND DEFENSES UNDER UCC ARTICLE 2A SECTIONS 508 to 522) AND ANY RIGHTS NOW OR HEREAFTER CONFERRED BY STATUTE OR OTHERWISE THAT MAY LIMIT OR MODIFY LESSOR'S RIGHTS AS DESCRIBED IN THIS SECTION OR OTHER SECTIONS OF THIS AGREEMENT.**

12. **Lessee Warranties**. Lessee represents, warrants and covenants to Lessor that: (a) all items of Property are leased for business purposes only and not for personal, family or household purposes; (b) Lessee is duly organized, validly existing and in good standing under applicable law; (c) Lessee has the power and authority to enter into this Agreement; (d) this Agreement is enforceable against Lessee in accordance with its terms and do not violate or create a default under any instrument or agreement binding on Lessee; (e) there are no pending or threatened actions or proceedings before any court or administrative agency which could have a material adverse effect on Lessee, unless such actions are disclosed to Lessor and consented to in writing by Lessor; (f) Lessee shall comply in all material respects with all laws and regulations the violation of which could have a material adverse effect upon the Property or Lessee's performance of its obligations hereunder; (g) this Agreement shall be effective against all creditors of Lessee under applicable law, including fraudulent conveyance and bulk transfer laws, and shall raise no presumption of fraud; (h) financial statements and other related information furnished by Lessee shall be prepared in accordance with generally accepted accounting principles and shall fairly present Lessee's financial position as of the dates given on such statements; (i) Equipment is tangible personal property and shall not become a fixture or real property under Lessee's use thereof; and (j) there has not been a material adverse change in the general affairs, management, results of operations, condition (financial or otherwise) or prospects of Lessee, whether or not arising from transactions in the ordinary course of business.

Lease Agreement

13. **Default**.   Any of the following shall constitute a Default under this Agreement: (a) Lessee fails to pay any Rent payment or any other amount payable to Lessor hereunder when due; or (b) Lessee defaults on or breaches any of the other material terms and conditions of this Agreement; or (c) any representation or warranty made by Lessee proves to be incorrect in any material respect when made or reaffirmed; or (d) Lessee becomes insolvent or fails generally to pay its debts as they become due; or (e) the Property is levied against, seized or attached and the same is not bonded against, released or stayed within ten (10) days; or (f) Lessee makes an assignment for the benefit of creditors, whether voluntary or involuntary; or (g) a proceeding under any bankruptcy, reorganization, arrangement of debt, insolvency or receivership law is filed by or against Lessee or Lessee takes any action to authorize any of the foregoing matters and, if filed against Lessee, is not dismissed within ninety (90) days; or (h) any letter of credit, guaranty, surety bond or like instrument issued in support of this Agreement is revoked, breached, canceled or terminated; (i) any guarantor, surety or like third-party obligor under this Agreement fails to fulfill any of the obligations of Lessor which it agreed to perform; or (j) in the good faith, reasonable commercial judgment of Lessor, there has occurred or will likely occur a material adverse change in the general affairs, management, results of operations, condition (financial or otherwise) or prospects of Lessee, whether or not arising from transactions in the ordinary course of business, or in Lessee's or any such third-party obligor's willingness or ability to perform under this Agreement.

14. **Remedies**.   If a Default occurs, Lessor may, in its sole discretion, exercise one or more of the following remedies, without notice of election and without demand: (a) terminate this Agreement; (b) take possession of, or render unusable, any Property wherever the Property may be located, without demand or notice, without any court order or other process of law and without liability to Lessor for any damages occasioned by such action, and no such action shall constitute a termination of this agreement; or (c) require Lessee to deliver the Equipment to a commercially reasonable location specified by Lessor; or (d) declare the remaining and unpaid Rent to be due and payable as liquidated damages for loss of a bargain and not as a penalty; or (e) proceed by court action to enforce performance by Lessee of this Agreement and/or to recover all damages and expenses incurred by Lessor by reason of any Default; or (f) terminate any other agreement that Lessor may have with Lessee; or (g) exercise any other right or remedy available to Lessor at law or in equity. Lessee shall pay Lessor all costs and expenses that Lessor may incur to maintain, safeguard or preserve the Property, and other expenses incurred by Lessor in enforcing any of the terms, conditions or provisions of this Agreement (including reasonable legal fees and collection agency costs). These remedies are cumulative of every other right or remedy given hereunder or now or hereafter existing at law or in equity or by statute or otherwise, and may be enforced concurrently therewith or from time to time.

15. **Performance of Lessee's Obligations**.   If Lessee fails to perform any of its obligations hereunder, Lessor may perform any act or make any payment that Lessor deems reasonably necessary for the maintenance and preservation of the Property and Lessor's interests therein; provided that the performance of any act or payment by Lessor shall not be deemed a waiver of, or release Lessee from, the obligation at issue. All sums so paid by Lessor, together with expenses (including reasonable legal fees and costs) incurred by Lessor in connection therewith, shall be considered Rent, and shall be, without demand, immediately due and payable to Lessor by Lessee.

16. **Assignment**.   Neither Party shall assign any of its rights or delegate any of its obligations hereunder without the prior written consent of the other party, which consent shall not be unreasonably withheld, conditioned or delayed. Any purported assignment or delegation in violation of this Section 16 shall be null and void. No assignment or delegation shall relieve the assigning or delegating Party of any of its obligations hereunder unless the non-assigning or non-delegating Party enters into a novation releasing the assigning or delegating Party of its obligations under this Agreement.

Lease Agreement

17. **Lessee's Right of First Refusal**.

(a)     If, during the Applicable Term, Lessor decides to sell the Property (a "**Proposed Transfer**"), Lessee shall have a right of first refusal to acquire the Property in accordance with this Section 17, and Lessor shall not consummate the sale unless Lessor shall first deliver to Lessee a notice (the "**First Refusal Notice**") setting forth: (i) the identify of the proposed purchaser (the "**Offeree**"); (ii) the sale price and each of the material financial terms of the proposed transaction (the "**Purchase Terms**"); and (c) the proposed closing date of the Proposed Transfer (the "**Closing Date**").

(b)     Lessee shall, for the remainder of the Applicable Term (the "**ROFR Response Period**"), have the exclusive right to purchase the Property for the sum of One Million Seven Hundred Seventy One Thousand one hundred and fifty two and NO/100 Dollars ($1,766,008.99) (the "**Option Price**"), by so notifying Lessor before 5:00 p.m. on the last day of the ROFR Response Period, whereupon Lessee shall be bound to purchase from Lessor, and Lessor shall be bound to sell to Lessee, the Property for the Option Price. Lessor and Lessee shall promptly execute a purchase and sale agreement to sell the Property to Lessee for the Option Price and upon other terms typical to commercial real estate and asset transactions in Brown County, Texas, except that the Lessee as Buyer shall pay for title insurance if it is desired.

(c)     Upon the completion of such purchase, unless Lessee shall elect to have its leasehold and fee interest in the Property not merge and to keep this Lease in effect, this Agreement and all obligations and liabilities of Lessor and Lessee hereunder shall terminate, except for those obligations which by their terms survive the termination hereof.

18. **Lessee's Repurchase Option.**     Lessor, for the consideration expressed in this Agreement, grants to Lessee an exclusive option to purchase the Property for the Option Price, to be exercised before the end of the Applicable Term of this Agreement (the "**Repurchase Option**"). To exercise such Repurchase Option, Lessee must, before the end of the Applicable Term, give written notice to Lessor, in the manner required by this Agreement, of Lessee's election to exercise the Repurchase Option. If the Repurchase Option is exercised, the closing shall occur within 60 days of the date it is exercised and the transaction shall be upon terms typical to commercial real estate and asset transactions in Brown County, Texas, except that the Lessee as Buyer shall pay for title insurance if it is desired.  If the Repurchase Option is exercised, and closing occurs after the last day of the Applicable Term, then between the end of the Applicable Term of this Agreement and the date of closing, this Agreement shall be deemed to be extended, including Lessee's obligation to pay Rent until closing on a prorate basis. Upon the completion of such purchase, this agreement and all obligations and liabilities of Lessor and Lessee hereunder shall terminate, except for those obligations which by their terms survive the termination hereof.

19. **Further Assurances**.     Lessee shall promptly execute and deliver to Lessor such further documents and take such further action as Lessor may require in order to more effectively carry out the intent and purpose of this Agreement.

20. **Survival**.     All representations, warranties and covenants made by Lessee hereunder shall survive the termination of this Agreement and shall remain in full force and effect. All of Lessor's rights, privileges and indemnities, to the extent they are fairly attributable to events or conditions occurring or existing on or prior to the termination of this Agreement, shall survive such termination and be enforceable by Lessor and Lessor's successors and assigns.

21. **WAIVER OF JURY TRIAL**. **LESSEE AND LESSOR HEREBY EXPRESSLY WAIVE ANY RIGHT TO DEMAND A JURY TRIAL WITH RESPECT TO ANY ACTION OR PROCEEDING INSTITUTED BY LESSOR OR LESSEE IN CONNECTION WITH THIS AGREEMENT.**

Lease Agreement

22. **Captions; Counterparts; Lessor's Affiliates**. The captions contained in this Agreement are for convenience only and shall not affect the interpretation of this Agreement.

