## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| LOADCRAFT INDUSTRIES, LTD. | § | Case No. 21-11018-TMD |
|  | § |  |
| Debtor | § |  |

### NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for March 30, 2022 at 1:30 p.m. has

been **RESET to April 6, 2022 at 9:30 a.m.** before the Honorable Tony M. Davis on the following

matters:

1. *Debtor's Application Under 11 U.S.C. §§ 105(a) and 363(b) for an Order Approving, Effective as of January 24, 2022, the Agreement with HMP Advisory Holdings, LLC d/b/a Harney Partners to Provide (i) Gregory S. Milligan to Serve as the Debtor's Chief Restructuring Officer and (ii) Services Related Thereto* [Doc. 55];

2. *Debtor's Motion for Entry of an Order (i) Authorizing Debtor to Obtain Post-Petition Financing on an Unsecured, Superpriority Basis, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief* [Doc. 65]; and

3. *Motion of Brady Plant Operators, LLC and Terry McIver to Dismiss Case* [Doc. 71]

**PLEASE TAKE FURTHER NOTICE that this hearing will be held via Webex[1] at**

**https://us-courts.webex.com/meet/Davis. Parties may also attend via telephone. The**

**conference call dial-in number is 650-479-3207, access code: 160 704 4630.**

---

[1] Additional instructions and information on using Webex may be found on the Court's website at https://www.txwb.uscourts.gov/txwbvirtualhearings.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

*/s/ Eric J. Taube*
Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
William R. "Trip" Nix, III (Bar No. 24092902)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
Email: Eric.Taube@wallerlaw.com
   Mark.Taylor@wallerlaw.com
   Trip.Nix@wallerlaw.com

*Attorneys for the Debtor and*
*Debtor in Possession*

## CERTIFICATE OF SERVICE

The foregoing was served on all persons on the attached list electronically via the Court's ECF system or via first class mail on March 29, 2022.

*/s/ Eric J. Taube*
Eric J. Taube

# LIMITED SERVICE LIST

**Debtor**
Loadcraft Industries, LP
3811 N. Bridge St.
Brady, TX 76825

**Government Entities
(not otherwise listed)**
United States Trustee (*via ECF*)
Attn: Shane Tobin/John C. Roy
903 San Jacinto, Room 230
Austin, TX 78701

Brown County Appraisal District
403 Fisk Avenue
Brownwood, TX 76801

**Secured Creditors**
Alphonso Energy LLC
1211 Challenger
Lakeway, TX 78734

**20 Largest Unsecured Creditors**
American Block Mfg Co Inc
P.O. Box 301442
Dallas, TX 75303

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Dell Financial Services
Dell Financial Services
Payment Processing Center
Carol Stream, IL 60197-6547

Donald E. Harman Co. Inc.
421 Industrial Dr.
Richardson, TX 75081

Fox NDE, LLC.
P.O. Box 5088
Abilene, TX 79608

Health Care Service Corp.
P.O. Box 731428
Dallas, TX 75373-1428

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intsel Steel/Triple-S Steel
P.O. Box 301212
Dallas, TX 75303-1212

McCulloch County Appraisal
District
306 W. Lockhart
Brady, TX 76825

Metals USA
101 E Illinois Ave
Enid, OK 73701

Polyglass Coating
1616 N. Main Street
Pearland, TX 77581

Single Source Inc
8141 Gateway Dr
Suite 210
Argyle, TX 76226-5736

Stewart & Stevenson Power
P.O. Box 301063
Dallas, TX 75303-1063

T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Texas Comptroller of Public
Accounts
Revenue Accounting Div.-
Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building-Regulatory
Integrity Div
101 E. 15th St.
Austin, TX 78778

Toyota Financial Services
P.O. Box 2431
Carol Stream, IL 60132

U.S. Department of Labor - Wage
and Hour
Southwest Regional Office
Federal Building
525 S. Griffin St., Ste. 800
Dallas, TX 75202

United Engines
P.O. Box 731594
Dallas, TX 75373-1594

Willbanks Metals Inc.
1155 N.E. 28th Street
Fort Worth, TX 76106

**Parties Requesting Service**
Robert B. Wagstaff (*via ECF*)
McMahon Surovik Suttle P.C.
P.O. Box 3679
Abilene, Texas 79604

Katherine J. Walters
Sheldon E. Richie (*via ECF*)
Richie & Gueringer, P.C.
100 Congress Ave., Suite 1750
Austin, TX 78701

Texas Workforce Commission
c/o Callan C. Searcy (*via ECF*)
Assistant Attorney General
Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, TX 78711-2548

Tara LeDay (*via ECF*)
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680

Stephen W. Sather (*via ECF*)
Gregory M. Friedman (*via ECF*)
BARRON & NEWBURGER, P.C.
7320 N. MoPac, Suite 400
Austin, TX 78731

Stephen A. Roberts (*via ECF*)
Stephen Roberts, P.C.
1400 Marshall Ln
Austin, TX 78703