# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case 21-11018 |
| LOADCRAFT INDUSTRIES LTD | § § § | |
| DEBTOR | § § | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of Claim No. 85 in the amount of $20,102.57, dated May 4th, 2022 which was filed with the Court on May 4th, 2022 for Texas Workforce Commission Account No. XX-XXX716-0, LOADCRAFT INDUSTRIES LTD.

Respectfully submitted, this 13th day of June, 2022.

By: /s/ Erin Reid
Erin Reid
Account Examiner
Texas Workforce Commission

###