23. **Miscellaneous**. This Agreement shall be governed by the internal laws (as opposed to conflicts of law provisions) of the state of Texas. If any provision of this Agreement shall be prohibited by or invalid under any law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement. Lessor and Lessee consent to the jurisdiction of any local, state or federal court located within the county of Brown, state of Texas, and waive any objection relating to improper venue or forum non conveniens to the conduct of any proceeding in any such court. This Agreement and the Sale and Leaseback Agreement constitute the entire agreement between Lessor and Lessee relating to the leasing of the Property, and supersede all prior agreements relating thereto, whether written or oral, and may not be amended or modified except in a writing signed by the parties hereto. Any failure of Lessor to require strict performance by Lessee, or any written waiver by Lessor of any provision hereof, shall not constitute consent or waiver of any other breach of the same or any other provision hereof.

24. **Counterparts**. This Agreement may be executed by the Parties in separate counterparts, each of which when so executed and delivered shall be an original for all purposes, but all such counterparts shall together constitute but one and the same instrument.

25. **Legal Construction**. Words of any gender used in this Agreement shall be held and construed to include any other gender, and words in the singular number shall be held to include the plural, and vice versa, unless the context otherwise requires. The agreements contained herein shall not be construed in favor of or against either Party, but shall be construed as if all Parties prepared this Agreement. The paragraph headings herein are used only for the purposes of convenience and shall not be deemed to limit the subject of the paragraphs hereof. Whenever any action must be taken (including the giving of notices) under this Agreement during a certain time period (or by a particular date) that ends or occurs on a non-business day, then such period (or date) shall be extended until the next succeeding business day. As used herein, the term "business day" shall be deemed to mean any day other than a Saturday, a Sunday, or a legal holiday on which national banks are not open for business in the State of Texas.

26. **Disclosure Statement and Acknowledgment**. Legal instruments involved herein have been prepared for Lessee by the law firm of McMahon Surovik Suttle, PC. The Lessor acknowledges that McMahon Surovik Suttle, PC has acted as counsel to Lessee and has not, in any manner, undertaken to assist or render legal or tax advice to the Lessor with respect to this Agreement, or any documents or instruments being executed in connection therewith to Lessor or any other party. Lessor further acknowledge that Lessor is aware that Lessor is free to obtain their own legal counsel and/or tax advisor to advise them regarding this Agreement and the documents prepared in connection therewith.

IN WITNESS WHEREOF, LESSOR AND LESSEE HAVE EXECUTED THIS AGREEMENT AS OF THE DATE SPECIFIED BELOW.

**LESSEE:**
**LOADCRAFT INDUSTRIES, LTD.,**
a Texas limited partnership.

BY: BRADY PLANT OPERATORS
General Partner of Loadcraft Industries, Ltd

**LESSOR:**
**WINDOW OPERATING, LTD.,**
a Texas limited partnership.

BY: OAK TREE ENTERPRISES, LLC,
General partner of Window Operating, Ltd.

Lease Agreement

MR

By: _Terry Hunter_

Name: _Terry McIver_

Title: _PRESIDENT_

Date: _7/8/21_

By: _Mike Ray_

Name: _Mike Ray_

Title: _President_

Date: _7-8-2021_

Lease Agreement

# EXHIBIT C

# Warranty Bill of Sale

## Selller's

Loadcraft Industries LTD

3811 M Bridge

Brady TX 76825

325.597.2911

## Buyer's

Window Operating LTD

1076 US Highway 283

Coleman, TX  76834

Seller hereby sells to Buyer the following:

    (a)    All equipment, machinery, apparatus, appliances, intellectual property, and other articles of personal property used in connection with the operation of the seller's business including all equipment, tools, materials, fixtures, contractual rights, titles, computer information, to the extent any of same are owned by Seller (collectively, the "**Assets**"). All such Assets are free and clear of liens and encumbrances or will be upon the funding of this agreement. The list, in part, of the equipment, tools, materials and fixtures is attached hereto as **Exhibit "A"** and incorporated herein by reference

    (b)    All other rights, privileges, easements, licenses, appurtenances, and hereditaments relating to the Property.

For the sum of $370,403.00 payment in the form of cash.

I the undersigned hereby swear or affirm that I the seller of the items described herein and the information provided in this bill of sale is True and Correct to the best of my knowledge.

Signature of Seller _____        Date:  07/08/2021

Signature of Buyer: _____        Date:  07/08/2021

# Loadcraft Industries, Ltd.
## Fixed Assets as of 05/31/21
## Exhibit A

### Brown County - 1001 Gifford Street

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Building - Brownwood | 1/1/2007 | 1,658,849.34 | 1,045,768.29 |
| LAND - Brownwood | 1/1/2007 | 120,901.08 | 120,901.08 |
| South Hampton Homes | 10/16/2014 | 97,218.00 | - |
| PLANT | 3/31/2007 | 12,246.84 | - |
| PLANT | 3/27/2007 | 5,183.55 | - |
| Containment area modification | 5/6/2011 | 2,367.03 | - |
| SAFETY CABIBET & SIGNS | 2/23/2007 | 1,669.55 | - |
| FENCE | 4/30/2007 | 750.00 | - |
| PLANT | 4/30/2007 | 245.75 | - |
| | Building/Improvements/Land | 1,899,431.14 | 1,166,669.37 |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| PRINTER | 2/15/2007 | 2,922.70 | - |
| HP DESIGNJET & PRINT SERVER | 2/19/2007 | 2,685.00 | - |
| PRINTER | 2/15/2007 | 2,363.66 | - |
| PC Connection - Tablet | 10/31/2014 | 1,580.06 | - |
| HP COMPAQ THIN COMPUTER & SCANNER KIT | 1/1/2007 | 1,459.96 | - |
| SOFTWARE | 2/15/2007 | 1,250.00 | - |
| COMPUTER - 4JV76D1 | 7/6/2007 | 1,172.32 | - |
| Security Cameras | 11/30/2013 | 849.99 | - |
| LASER PRINTER | 10/31/2007 | 740.71 | - |
| Dell Tablet - Brownwood Machine | 7/31/2014 | - | - |
| | Computer & Software | 15,024.40 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| ModSpace - Rosewood | 10/2/2012 | 18,955.66 | 2,535.61 |
| Service to A/P Trailer | 1/14/2011 | 6,300.00 | - |
| OFFICE FURNITURE | 3/23/2007 | 4,287.00 | - |
| FURNITURE | 3/31/2007 | 3,746.48 | - |
| OFFICE FURNITURE | 2/5/2007 | 1,935.88 | - |
| 6 MOTOROLA CP150 PORTABLES | 2/22/2007 | 1,920.00 | - |
| SOFTWARE | 5/31/2007 | 1,250.00 | - |
| 4'4 ALUMACORE SIGN | 2/6/2007 | 974.25 | - |
| TRUCK SIGNS | 1/1/2007 | 286.86 | - |
| | Office Furniture & Fixtures | 39,656.13 | 2,535.61 |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 120VCMPC Electromagnetic Drill | 2/22/2018 | 1,099.99 | 911.33 |
| HS-4R HORIZONTAL MACHINING CENTER | 3/15/2007 | 498,067.68 | - |
| KINGSTON 48*160 LATHE | 3/15/2007 | 368,867.69 | - |
| SL-40 LATHE | 2/15/2007 | 296,564.52 | - |
| SL-40 TURNING CENTER LATHE | 2/15/2007 | 233,378.52 | - |
| Summit Machine | 7/12/2012 | 182,210.00 | - |
| AVENGER X-P2-3500 | 3/23/2007 | 157,537.00 | - |
| GR712 GANTRY | 2/15/2007 | 155,240.67 | - |
| SL-30  CNC LATHE | 2/15/2007 | 96,065.00 | - |
| WIRE FEED, POST & FEED ROLL - 15 EACH | 1/1/2007 | 72,496.70 | - |
| 2 - 10 TON CRANES | 1/1/2007 | 68,282.08 | - |
| COSEN HEM SAW | 3/1/2007 | 68,005.80 | - |
| 15 WELDERS | 9/17/2007 | 55,311.18 | - |
| AIR COMPRESSOR & ANCILLARY EQUIPMENT | 1/1/2007 | 53,186.00 | - |
| 2 - 5 TON CRANES | 1/1/2007 | 44,089.92 | - |
| HAAS SL-40 Repair | 2/2/2012 | 36,343.38 | - |
| Q4 Brownwood Additions | 12/1/2008 | 31,175.84 | - |
| CRANE RAILS AND INSTALLATION | 2/28/2007 | 25,961.49 | - |
| Jigs (WS0103) | 5/20/2011 | 25,735.09 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 5 - 2 TON CHAIN HOIST W/TROLLEY | 1/1/2007 | 20,528.00 | - |
| 5 WELDERS | 2/15/2007 | 18,862.04 | - |
| WATER TABLE 8.6 x 26""""" | 1/8/2007 | 16,500.00 | - |
| MORRISON KEY SEATER | 3/31/2007 | 16,469.00 | - |
| Jig - (WSH0082-BW) | 6/20/2013 | 14,957.71 | - |
| GENIE MAN-LIFT | 4/1/2008 | 13,989.31 | - |
| WATER TABLE - 8 1/2' x 21' | 1/1/2007 | 13,873.00 | - |
| ENGINE LATHE - 19 x 80"" - # 03255804"" | 1/1/2007 | 9,000.00 | - |
| MICRO HITE 600 & POWER PANEL | 1/18/2007 | 8,726.00 | - |
| POWER THREADER | 6/15/2007 | 8,618.13 | - |
| MODULAR BUILDING | 4/30/2007 | 8,000.00 | - |
| Jigs (Job# WS0530-1-BW) | 4/26/2011 | 7,620.68 | - |
| ROLL-UP DOORS - 10X10, 12X12, 18X18 | 1/19/2007 | 7,235.17 | - |
| VERTICAL MILL 9 x 48"" - # 232164"" | 1/1/2007 | 7,000.00 | - |
| INSPECTION TOOLS & 3 CABINETS | 1/1/2007 | 6,000.00 | - |
| Kingston Lathe Repair | 1/31/2012 | 5,600.00 | - |
| 1000 CFM PORTABLE COOLER 36 VAR SPEED"" | 7/31/2007 | 5,200.00 | - |
| AIR CONDITIONER | 6/15/2007 | 5,165.00 | - |
| STEP PULLY VRTICAL MILL 9 x 42"" - # 225803"" | 1/1/2007 | 4,500.00 | - |
| Jigs (WS0096) | 5/20/2011 | 4,313.56 | - |
| TIME CLOCK | 2/15/2007 | 4,015.00 | - |
| PLASMA TABLE | 2/15/2007 | 4,000.00 | - |
| Vinyl Skirting | 11/5/2014 | 3,600.00 | - |
| 60ft Rohn Tower | 12/20/2011 | 3,518.13 | - |
| Jig - WSH0083-BW | 3/3/2014 | 3,501.93 | - |
| GOLF CART | 6/15/2007 | 2,706.25 | - |
| Beveling Machine | 10/31/2014 | 2,593.39 | - |
| Overhead Rollup Door | 5/27/2014 | 2,478.93 | - |
| 4 TORCHES | 1/17/2007 | 2,381.11 | - |
| 2 TON PLATE CLAMP 1 JAW"" | 2/20/2007 | 2,161.16 | - |
| YSASA ACCU Dex 12 2000 | 1/1/2007 | 2,000.00 | - |
| LIFTING MAGNETS - ELM300 | 2/1/2007 | 2,000.00 | - |
| PALLET TRUCK - FORKLIFT | 1/24/2007 | 1,758.72 | - |
| ALL WELD CABINET - 36W x 21""D x 64""H"" | 1/25/2007 | 1,724.67 | - |
| Magnetic Drill | 10/31/2014 | 1,694.45 | - |
| Shop Fans | 6/30/2014 | 1,530.00 | - |
| Jigs (WS0537) | 5/7/2011 | 1,346.21 | - |
| Jig - (Bwd Plant) | 7/31/2012 | 1,209.62 | - |
| Portable Hardness Tester | 5/27/2011 | 1,181.85 | - |
| JET MIX UNIT | 2/1/2007 | 1,098.00 | - |
| Jig - BWD-1 | 12/13/2011 | 1,092.95 | - |
| Jig - BWD-2 | 12/13/2011 | 1,092.95 | - |
| PTAC 15k BTU | 1/8/2007 | 1,032.74 | - |
| Jigs (WS0556-1-BW) | 5/7/2011 | 1,007.00 | - |
| Radios | 9/30/2014 | 976.75 | - |
| HIGH PRESSURE CHECK VALVE | 4/25/2007 | 930.03 | - |
| Jigs (WS0101) | 5/20/2011 | 924.89 | - |
| Tower ROH-25G | 10/19/2011 | 844.50 | - |
| 8 FIRE EXTINGUISHERS | 1/17/2007 | 801.60 | - |
| ROD OVEN 450# 120v | 2/1/2007 | 669.66 | - |
| Jigs (Job# WS0510-1-BW) | 4/26/2011 | 624.19 | - |
| YUASA ACCU DEX 8 2000 | 1/1/2007 | 600.00 | - |
| 6 KURT DL600 PRECISION MACHINE MACHINE VISE"" | 1/1/2007 | 500.00 | - |
| 6 KURT ANGLE LOCK MILL VISE"" | 1/1/2007 | 400.00 | - |
| | **Plant Equipment** | **2,729,754.83** | **911.33** |

## McCulloch County - 3811 N Bridge Street

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 1995 Club Van Wagon FBCRS | 8/15/2018 | 2,000.00 | 882.19 |
| 2007 FREIGHTLINER - MAINTAINER | 10/8/2007 | 126,552.09 | - |
| 2008 GMC Suburban (CEO car) | 7/1/2008 | 53,834.40 | - |
| LOADCRAFT 80 TON TRAILER | 12/31/2007 | 49,768.49 | - |
| 2009 Chevrolet CK30943 | 2/1/2010 | 48,944.85 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 2006 GMC 1T | 10/31/2006 | 45,272.25 | - |
| 2015 Dodge Ram 1500 | 6/24/2015 | 34,391.60 | - |
| 2007 CHEVROLET 1500 PICKUP | 9/29/2007 | 24,536.43 | - |
| 2011 Chrysler 200 Touring | 9/1/2011 | 23,009.41 | - |
| 2013 Ram Van Cargo | 10/31/2013 | 20,532.56 | - |
| 1997 MACK TRUCK | 2/15/2007 | 9,000.00 | - |
| 1998 Ford Van | 6/8/2012 | 5,000.00 | - |
| 1995 FORD VAN | 10/27/2006 | 3,431.28 | - |
| MILLER TRAILBLAZER 302 WELDER | 12/1/2007 | 3,333.07 | - |
| 1986 ROD TRAILER | 11/24/2004 | 2,000.00 | - |
| 2000 KAWASAKI | 11/24/2004 | 2,000.00 | - |
| 1990 FORD TRACTOR | 11/24/2004 | 1,000.00 | - |
| 1998 BIG TEX TRAILER | 11/24/2004 | 1,000.00 | - |
| 1999 TFI FLATBED TRAILER | 11/24/2004 | 1,000.00 | - |
| 2001 FORD F250 | 11/24/2004 | 1,000.00 | - |
| 2002 FLAT BED TRAILER | 11/24/2004 | 1,000.00 | - |
| | Auto | 458,606.43 | 882.19 |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| VANTAGE SYSTEM | 4/1/2008 | 306,901.25 | - |
| COMPUTERS | 7/10/2006 | 89,620.05 | - |
| Dell CAT3750X 24PT Data IP-Base (7) | 12/6/2010 | 57,406.59 | - |
| Mechanical 20100 Upgrade from previous release | 7/12/2010 | 29,858.50 | - |
| Vantage Additions | 6/1/2008 | 24,542.92 | - |
| Vantage Software Additions | 7/1/2008 | 22,546.41 | - |
| SolidWorks Office Subscription | 9/1/2010 | 22,423.99 | - |
| Rig 550 3D Animation | 9/29/2010 | 18,880.00 | - |
| Dell OLP Exchange Server | 9/19/2010 | 17,868.93 | - |
| 5 COMPUTERS | 1/31/2007 | 16,948.80 | - |
| Cisco Router | 12/23/2010 | 15,579.61 | - |
| VISUAL MANUFACTURING SYSTEM | 11/24/2004 | 15,000.00 | - |
| Engineering Work Stations - Dell Computers | 7/19/2010 | 14,985.48 | - |
| TIME CLOCK SOFTWARE | 7/6/2006 | 14,269.00 | - |
| SolidWork Pro (2) | 3/2/2011 | 13,392.80 | - |
| SolidWorks Professional | 8/4/2010 | 13,339.65 | - |
| Dell Computer (off lease program) | 12/31/2010 | 12,893.01 | - |
| RIGSMART SOFTWARE FOR TURNBUCKLE ANALYSIS | 2/1/2008 | 12,000.00 | - |
| DELL COMPUTERS | 12/31/2005 | 11,711.49 | - |
| COMPUTERS | 8/17/2006 | 11,622.44 | - |
| 8 COMPUTERS | 9/18/2006 | 11,472.49 | - |
| TIME CLOCKS | 12/31/2007 | 10,559.00 | - |
| Vantage Additions | 5/1/2008 | 10,452.26 | - |
| Dell Server | 5/12/2010 | 9,374.25 | - |
| Dell T710 Tower Chassis Server | 11/17/2010 | 8,986.12 | - |
| DELL FILE SERVER | 1/12/2005 | 8,974.45 | - |
| Dell T710 RackChassis and 120V SmartPro | 5/6/2011 | 8,783.64 | - |
| 3 ENGINEERING COMPUTERS | 1/31/2006 | 8,765.78 | - |
| PE R710 With Chassis for up to 8, 2.5-inch Hard Dr | 11/16/2010 | 8,301.01 | - |
| COMPUTER | 5/11/2006 | 8,244.29 | - |
| Software Updates | 3/31/2014 | 8,096.66 | - |
| Dell PE R710 with Chasis for up to 8, 2.5-inch | 8/19/2010 | 7,615.21 | - |
| NESTING SOFTWARE | 6/28/2005 | 7,500.00 | - |
| Dell Precision T5500 Workstation (2) | 8/5/2010 | 7,492.78 | - |
| Dell Precision T5500 Workstation | 1/17/2011 | 7,376.67 | - |
| OptiPlex Desktop Computers - 6 | 8/15/2014 | 7,210.75 | - |
| PC Connection - 3 Desktop Comupters | 10/31/2014 | 6,408.22 | - |
| Dell OptiPlex 780 Desktop (5) | 9/30/2010 | 6,203.61 | - |
| Solidwork Pro | 6/2/2011 | 6,185.00 | - |
| Progression Tech Software | 5/30/2014 | 5,937.51 | - |
| ASA 5515 X WS 6GE Data | 3/31/2014 | 5,524.23 | - |
| Vantage 3rd Party Payroll interface | 1/13/2011 | 5,500.00 | - |
| 2 COMPUTERS | 4/30/2007 | 5,356.77 | - |
| HP Designjet T1200 6 Color 44 in Plotter | 10/22/2010 | 5,299.00 | - |
| Ecad Software | 5/30/2014 | 5,223.06 | - |
| 25 CPU'S | 11/24/2004 | 5,000.00 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Dell OptiPlex 780 Decktop Base, Standard PSU | 1/21/2011 | 4,867.55 | - |
| Dell Mobile Precision M6500, Carbid e Silver | 1/27/2011 | 4,757.12 | - |
| 46 MONITORS | 11/24/2004 | 4,600.00 | - |
| INSTALL SERVER | 3/2/2005 | 4,500.00 | - |
| Vantage Manufacturing Execution System (5 user) | 3/21/2011 | 4,387.50 | - |
| Vantage Manucturing Execution System (5 user) | 4/11/2011 | 4,387.50 | - |
| SolidWork Premium | 8/1/2014 | 4,330.00 | - |
| FIBER LINE | 1/24/2005 | 4,317.55 | - |
| Autocad 2011 UPG from prev release | 7/12/2010 | 4,189.50 | - |
| Dell Precision T5610 | 5/31/2014 | 4,188.61 | - |
| Engine/Transmission Software - 2 | 11/30/2014 | 4,104.00 | - |
| SolidWork Workgroup PDM Viewer 2011 | 4/26/2011 | 4,102.68 | - |
| Computer System | 7/9/2012 | 4,069.32 | - |
| AUTO CAD | 12/17/2005 | 3,986.85 | - |
| Mobile Precision M6500, Carbid e Silver | 9/7/2010 | 3,887.27 | - |
| COMPUTER | 4/1/2006 | 3,840.67 | - |
| 5 Air Fiber Units | 2/12/2015 | 3,787.67 | - |
| Dell Precision T5500 Workstation | 11/11/2010 | 3,785.97 | - |
| 8 COMPUTERS | 10/17/2007 | 3,587.70 | - |
| Seven Microsoft XP Licenses | 7/1/2008 | 3,493.00 | - |
| HP2430 PRINTER | 1/5/2006 | 3,489.00 | - |
| COMPUTER | 9/29/2006 | 3,481.31 | - |
| Main Pro CFII 16MB | 7/16/2014 | 3,468.13 | - |
| Dell CAT 3K-X 10G Network Mod | 12/22/2010 | 3,360.05 | - |
| HP 9050N COLOR PRINTER | 1/9/2008 | 3,300.00 | - |
| Computer System | 6/15/2012 | 3,245.31 | - |
| AutoCad Software Update | 11/18/2010 | 3,200.00 | - |
| PC Connection | 1/31/2015 | 3,066.80 | - |
| WinPro License Upgrade | 1/25/2012 | 3,017.22 | - |
| FIBER INSTALL | 2/21/2005 | 3,009.68 | - |
| Dell Mobile Precision M4500 | 11/26/2010 | 2,999.74 | - |
| COMPUTER | 5/31/2007 | 2,830.81 | - |
| PC Connection - Printer 75219 | 1/2/2018 | 2,826.51 | - |
| LAPTOP | 1/2/2006 | 2,728.19 | - |
| LAPTOP COMPUTER | 3/21/2005 | 2,705.12 | - |
| Computer Station | 4/25/2013 | 2,702.52 | - |
| Scanner Kit 7' USB W/Cable Black | 11/10/2010 | 2,701.92 | - |
| Engineering Workstation | 10/18/2012 | 2,652.42 | - |
| Mobile Security Computer Cabinet | 11/12/2010 | 2,647.00 | - |
| 2.66 G/2x1MB Xeon 7020, 2 to 4 Proc Upgrade, P6 | 5/1/2008 | 2,600.00 | - |
| Dell Monitors & Computers | 1/22/2013 | 2,546.72 | - |
| Dell Latitude E6410 | 11/22/2010 | 2,526.80 | - |
| 2 - Tablets | 11/30/2014 | 2,510.01 | - |
| TURBO NEST SOFTWARE | 1/21/2005 | 2,510.00 | - |
| Dell Latitude E6510 Notebook | 11/23/2010 | 2,484.41 | - |
| FIBER SUPPLIES | 2/18/2005 | 2,404.98 | - |
| Autocad 2011 Legacy SLM | 7/12/2010 | 2,397.00 | - |
| Dell Koss 150-249U WS SVR-BUSSPC SE C 1YR C U M | 2/24/2011 | 2,366.56 | - |
| Canon Copier IR-3570 | 10/26/2011 | 2,327.54 | - |
| Dell Latitude E6510 Notebook & Accessories | 1/27/2011 | 2,291.00 | - |
| Dell Latitude E6510 Notebook | 1/13/2011 | 2,280.34 | - |
| Dell 7130CDN Color Printer | 2/3/2012 | 2,270.95 | - |
| PowerEdge R710 Chassis, 2.5in HDD | 9/14/2011 | 2,243.77 | - |
| COMPUTER | 5/31/2007 | 2,222.69 | - |
| OptiPlex 790 MT Base (2) | 5/1/2012 | 2,222.40 | - |
| DELL LATITUDE D830, INTEL CORE 2 DUO T7500, 2.2C | 2/1/2008 | 2,200.73 | - |
| VL Koss 150-249U w/USB | 2/15/2012 | 2,193.77 | - |
| Computer | 3/1/2008 | 2,170.39 | - |
| T5740, Aton, 1.66 GHz, TBD (2) | 11/11/2010 | 2,169.18 | - |
| COMPUTER | 9/18/2006 | 2,140.75 | - |
| Dell Latitude E6510, Fast Tack C2 | 10/6/2010 | 2,137.81 | - |
| Surface Pro 3 Tablets - 2 | 9/30/2014 | 2,104.55 | - |
| Latitude E6540 | 4/17/2014 | 2,071.91 | - |
| Laptop T8300 A9-S9020X 160GB | 6/1/2008 | 2,057.07 | - |
| Dell Computer | 10/1/2013 | 2,055.66 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Dell Latitude Computer | 6/3/2010 | 2,033.22 | - |
| Dell Latitude E6510 Fast Track G1 | 1/10/2011 | 2,004.67 | - |
| Lexmark MFP Digital Copier | 1/24/2011 | 1,949.58 | - |
| COMPUTER | 5/31/2007 | 1,917.06 | - |
| Dell Latitude E6510 Notebook | 1/25/2011 | 1,858.69 | - |
| Latitude 15 5000 Series | 8/31/2014 | 1,847.18 | - |
| COMPUTER | 3/31/2007 | 1,842.76 | - |
| Lemark MFP XS463de | 8/3/2011 | 1,801.00 | - |
| Dell Latitude E6510 Notebook | 9/10/2010 | 1,799.11 | - |
| Dell OptiPlex 980 Small Form Factor Base Standard | 2/25/2011 | 1,776.59 | - |
| COMPUTER - IT DEPARTMENT (CHARLIE) | 11/30/2007 | 1,754.73 | - |
| PC Connection - Computer | 12/31/2014 | 1,746.17 | - |
| COMPUTER | 3/31/2007 | 1,743.88 | - |
| Dell Lattitude D830 | 7/1/2008 | 1,733.07 | - |
| Lexmark MFP XS463e Digital Copier | 9/1/2010 | 1,727.67 | - |
| Latitude 15 5000 Series | 8/31/2014 | 1,693.83 | - |
| Dell Latitude E6510, Fast Track C2 | 1/13/2011 | 1,673.71 | - |
| COMPUTER | 3/31/2007 | 1,659.28 | - |
| Computer | 11/30/2014 | 1,648.14 | - |
| Computer | 11/30/2014 | 1,648.14 | - |
| Latitude D830, Intel Core 2 Duo T7500 | 4/1/2008 | 1,622.67 | - |
| Computer | 3/1/2008 | 1,598.86 | - |
| COMPUTER | 3/15/2006 | 1,595.81 | - |
| PC Connection - Tablet | 10/31/2014 | 1,580.07 | - |
| Seven Scanner Kits with White cables | 7/1/2008 | 1,579.20 | - |
| Laptop | 9/26/2012 | 1,578.66 | - |
| 50 PLASMA TV | 9/18/2007 | 1,566.38 | - |
| Dell Computer | 7/31/2014 | 1,547.45 | - |
| BACKUP | 1/24/2005 | 1,529.48 | - |
| Dell SEC E-Dlivery Package | 3/23/2011 | 1,526.09 | - |
| Computer System #2 | 8/7/2012 | 1,503.56 | - |
| Dell Latitude E5510, Fast Track C2 | 9/30/2010 | 1,477.63 | - |
| Computer System #4 | 10/18/2012 | 1,471.55 | - |
| MacBook Air 13 Laptop"" | 4/30/2015 | 1,467.48 | - |
| Cisco 2960X Switch | 10/31/2014 | 1,455.96 | - |
| Dell Vostro Touch LCD | 1/31/2012 | 1,438.60 | - |
| COMPUTER | 9/29/2006 | 1,433.17 | - |
| Computer | 3/1/2008 | 1,400.74 | - |
| 7 INKJET PRINTERS | 11/24/2004 | 1,400.00 | - |
| Telcom Analog System | 11/7/2011 | 1,399.00 | - |
| PC Connection - 2 Computers | 12/31/2014 | 1,383.66 | - |
| Computer System #3 | 9/25/2012 | 1,380.39 | - |
| Dell Latitude E5510 | 9/7/2010 | 1,379.40 | - |
| COMPUTER | 3/31/2007 | 1,374.73 | - |
| Dell 4220 42U Rack with Door and Side Panels | 12/14/2010 | 1,365.25 | - |
| Visio 2013 Pro Win | 4/10/2014 | 1,331.17 | - |
| HP LJ CP 4500DN 30/25PPM 8.5x14 | 4/1/2008 | 1,299.99 | - |
| Dell Pro P1913 Monitors | 8/15/2014 | 1,283.33 | - |
| Dell Computer #667985534 | 11/19/2013 | 1,274.33 | - |
| OptiPlex 790 w/replacement | 3/15/2012 | 1,227.53 | - |
| 4GB Memory Module for Dell Poweredge 6850 Server | 5/1/2008 | 1,216.73 | - |
| Solid Works | 11/17/2010 | 1,200.00 | - |
| Tablet | 11/30/2014 | 1,199.01 | - |
| Dell E178FP Monitors - 6 | 5/1/2008 | 1,172.73 | - |
| Dell Desktop with Monitor | 5/18/2011 | 1,146.35 | - |
| Dell Computer | 6/22/2012 | 1,144.59 | - |
| 17IN B1740R Monitors (8) | 11/29/2010 | 1,128.00 | - |
| Computer | 11/30/2014 | 1,107.33 | - |
| DELL FLAT PANEL MONITORS - 4 | 5/1/2008 | 1,084.61 | - |
| Laptop | 11/30/2014 | 1,075.55 | - |
| FIBER INSTALL | 2/8/2005 | 1,050.00 | - |
| HP 2430 PRINTER | 6/15/2005 | 1,020.65 | - |
| 5 LASER PRINTERS | 11/24/2004 | 1,000.00 | - |
| 1 LARGE FLAT SCREEN MONITOR | 11/24/2004 | 1,000.00 | - |
| FIBER TOOLS | 1/12/2006 | 1,000.00 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Dell OLP OfficePro Plus | 3/23/2011 | 976.42 | - |
| Time Clocks | 9/30/2014 | 920.93 | - |
| COMPUTER | 7/5/2007 | 920.12 | - |
| COMPUTER PROJECTOR | 9/30/2007 | 906.97 | - |
| Phaser Printer | 12/31/2014 | 876.74 | - |
| Laser Jet 5200 TN | 3/31/2014 | 868.17 | - |
| Dell Latitude 3340 | 6/30/2014 | 848.39 | - |
| Time Clocks | 10/31/2014 | 805.70 | - |
| PROGRAM | 9/10/2005 | 795.00 | - |
| Computer System | 6/20/2013 | 793.50 | - |
| Dell 19 Monitors (2) & Port Replicator"" | 1/10/2011 | 771.13 | - |
| Dell 1430X Projector | 4/10/2014 | 765.41 | - |
| Zcom Lens - LCI Camera | 12/31/2012 | 731.72 | - |
| 7 SCANNERS | 11/24/2004 | 700.00 | - |
| 2200 VA UPS Smart Pro Network Tower | 7/6/2011 | 669.12 | - |
| OLP WIN SVR STD 2008 SNGL | 7/1/2009 | 637.86 | - |
| COMPUTER | 2/9/2005 | 635.43 | - |
| Cisco SF500 Switch | 4/1/2014 | 613.73 | - |
| Dell Monitor | 2/28/2014 | 600.11 | - |
| Dell 1430X Projector | 3/31/2014 | 597.15 | - |
| FIBER SUPPLIES | 2/7/2005 | 595.00 | - |
| AutoCad LT 2011 UPG From prev Release | 7/12/2010 | 595.00 | - |
| Fujitsu 5015C Scanner | 4/16/2012 | 589.22 | - |
| 55 db Dual Band Amplifier and Antenna | 10/20/2010 | 584.29 | - |
| Laser Jet Printer 9050N | 2/28/2013 | 579.99 | - |
| FI-5015C FB CLR USB 2.0 | 11/12/2010 | 579.33 | - |
| Power Connect for Dell Server | 5/12/2010 | 561.09 | - |
| Fujitsu fi 5015c sheetfed scanner with autoload | 7/19/2010 | 553.53 | - |
| Thin Client R90L 1.5G 1GF/1GR | 5/10/2011 | 535.95 | - |
| I HATE SPAM SOFTWARE | 1/27/2005 | 534.49 | - |
| Visual Studio Upgrade | 11/1/2011 | 533.76 | - |
| SCANNER - QC | 10/18/2007 | 516.00 | - |
| 1 DOT-MATRIX COMMERICAL PRINTER | 11/24/2004 | 500.00 | - |
| 2 PLOTTERS | 11/24/2004 | 500.00 | - |
| PowerEdge 20 Rack, Doors, & Sides | 9/14/2011 | 465.55 | - |
| SmartOnline 120v 2.4KW - 3000 VA 3U UP | 9/14/2011 | 438.80 | - |
| AIR CONDITIONER | 5/12/2005 | 431.92 | - |
| SWITCH | 3/15/2005 | 373.00 | - |
| EQUIPMENT | 1/21/2006 | 287.84 | - |
| PRINTER | 2/24/2005 | 220.77 | - |
| 1 DOT-MATRIX PRINTER | 11/24/2004 | 200.00 | - |
| PRINTER | 2/28/2005 | 166.71 | - |
| PORTABLE PROJECTION SCREEN | 9/30/2007 | 164.55 | - |
| PROJECTOR SCREEN | 9/30/2007 | 113.97 | - |
| Dell Latitude E6510 Notebook | 10/15/2010 | - | - |
| Dell Venue 11 Pro | 5/30/2014 | - | - |
| Dell Tablet | 7/31/2014 | - | - |
| | **Computer & Software** | **1,259,673.40** | **-** |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Plural Component Paint System | 8/26/2009 | 78,039.00 | - |
| Bar Grating - floor replacement | 6/17/2011 | 44,711.20 | - |
| Booe Roofing - Hanger | 8/31/2012 | 39,322.00 | - |
| Paint Booth: Dryer and Filter Components | 7/1/2008 | 28,674.00 | - |
| Hanger Roof Repair | 8/21/2009 | 12,500.00 | - |
| Overhead Rollup Door - Brady | 4/22/2014 | 10,975.30 | - |
| 610 Series 20X16 Overhead Door & Operator | 11/24/2010 | 9,239.14 | - |
| Sliding Door Machine Shop | 12/3/2014 | 7,798.30 | - |
| 18X16 610 Serie Overhead Rolling Service Door | 11/4/2010 | 5,863.00 | - |
| 3-ton 18 Sheet Air conditioner | 6/21/2011 | 5,358.28 | - |
| 4-Ton Payne 14 Seer System | 7/26/2011 | 5,126.72 | - |
| PC Building: Concrete Slab | 7/1/2008 | 4,450.00 | - |
| Storage Container | 9/14/2010 | 3,600.00 | - |
| Rig Yard Repair | 12/9/2010 | 2,540.00 | - |
| | **Leasehold Improvements** | **258,196.94** | **-** |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| MOBILE OFFICE | 8/28/2006 | 49,000.00 | - |
| BUILDING IMPROVEMENTS · EXPEDITOR WAREHOUS | 11/1/2007 | 31,591.00 | - |
| MODULAR BUILDING | 4/30/2007 | 29,859.68 | - |
| 36X60 ADDITION TO PLANT | 10/14/2007 | 19,760.31 | - |
| Addition to PC Office | 6/6/2008 | 14,278.86 | - |
| Exhibit Truss Structure | 1/31/2012 | 9,132.00 | - |
| Fema Trailer | 4/11/2013 | 6,500.00 | - |
| COPIER | 9/5/2006 | 5,550.00 | - |
| TELEPHONES | 10/9/2006 | 4,961.55 | - |
| 49 PARTITIONS | 11/24/2004 | 4,900.00 | - |
| Red Carpet for Trade SHow Booths | 7/1/2008 | 4,251.00 | - |
| 38 TABLES | 11/24/2004 | 3,800.00 | - |
| OFFICE FURNITURE | 9/5/2006 | 3,393.64 | - |
| Ice Machine | 11/30/2014 | 3,303.83 | - |
| 64 DESKS | 11/24/2004 | 3,200.00 | - |
| 60 FILE CABINETS | 11/24/2004 | 3,000.00 | - |
| NBX100 TELEPHONE SYSTEM | 1/27/2005 | 2,700.00 | - |
| 23 BOOK SHELVES | 11/24/2004 | 2,300.00 | - |
| NBX100 | 11/24/2004 | 2,000.00 | - |
| TELEPHONE SYSTEM LICENSE VM UPGRADE | 12/1/2007 | 2,000.00 | - |
| DIGITAL CAMERA | 6/3/2005 | 1,876.36 | - |
| Furniture: Mobile Security Cabinet | 7/1/2008 | 1,813.00 | - |
| 15 OFFICE/CONFERENCE CHAIRS | 11/24/2004 | 1,500.00 | - |
| 14 FILING CABINETS | 11/24/2004 | 1,400.00 | - |
| 13 DESK CHAIRS | 11/24/2004 | 1,300.00 | - |
| 12 ENGINEERS CABINETS | 11/24/2004 | 1,200.00 | - |
| 11 DESKS | 11/24/2004 | 1,100.00 | - |
| Freight, credit card charge, and tax for Shelving | 10/1/2010 | 1,099.96 | - |
| DESK | 2/15/2007 | 1,090.00 | - |
| 91 CHAIRS | 11/24/2004 | 900.00 | - |
| REFRIGERATOR | 1/31/2007 | 713.37 | - |
| 7 COUCHES/FORMAL CHAIRS | 11/24/2004 | 700.00 | - |
| TELEPHONE STAND | 2/15/2007 | 670.50 | - |
| AIR CONDITIONER | 5/12/2005 | 431.92 | - |
| 2 FAX MACHINES | 11/24/2004 | 400.00 | - |
| 8 BOOKSHELVES | 11/24/2004 | 400.00 | - |
| 1 D-SIZE ENGINEERING COPIER | 11/24/2004 | 200.00 | - |
| 10 HRI FOLDING CHAIRS | 11/24/2004 | 200.00 | - |
| **Office Furniture & Fixtures** | | **222,476.98** | **-** |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| JIG | 2/7/2018 | 19,509.13 | 6,584.99 |
| ProFax 10-Ton Turning Roll - 76500 | 5/1/2018 | 9,500.00 | 3,638.63 |
| JIG | 2/7/2018 | 6,343.03 | 2,140.98 |
| JIG | 2/7/2018 | 6,343.03 | 2,140.98 |
| Pressure Washer - 75448 | 1/2/2018 | 6,495.00 | 2,064.17 |
| Portable Weld Fume FiltAir | 8/23/2018 | 2,341.87 | 1,043.27 |
| Dynabrade Dy Vacuum - 77385 | 7/1/2018 | 1,695.00 | 705.87 |
| Water Tank - 75564 | 1/2/2018 | 2,200.00 | 699.18 |
| Binks Paint Tank - 75809 | 1/2/2018 | 1,329.76 | 422.62 |
| Barton - 75184 | 1/2/2018 | 1,300.00 | 413.15 |
| Air Quality Monitor - 75299 | 1/2/2018 | 1,054.15 | 335.02 |
| Drill w/Swivel base - 75347 | 1/2/2018 | 956.00 | 303.82 |
| Reclass of CIP: Paiint Booth | 7/1/2009 | 306,825.10 | - |
| Q4: Brady Additions | 12/1/2008 | 267,594.83 | - |
| BUILDING ADDITION | 5/1/2006 | 216,302.99 | - |
| HAAS VERTICLE MILLING CENTER | 5/17/2006 | 174,032.00 | - |
| PLASMA TORCH | 8/31/2005 | 142,493.00 | - |
| WELDERS | 6/30/2006 | 111,523.97 | - |
| HOUSING UNITS | 10/5/2006 | 104,000.00 | - |
| JIG-Wsh0006-BW | 5/5/2014 | 100,752.60 | - |
| CRANES | 8/31/2005 | 85,099.41 | - |
| COSEN HEM SAW VT130HA-60 | 11/30/2006 | 68,005.80 | - |
| TL-3W MANUAL TOOLROOM LATHE | 4/15/2006 | 63,531.00 | - |
| PAINT BOOTH | 6/15/2006 | 58,692.74 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 10 WELDERS | 4/30/2006 | 56,389.22 | - |
| CRANE | 8/10/2006 | 55,184.00 | - |
| LATHE | 11/1/2005 | 44,000.00 | - |
| Press Brake | 1/24/2013 | 42,573.00 | - |
| CNC MILL | 7/14/2005 | 41,076.12 | - |
| 10 Ton Bridge Crane | 6/18/2014 | 39,243.14 | - |
| JIG - WST0214-BD | 12/15/2014 | 37,135.65 | - |
| CNC LATHE | 6/24/2005 | 36,168.28 | - |
| Hyduke Energy - 10 Welders | 5/29/2014 | 34,640.00 | - |
| 4 CRANES | 4/30/2006 | 34,554.00 | - |
| BEAM WELDER UPGRADE | 9/1/2005 | 34,500.00 | - |
| Scotchman DO-95/140-24M | 4/30/2012 | 33,301.96 | - |
| Jig - Wsh0008-BD | 2/28/2015 | 30,845.56 | - |
| 1 PLASMA CUTTER | 11/24/2004 | 30,000.00 | - |
| Plasma Table Improvement | 10/26/2011 | 29,209.56 | - |
| Logitudinal Beams | 4/21/2014 | 27,900.00 | - |
| 20Ton Overhead Welding Positioner | 10/28/2014 | 25,532.34 | - |
| Jig (WS0144-BD) | 3/18/2011 | 24,895.30 | - |
| BLAST BOOTH LIGHTS | 10/31/2006 | 24,185.00 | - |
| 3 WELDERS | 12/15/2006 | 24,150.00 | - |
| CARLTON RADIAL DRILL | 10/31/2007 | 24,000.00 | - |
| Jig - (550 Frame) | 6/18/2013 | 23,775.04 | - |
| SAW | 4/14/2005 | 22,165.00 | - |
| 10 Ton Hoist Repair | 7/21/2014 | 21,857.00 | - |
| BENDING ROLLER | 12/5/2006 | 20,925.00 | - |
| 5 WELDERS & FEEDERS | 11/14/2005 | 20,863.25 | - |
| 20 LINCOLN WELDERS | 11/24/2004 | 20,000.00 | - |
| FABRICATED JIGS | 11/24/2004 | 20,000.00 | - |
| 3 WELDERS & 5 FEEDERS | 1/15/2007 | 19,714.46 | - |
| WELDING POSITIONER | 12/1/2007 | 19,675.52 | - |
| 5 WELDERS | 1/31/2007 | 19,289.61 | - |
| 6 FEEDERS | 1/31/2007 | 18,444.21 | - |
| 208 CONTAINERS 45 x 48"" x 25"""" | 10/1/2007 | 18,392.92 | - |
| PLASMA TABLE | 1/1/2006 | 18,165.96 | - |
| BLASTER DOORS - 2 SETS OF SWING DOORS | 12/17/2007 | 16,951.96 | - |
| 7 GOLF CARTS | 8/16/2005 | 16,632.62 | - |
| Motorized Crane | 7/31/2012 | 16,500.00 | - |
| 5 FEEDERS | 7/19/2006 | 15,500.00 | - |
| Graco xtreme"" Air Assisted Pump"" | 6/1/2012 | 15,330.00 | - |
| 4 AC UNITS | 4/11/2006 | 14,516.33 | - |
| AUGER AND DUST COLLECTOR FOR BLASTER UPGR | 12/21/2007 | 14,339.71 | - |
| 5 WELDERS & FEEDERS | 2/1/2006 | 13,830.50 | - |
| LED Sign | 7/1/2008 | 13,073.70 | - |
| Custom Band Saw | 7/1/2008 | 13,000.00 | - |
| DUST COLLECTOR-PLASMA | 8/31/2005 | 12,859.00 | - |
| Brick Light w/100' Cable | 10/24/2012 | 11,920.00 | - |
| Graco Wall Mount Pump | 3/11/2013 | 11,590.00 | - |
| LATHE | 4/30/2006 | 11,500.00 | - |
| Cosen Semi Auto Bandsaw | 3/10/2014 | 11,495.00 | - |
| JIG - WST0234-BD | 12/15/2014 | 11,118.14 | - |
| DRILL | 4/25/2005 | 11,000.00 | - |
| PHT & Columbus Upgrade | 12/3/2014 | 10,500.00 | - |
| 1 BRAKE | 11/24/2004 | 10,000.00 | - |
| Hemsaw Part 2 of 2 | 1/31/2012 | 9,637.16 | - |
| STEEL YARD RACKS | 8/1/2006 | 9,478.60 | - |
| 2 WELDERS | 1/15/2007 | 9,367.02 | - |
| 5 FEEDERS | 11/14/2005 | 8,958.30 | - |
| Rolling Service Door | 11/16/2011 | 8,909.00 | - |
| MILLER ROLLERS | 9/2/2005 | 8,754.25 | - |
| BRAKES & DIES | 5/24/2005 | 8,560.00 | - |
| Jig - (Basebeam Pull Pad) | 10/10/2013 | 8,538.90 | - |
| WELDER | 4/30/2006 | 8,200.22 | - |
| 2 KOMATSU FORKLIFTS | 2/23/2005 | 8,000.00 | - |
| RADIOS | 4/13/2005 | 7,653.53 | - |
| FAB SHOP RACKS | 5/23/2006 | 7,640.00 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Welding Gun and Hose | 3/31/2015 | 7,556.00 | - |
| BUFFALO IRON WORKER | 1/1/2008 | 7,500.00 | - |
| Cables & Wire Feeders | 4/2/2014 | 7,497.01 | - |
| Big Red"" Forklift"" | 8/23/2010 | 7,306.88 | - |
| AIR CONDITIONER | 6/15/2007 | 7,166.77 | - |
| FAB SHOP RACKS | 6/30/2006 | 7,080.00 | - |
| Jig Base Rebuild | 7/29/2014 | 6,993.75 | - |
| PAINT GUN CLEANER | 5/24/2007 | 6,940.00 | - |
| 2 GOLF CARTS | 7/12/2006 | 6,928.00 | - |
| 2 XMT 350 WELDERS | 10/22/2007 | 6,858.70 | - |
| GC32 Crimper w/Stand | 12/18/2012 | 6,730.34 | - |
| JIG - WST0236-BD | 12/15/2014 | 6,336.90 | - |
| SHAW BOX 800 SERIES 5T HOISTS | 3/10/2006 | 6,309.70 | - |
| SIGNS | 8/31/2005 | 6,304.78 | - |
| 1 PIRANHA IRONWORKER | 11/24/2004 | 6,000.00 | - |
| TOOLS | 1/17/2006 | 6,000.00 | - |
| Miller 452 | 10/8/2012 | 6,000.00 | - |
| American Lincoln 6150 | 6/4/2012 | 5,953.75 | - |
| Press Brake - Additional Rework | 2/11/2013 | 5,891.08 | - |
| Dayton Infrared Heater | 10/31/2014 | 5,749.84 | - |
| JIG - WSH7379-2-BD | 12/19/2014 | 5,743.16 | - |
| Welding Guns | 8/21/2014 | 5,667.00 | - |
| 4 TON 13 SEER A/C UNIT WITH GAS HEAT | 8/29/2007 | 5,488.00 | - |
| Jig - Wst0249-BD | 3/31/2015 | 5,470.41 | - |
| 8 - Dayton Commerical Infrared Heater | 11/3/2014 | 5,455.66 | - |
| 2 GOLF CARTS | 3/1/2005 | 5,400.00 | - |
| 3 TON 13 SEER A/C UNIT W / GAS HEAT | 6/12/2007 | 5,240.38 | - |
| YARD LIGHTS | 3/15/2006 | 5,200.00 | - |
| 2 GOLF CARTS | 12/30/2004 | 5,196.00 | - |
| 2 GOLF CARTS | 2/23/2006 | 5,196.00 | - |
| 15000 Window Unit | 6/25/2012 | 5,183.03 | - |
| 1 BAND SAW | 11/24/2004 | 5,000.00 | - |
| 1 BLAST CABINET | 11/24/2004 | 5,000.00 | - |
| 1 KING PIN OVEN | 11/24/2004 | 5,000.00 | - |
| PAINT SPRAYERS | 11/24/2004 | 5,000.00 | - |
| RACKS FOR PARTS | 11/24/2004 | 5,000.00 | - |
| AC UNIT | 6/20/2006 | 4,738.09 | - |
| 2 COMPUTERS | 6/15/2007 | 4,657.61 | - |
| Jig - Wsh7340-BD | 11/7/2013 | 4,558.59 | - |
| Jig - WSH0005-BD | 3/14/2014 | 4,512.56 | - |
| Jig | 1/21/2010 | 4,350.00 | - |
| 10 Ton Air End Lift | 3/15/2012 | 4,287.98 | - |
| CIP Paint Booth: Equipment Specialist Invoice | 7/1/2009 | 4,286.67 | - |
| 12 RADIOS | 2/28/2006 | 4,260.00 | - |
| Jig - (H700-74770-400) | 7/24/2012 | 4,176.64 | - |
| Jig - (WST008-BD) | 6/18/2013 | 4,113.38 | - |
| ICE MACHINE 600 - 800 LBS - BRADY WAREHOUSE | 8/31/2007 | 4,074.77 | - |
| Repair Saw Bay Hoist | 7/31/2014 | 3,890.37 | - |
| 3 STORAGE CONTAINERS | 11/24/2004 | 3,600.00 | - |
| 159181804 system jig | 3/11/2010 | 3,590.15 | - |
| Transducer Techniques | 2/12/2013 | 3,521.39 | - |
| 7 DIGITAL WIRE FEEDERS | 11/24/2004 | 3,500.00 | - |
| PULL TEST WELDMENT | 10/1/2006 | 3,352.18 | - |
| Jig - Wsh9743-BD | 3/31/2015 | 3,335.88 | - |
| 1 BEAM WELDER | 11/24/2004 | 3,300.00 | - |
| 2 GOLF CARTS | 6/30/2006 | 3,300.00 | - |
| RACKS | 7/25/2006 | 3,240.00 | - |
| Taylor Forklift Repair | 5/29/2012 | 3,232.25 | - |
| Blk Wrinkle Outside Mic Set | 5/18/2012 | 3,173.78 | - |
| 2 AC UNITS | 5/11/2006 | 3,102.98 | - |
| 48 2 SPEED QUIETCOOL SERIAL # 48-00203"" | 8/31/2007 | 3,097.57 | - |
| Open Style Shelving | 4/8/2010 | 3,024.00 | - |
| PLASMA TORCH BASE | 7/1/2005 | 2,950.00 | - |
| Hemsaw Part 1 of 2 | 12/29/2011 | 2,838.77 | - |
| GOLF CART | 7/1/2005 | 2,814.50 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Jig - (Wst096-BD) | 12/12/2012 | 2,789.13 | - |
| Casting Spider & Spocket | 8/25/2011 | 2,613.25 | - |
| 4 GRACO MERKIN PUMPS | 1/31/2007 | 2,587.98 | - |
| Jig WS0458-1BW | 1/19/2011 | 2,565.17 | - |
| 1 OMNI CRIMP W/DIES | 11/24/2004 | 2,500.00 | - |
| Uprights - PO 66533 | 2/17/2015 | 2,428.00 | - |
| 2 PUMPS | 11/20/2006 | 2,391.00 | - |
| AMBIENT BREATHING AIR PUMP | 7/31/2007 | 2,361.00 | - |
| Poportional Valve | 1/23/2013 | 2,340.00 | - |
| CRANE | 9/13/2006 | 2,241.96 | - |
| Brink 2.8 GAL Complete Spray Unit | 11/9/2010 | 2,200.00 | - |
| Jig - (WS0182-BD) | 10/10/2011 | 2,164.14 | - |
| Jig - (WS0183-BD) | 10/10/2011 | 2,164.13 | - |
| Greenlee HK06FT Manual Crimping Tool, Flip-top Di | 8/3/2010 | 2,155.46 | - |
| WIREFEEDER & BERNARD Q400 GUN | 10/22/2007 | 2,134.63 | - |
| Greenlee HK06FT Crimping Tool | 8/6/2010 | 2,099.99 | - |
| MILL DRILL AND STAND 9 1/2X31 3/4"""""" | 1/22/2008 | 2,022.41 | - |
| 1 CHASSIS DOLLY | 11/24/2004 | 2,000.00 | - |
| 1 DIESEL WELDER | 11/24/2004 | 2,000.00 | - |
| 1 FRT HOIST | 11/24/2004 | 2,000.00 | - |
| 1 FRT VACCUM LIFTS | 11/24/2004 | 2,000.00 | - |
| 1 MAG DRILL PRESS | 11/24/2004 | 2,000.00 | - |
| 1 11 TON CHAIN HOIST/TROLLEY | 11/24/2004 | 2,000.00 | - |
| TRACK DOLLIES | 11/24/2004 | 2,000.00 | - |
| Dell Monitor | 9/18/2009 | 1,983.20 | - |
| Air Conditioners - 2 | 8/31/2014 | 1,796.84 | - |
| Beveling Machine MSA & 3 MT204A Torch | 10/12/2010 | 1,785.96 | - |
| STAIRWAY | 9/20/2005 | 1,777.24 | - |
| 2 RULAND MAGNETIC BRAKES | 3/16/2006 | 1,772.26 | - |
| S74D WIRE FEEDER | 6/15/2007 | 1,737.23 | - |
| USB-300 Part | 4/21/2010 | 1,722.50 | - |
| Air Drumtop Pnematic (2) | 3/31/2011 | 1,688.20 | - |
| Rotarty Laser Kit | 11/28/2012 | 1,628.25 | - |
| GOLF CART | 12/21/2005 | 1,600.00 | - |
| DRAWWORKS JIG | 8/1/2006 | 1,559.28 | - |
| Sokkia B-20 level (Transit) 32x | 7/15/2011 | 1,511.77 | - |
| 15 WASH STANDS | 11/24/2004 | 1,500.00 | - |
| 2 AIR COMPRESSOR | 11/24/2004 | 1,500.00 | - |
| YALE FORKLIFT | 11/24/2004 | 1,500.00 | - |
| 2 MILLER 375 PLASMA CUTTERS | 11/24/2004 | 1,500.00 | - |
| STEEL YARD RACKS | 8/8/2006 | 1,440.00 | - |
| 4 CP 150 RADIOS | 3/31/2006 | 1,420.00 | - |
| 3 AIR CONDITIONERS | 6/24/2005 | 1,379.85 | - |
| SPOOL STAND | 12/1/2006 | 1,379.36 | - |
| micron riser in/out Tight Buff 6 Fiber | 11/13/2010 | 1,379.20 | - |
| Scale & Indicator | 10/28/2014 | 1,341.00 | - |
| Pipe Beveling Machine | 1/31/2015 | 1,320.00 | - |
| Jig - Wst0195-BD | 11/8/2013 | 1,296.14 | - |
| PULLER BARS | 8/8/2005 | 1,288.35 | - |
| STEEL YARD RACKS | 8/2/2006 | 1,280.00 | - |
| Beveling Machine 1SA 4in | 1/21/2011 | 1,272.81 | - |
| STB-36 Heavy Duty Clamp (Fasternal) | 8/16/2010 | 1,268.05 | - |
| Aluminum Spool Gun & Control | 5/1/2013 | 1,232.00 | - |
| 81/SA 7002 CONVERSION SAW KIT ARM | 1/1/2007 | 1,203.00 | - |
| 2 5.5HP GAS COMPRESSOR | 11/24/2004 | 1,200.00 | - |
| 1 WATER TABLE FOR PLASMA | 11/24/2004 | 1,200.00 | - |
| Bink 2.8 Gallon Comlete Spary Unit | 8/21/2010 | 1,200.00 | - |
| Xerox Copier w/office equipment | 8/16/2012 | 1,190.80 | - |
| JIG - WST0238-BD | 12/19/2014 | 1,165.31 | - |
| Warren Cap Adapter | 8/31/2014 | 1,119.85 | - |
| Yard Trailer CAT # 0268 | 8/16/2012 | 1,104.86 | - |
| Yard Trailer CAT # 0269 | 8/16/2012 | 1,104.86 | - |
| Yard Trailer CAT # 0270 | 8/16/2012 | 1,104.86 | - |
| Yard Trailer CAT # 2071 | 8/16/2012 | 1,104.86 | - |
| Yard Trailer CAT # 0272 | 8/16/2012 | 1,104.86 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| Yard Trailer CAT # 0273 | 8/16/2012 | 1,104.86 | - |
| Jig - BDY-1 | 12/13/2011 | 1,092.95 | - |
| Jig - BDY-2 | 12/13/2011 | 1,092.95 | - |
| Jig - BDY-3 | 12/13/2011 | 1,092.95 | - |
| Radios | 11/30/2014 | 1,086.56 | - |
| Beviing machine MSA 2 Inch | 11/11/2010 | 1,069.32 | - |
| Modular Paint Booth | 11/30/2014 | 1,045.82 | - |
| Motorized Crane Option 1 | 10/1/2012 | 1,031.25 | - |
| Hermetically Sealed Load Cell | 5/9/2014 | 1,025.00 | - |
| TRANSIT | 11/1/2006 | 1,006.12 | - |
| 1 ARC TRACK WELDER | 11/24/2004 | 1,000.00 | - |
| 1 FRT BEAM WELDER | 11/24/2004 | 1,000.00 | - |
| 1 PUNCH TOOLING FOR PRESS | 11/24/2004 | 1,000.00 | - |
| 10 DEWALT 7"" ANGLE GRINDERS | 11/24/2004 | 1,000.00 | - |
| Yard Trailer LOT # 0167 | 8/17/2012 | 1,000.00 | - |
| Noregon Kit | 6/4/2013 | 992.50 | - |
| LEVEL | 1/17/2005 | 987.24 | - |
| Water colling Air Conditioner (Tractor Supplier) | 10/1/2010 | 974.24 | - |
| BREATHING AIR PUMP | 3/31/2007 | 939.00 | - |
| Airgas Lenco LRO-450-120/230 RO | 1/21/2011 | 874.00 | - |
| Airgas Reel Hose & Power | 9/24/2014 | 860.00 | - |
| Reel Power Cord | 10/3/2014 | 860.00 | - |
| 12 Mobile Ladder"" | 3/19/2012 | 859.67 | - |
| Yard Trailer CAT # 0249 | 8/13/2012 | 859.34 | - |
| Executive Trailer_Office Buildout | 1/1/2009 | 855.37 | - |
| MaxPro Liquid Pump | 6/16/2014 | 815.00 | - |
| Power Source Circuit Board | 2/3/2012 | 781.00 | - |
| BRAKE BAND JIG | 11/14/2006 | 780.00 | - |
| Launcher Kit | 11/13/2014 | 764.54 | - |
| Port A Cool Fan | 7/31/2014 | 757.74 | - |
| TOOFTLB TORQUE WRENCH | 7/1/2009 | 755.04 | - |
| 1 1/2 TON RATCHET HOIST | 11/24/2004 | 750.00 | - |
| 1 HOIST, 5T 20' LIFT | 11/24/2004 | 750.00 | - |
| 1 HYDROSTAT TEST EQUIPMENT | 11/24/2004 | 750.00 | - |
| Test Maniford | 11/5/2010 | 737.29 | - |
| Yard Trailer | 8/23/2012 | 736.58 | - |
| Power Lift Magnet | 1/29/2013 | 704.00 | - |
| Blower 16 STD 1/2H | 8/10/2010 | 700.00 | - |
| Jig - Wsth7341-BD | 11/18/2013 | 697.50 | - |
| PO61852 Dewalt Transit Kit | 2/19/2014 | 639.38 | - |
| Fab Tools | 4/17/2010 | 624.00 | - |
| PO60962-Pump | 1/16/2014 | 621.14 | - |
| Air Compressor 60 GAL | 12/1/2010 | 599.99 | - |
| Mobile Grease System | 10/15/2012 | 592.43 | - |
| York Y-1 AC W/Case | 8/16/2011 | 570.00 | - |
| 1 DRY CUT SAW 14"" BLADE | 11/24/2004 | 500.00 | - |
| 1 ENERGY CHAIN (ROLL BACK TRACK) | 11/24/2004 | 500.00 | - |
| 1 ENERPAC AIR HYD PUMP | 11/24/2004 | 500.00 | - |
| 1 SOLVENT/RECYLE SYSTEM | 11/24/2004 | 500.00 | - |
| WHEEL DOLLIES FOR CHASSIS | 11/24/2004 | 500.00 | - |
| YARD DOLLIES | 11/24/2004 | 500.00 | - |
| Roller Tables - 10FT | 9/9/2014 | 500.00 | - |
| impact | 3/9/2011 | 475.00 | - |
| 1 COLEMAN 3K GENERATOR | 11/24/2004 | 400.00 | - |
| 2 TOOL CABINETS | 11/24/2004 | 400.00 | - |
| TABLE | 2/15/2007 | 323.22 | - |
| FAB SHOP RACKS | 11/20/2006 | 320.00 | - |
| 3 VICTOR ACETALINE TORCH | 11/24/2004 | 300.00 | - |
| 3 TORCH TYPE PIPE CUTTERS | 11/24/2004 | 300.00 | - |
| Fab tool | 3/7/2010 | 296.21 | - |
| 1 PORTA-POWER UNIT | 11/24/2004 | 250.00 | - |
| 1 POWER PRESSURE WASHER | 11/24/2004 | 250.00 | - |
| 2 AIR GUNS | 11/24/2004 | 200.00 | - |
| 2 TORCHES | 11/24/2004 | 200.00 | - |
| 1 RECYCLE OIL TANK | 11/24/2004 | 200.00 | - |

| Asset Description | Date Acquired | Cost | Net Book Value |
|---|---|---|---|
| 1 SCALE W/INDICATOR | 11/24/2004 | 200.00 | - |
| 1 STEAM CLEANER | 11/24/2004 | 200.00 | - |
| 1 GRINDER | 11/24/2004 | 200.00 | - |
| 2 TORCH TRACKS W/DRIVES | 11/24/2004 | 200.00 | - |
| 1 MILLER S-22A WIRE FEEDERS | 11/24/2004 | 200.00 | - |
| Closed Style shelving | 4/8/2010 | 162.00 | - |
| 1 3/4 & 1"" TORQ WRENCH | 11/24/2004 | 100.00 | - |
| 1 BEAM TONGS | 11/24/2004 | 100.00 | - |
| 1 ICE MACHINE | 11/24/2004 | 100.00 | - |
| 1 DEWALT 1-1/2"" DIE GRINDER | 11/24/2004 | 100.00 | - |
| 1 MINUTE MARKER LASER SYSTEM | 11/24/2004 | 100.00 | - |
| 1 TONG TESTER 0-1K AMMETER | 11/24/2004 | 100.00 | - |
| 1 BATTERY LOAD TESTER | 11/24/2004 | 100.00 | - |
| 1 MONARCH INST RPM GAUGE | 11/24/2004 | 100.00 | - |
| 1 DEWALT 2"" DIE GRINDER | 11/24/2004 | 100.00 | - |
| 1 DEWALT 14"" CHOP SAW | 11/24/2004 | 100.00 | - |
| 1 DEWALT 1/2' ELEC DRILL | 11/24/2004 | 100.00 | - |
| 1 DEWALT 3/8"" ELEC DRILL | 11/24/2004 | 100.00 | - |
| 1 MILWAKEE 1/2"" ELEC DRILL | 11/24/2004 | 100.00 | - |
| 1 PUMA 3/4"" IMPACT WRENCH | 11/24/2004 | 100.00 | - |
| 1 IR 3/8"" IMPACT WRENCH | 11/24/2004 | 100.00 | - |
| 1 1"" IMPACT WRENCH | 11/24/2004 | 100.00 | - |
| 1 HOUGAN MAGNETIC DRILL | 11/24/2004 | 100.00 | - |
| 1 ROSEBUD TIP FOR TORCH | 11/24/2004 | 50.00 | - |
| Wire Deck & Beams | 6/24/2014 | - | - |
| Shephard Cable Cylinder | 9/25/2014 | - | - |
| Vertical Bank Saw - Capital Machine | 10/29/2014 | - | - |
| **Plant Equipment** | | **3,590,830.92** | **20,492.68** |